**LATHAM & WATKINS LLP**
Elizabeth L. Deeley (CA Bar No. 230798)
  *elizabeth.deeley@lw.com*
Nicole C. Valco (CA Bar No. 258506)
  *nicole.valco@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-6538
Telephone:  +1.415.391.0600
Facsimile:  +1.415.395.8095

Susan E. Engel (*pro hac vice*)
  *susan.engel@lw.com*
555 Eleventh Street, N.W., Suite 1000
Washington, D.C.  20004-1304
Telephone:  +1.202.637.2200
Facsimile:  +1.202.637.2201

Hilary H. Mattis (CA Bar No. 271498)
  *hilary.mattis@lw.com*
140 Scott Drive
Menlo Park, CA  94025-1008
Telephone: +1.650.328.4600
Facsimile: +1.650.463.2600

*Attorneys for Defendant Facebook, Inc.*

Andrew N. Friedman (*pro hac vice*)
Geoffrey Graber (SBN 211547)
Julia Horwitz (*pro hac vice*)
Karina G. Puttieva (SBN 317702)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
afriedman@cohenmilstein.com
ggraber@cohenmilstein.com
jhorwitz@cohenmilstein.com
kputtieva@cohenmilstein.com

Eric Kafka (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
ekafka@cohenmilstein.com

*Counsel for Plaintiffs and Proposed Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIELLE A. SINGER, PROJECT THERAPY, LLC (d/b/a THERAPY THREADS), HOLLY DEAN, DZ RESERVE, and CAIN MAXWELL (d/b/a MAX MARTIALIS), individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> FACEBOOK, INC., <br><br> Defendant. | Case No. 3:18-cv-04978 JD <br><br> **NOTICE REGARDING PROCESS FOR ALTERNATIVE DISPUTE RESOLUTION** |

1    Following the October 17, 2019 hearing, the parties met-and-conferred regarding the

2  process for alternative dispute resolution.  *See* Dkt. 130.  The parties have agreed to private

3  mediation and have jointly selected Antonio Piazza of Mediated Negotiations as the mediator,

4  subject to availability.

5  Dated:  October 24, 2019                   LATHAM & WATKINS LLP

6                                              By:   /s/ Elizabeth L. Deeley
                                                     Elizabeth L. Deeley (CA Bar No. 230798)
7                                                    Nicole C. Valco (CA Bar No. 258506)
                                                     505 Montgomery Street, Suite 2000
8                                                    San Francisco, CA  94111-6538
                                                     Telephone:  +1.415.391.0600
9                                                    Facsimile:  +1.415.395.8095

10                                                   Susan E. Engel (*pro hac vice*)
                                                     555 Eleventh Street, N.W., Suite 1000
11                                                   Washington, D.C. 20004-1304
                                                     Telephone:  +1.202.637.2200
12                                                   Facsimile:  +1.202.637.2201

13                                                   Hilary H. Mattis (CA Bar No. 271498)
                                                     140 Scott Drive
14                                                   Menlo Park, CA 94025-1008
                                                     Telephone: +1.650.328.4600
15                                                   Facsimile: +1.650.463.2600

16                                                   *Attorneys for Defendant Facebook, Inc.*

17

18  Dated:  October 24, 2019                   COHEN MILSTEIN SELLERS & TOLL PLLC

19                                              By:   /s/ Geoffrey Graber
                                                     Andrew N. Friedman (*pro hac vice*)
20                                                   Geoffrey Graber (SBN 211547)
                                                     Julia Horwitz (*pro hac vice*)
21                                                   Karina G. Puttieva (SBN 317702)
                                                     1100 New York Ave. NW, Fifth Floor
22                                                   Washington, DC 20005
                                                     Telephone: (202) 408-4600
23                                                   Facsimile: (202) 408-4699

24                                                   Eric Kafka (*pro hac vice*)
                                                     88 Pine Street, 14th Floor
25                                                   New York, NY 10005
                                                     Telephone: (212) 838-7797
26                                                   Facsimile: (212) 838-7745

27                                                   *Counsel for Plaintiffs and Proposed Class*

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the forgoing Notice Regarding Process for Alternative Dispute Resolution, and pursuant to Civil Local Rule 5-1(i)(3), I, Elizabeth L. Deeley, attest that concurrence in the filing of this document has been obtained from each of the signatories hereto.

Dated:  October 24, 2019               /s/  Elizabeth L. Deeley
                                       Elizabeth L. Deeley