# Exhibit 1





Page 002







