1  LATHAM & WATKINS LLP
   Elizabeth L. Deeley (CA Bar No. 230798)
2     *elizabeth.deeley@lw.com*
   Nicole C. Valco (CA Bar No. 258506)
3     *nicole.valco@lw.com*
   505 Montgomery Street, Suite 2000
4  San Francisco, CA  94111-6538
   Telephone: +1.415.391.0600
5  Facsimile: +1.415.395.8095

6  Susan E. Engel (*pro hac vice*)
      *susan.engel@lw.com*
7  555 Eleventh Street, N.W., Suite 1000
   Washington, D.C.  20004-1304
8  Telephone: +1.202.637.2200
   Facsimile: +1.202.637.2201
9
   Hilary H. Mattis (CA Bar No. 271498)
10    *hilary.mattis@lw.com*
   140 Scott Drive
11 Menlo Park, CA  94025-1008
   Telephone: +1.650.328.4600
12 Facsimile: +1.650.463.2600

13 *Attorneys for Defendant Facebook, Inc.*

14                    **UNITED STATES DISTRICT COURT**

15                    **NORTHERN DISTRICT OF CALIFORNIA**

16                    **SAN FRANCISCO DIVISION**

17

| | |
|---|---|
| DZ RESERVE and CAIN MAXWELL (d/b/a MAX MARTIALIS), individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No. 3:18-cv-04978 JD<br><br>**DECLARATION OF NICOLE C. VALCO IN SUPPORT OF FACEBOOK, INC.'S MOTION TO DISMISS THE THIRD AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>Date: July 30, 2020<br>Time: 10:00 a.m.<br>Court: Courtroom 11, 19th Floor<br>Hon.  James Donato |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

VALCO DECL. ISO MOTION TO DISMISS
THIRD AMENDED CLASS ACTION COMPLAINT
CASE NO. 18-CV-04978 JD

I, Nicole C. Valco, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California. I am a partner with the law firm of Latham & Watkins LLP, counsel of record for Facebook, Inc. ("Facebook") in the above-captioned matter. I am licensed to practice law in the State of California and am admitted to practice before this Court. I have personal knowledge of the facts set forth below and, if called as a witness in a court of law, could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of Facebook's Advertiser Help Center webpage titled "About ad targeting," which was downloaded on February 5, 2019 from Facebook's website at https://www.facebook.com/business/help/717368264947302?helpref=u2u. It includes a section titled "What are 'Potential Reach' and 'Estimated Daily Reach?'"

3. Attached hereto as Exhibit B is a true and correct copy of Facebook's Advertiser Help Center webpage titled "How ad billing works on Facebook," which was downloaded on February 6, 2019 from Facebook's website at https://www.facebook.com/business/help/716180208457684.

4. Attached hereto as Exhibit C is a true and correct copy of Facebook, Inc.'s "Statement of Rights and Responsibilities" which was downloaded on February 5, 2019 from Facebook's website at https://www.facebook.com/legal/terms/previous?ref=new_policy. This document bears a last revision date of January 30, 2015.

5. Attached hereto as Exhibit D is a true and correct copy of Facebook, Inc.'s "Terms of Service" which was downloaded on February 6, 2019 from Facebook's website at https://www.facebook.com/legal/terms/plain_text_terms. This document bears a last revision date of April 19, 2018.

6. Attached hereto as Exhibit E is a true and correct copy of Facebook, Inc.'s "Self-Service Ad Terms," which was downloaded on January 31, 2019 from the Internet Archive's Wayback Machine at https://web.archive.org/web/20171204145643///www.facebook.com/legal/self_service_ads_terms. This document was captured by the Wayback Machine on December 14, 2017, and it bears a last revision date of November 10, 2017.

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

VALCO DECL. ISO MOTION TO DISMISS
THIRD AMENDED CLASS ACTION COMPLAINT
CASE NO. 3:18-cv-04978 JD

7. Attached hereto as Exhibit F is a true and correct copy of Facebook, Inc.'s "Self-Serve Ad Terms" which was downloaded on February 5, 2019 from Facebook's website at https://www.facebook.com/legal/self_service_ads_terms. This document bears an effective date of May 25, 2018.

8. Attached hereto as Exhibit G is a true and correct copy of Facebook, Inc.'s "Community Payment Terms" which was downloaded on July 11, 2019 from the Internet Archive's Wayback Machine at https://web.archive.org/web/20171130140906/https://www.facebook.com/payments_terms/. This document was captured by the Wayback Machine on November 30, 2017, and it bears a last revision date of November 1, 2017.

9. Attached hereto as Exhibit H is a true and correct copy of Facebook, Inc.'s "Community Payment Terms" which was downloaded on July 11, 2019 from the Internet Archive's Wayback Machine at https://web.archive.org/web/20180106074553/https://www.facebook.com/payments_terms/. This document was captured by the Wayback Machine on January 6, 2018, and it bears a last revision date of January 2, 2018.

10. Attached hereto as Exhibit I is a true and correct copy of Facebook, Inc.'s "Community Payment Terms" which was downloaded on July 11, 2019 from the Internet Archive's Wayback Machine at https://web.archive.org/web/20180531035603/https://www.facebook.com/payments_terms/. This document was captured by the Wayback Machine on May 31, 2018, and it bears a last revision date of May 7, 2018.

11. Attached hereto as Exhibit J is a true and correct copy of Facebook, Inc.'s "Community Payment Terms" which was downloaded on July 11, 2019 from the Internet Archive's Wayback Machine at https://web.archive.org/web/20181103013253/https://www.facebook.com/payments_terms/. This document was captured by the Wayback Machine on November 3, 2018, and it bears a last revision date of October 17, 2018.

12. Attached hereto as Exhibit K is a true and correct copy of Facebook, Inc.'s "Community Payment Terms" which was downloaded on July 11, 2019 from the Internet Archive's Wayback Machine at https://web.archive.org/web/20190512011144/https://

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

VALCO DECL. ISO MOTION TO DISMISS
THIRD AMENDED CLASS ACTION COMPLAINT
CASE NO. 3:18-cv-04978 JD

1  www.facebook.com/payments_terms/.  This document was captured by the Wayback Machine on
2  May 12, 2019, and it bears a last revision date of April 30, 2019.

3         13.    Attached hereto as Exhibit L is a true and correct copy of Facebook, Inc.'s
4  "Community Payment Terms" which was downloaded on July 11, 2019 from Facebook's website
5  at https://www.facebook.com/payments_terms.  This document bears a last updated date of July
6  10, 2019.

7         I declare under penalty of perjury that the foregoing is true and correct.

8         Executed on May 14, 2020 at San Francisco, California.

                                    By:  /s/ *Nicole C. Valco*
                                         Nicole C. Valco
                                         *Attorney for Defendant Facebook, Inc.*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

VALCO DECL. ISO MOTION TO DISMISS
THIRD AMENDED CLASS ACTION COMPLAINT
CASE NO. 3:18-cv-04978 JD