UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DZ RESERVE, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>FACEBOOK, INC.,<br><br>  Defendant. | Case No.  3:18-cv-04978-JD<br><br>**AMENDED SCHEDULING ORDER** |

The Court sets the following amended case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10.

| **Event** | **Deadline** |
|---|---|
| Expert disclosures | December 22, 2020 |
| Rebuttal expert disclosures | March 3, 2021 |
| Expert discovery cut-off | April 9, 2021 |
| Last day to file motion for class certification | April 23, 2021 |
| Opposition to motion for class certification | May 14, 2021 |
| Reply in support of class certification | May 28, 2021 |
| Last day to file dispositive and *Daubert* motions | June 25, 2021 |
| Opposition to dispositive and *Daubert* motions | July 9, 2021 |
| Reply in support of dispositive and *Daubert* motion | July 16, 2021 |
| Pretrial conference | November 10, 2021 |
| Jury Trial | December 6, 2021 |

All dates set by the Court should be regarded as firm.  Counsel may not modify these dates by stipulation without leave of court.  Requests for continuances are disfavored, and scheduling conflicts that are created subsequent to the date of this order by any party, counsel or party-controlled expert or witness will not be considered good cause for a continuance.  Sanctions may issue for a failure to follow a scheduling or other pretrial order.  *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated:  November 20, 2020

_____
JAMES DONATO
United States District Judge