# Exhibit 3

# **REDACTED VERSION OF**

# **DOCUMENT SOUGHT TO BE SEALED**

When creating advertising campaigns, advertisers frequently rely on the estimated audience to understand the potential reach of their campaigns and set the bid and budget strategy. Thus, this number is arguably the single most important number in our ads creation interfaces.

Highly Confidential - AEO

FB-SINGER-00088221

Highly Confidential - AEO

FB-SINGER-00088222

Highly Confidential - AEO

FB-SINGER-00088223