# Exhibit 16

# **<u>REDACTED VERSION OF</u>**

# **<u>DOCUMENT SOUGHT TO BE SEALED</u>**

| | |
|---|---|
| From: | Ami Vora </O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS /CN=6FD2C5D306D84A7DA6FB6451AD8356D9> |
| To: | Adam Isserlis; Carolyn Everson; Brad Smallwood; Samantha Stetson; Amber Norberg; Stephanie Johnson; Amy Dunn |
| CC: | Elisabeth Diana; Joe Osborne; Caroline Couvillon; Jacob Sittig; Akil Bascombe; Kat Hoffmann; Jamie Reid; Luchen Foster; Sarah Epps |
| Sent: | 10/26/2017 2:58:15 PM |
| Subject: | RE: Client and Measurement Council calls Re: [Please Review] Sheryl Review: Metric Comms |

Also, I really liked Sheryl's framing on SUMA / fake accts in our review with her today – adding here in case there's any way to use this:

1) We said we were going to get clearer on duplicate and fake accounts, and we did – we updated our models significantly, and are being aggressive about responding to them. That's what you're seeing now.

She said something similar about metrics categorization when we get there – we said we were going to get clearer, we surveyed our advertisers, and we're labeling as a first step.

Ami

**From:** Adam Isserlis
**Sent:** Thursday, October 26, 2017 10:27 AM
**To:** Carolyn Everson <██████@fb.com>; Brad Smallwood <██████@fb.com>; Samantha Stetson <██████@fb.com>; Amber Norberg <██████@fb.com>; Stephanie Johnson <██████@fb.com>; Amy Dunn <██████@fb.com>
**Cc:** Elisabeth Diana <██████@fb.com>; Joe Osborne <██████@fb.com>; Caroline Couvillon <██████@fb.com>; Jacob Sittig <██████@fb.com>; Akil Bascombe <██████@fb.com>; Kat Hoffmann <██████@fb.com>; Jamie Reid <██████@fb.com>; Luchen Foster <██████@fb.com>; Sarah Epps <██████@fb.com>
**Subject:** Client and Measurement Council calls Re: [Please Review] Sheryl Review: Metric Comms

Moving several to bcc, and adding several in.

**Carolyn** and **Brad** – per Ami's note, our best shot here of getting clients informed and ready on our behalf is to schedule Client and Measurement council calls for next week. Ideally this would happen on **Tuesday**, and we should structure it in a similar way to what we did in the spring regarding MTouch Carousel refunds.

We are working with PMM now on a run of show and scripts for you, but we need to know that you agree to this plan, and that you can make time on Tuesday.

@Samantha we'll need to work with you again on wrangling the councils and setting up the logistics of the call.

Is that possible? We are starting to pull this all together now, so if you disagree on the strategy please let us know ASAP and we can redirect.

**From:** Rob Goldman <██████@fb.com>
**Date:** Thursday, October 26, 2017 at 11:57 AM
**To:** Ami Vora <██████@fb.com>, Elisabeth Diana <██████@fb.com>, Carolyn Everson <██████@fb.com>
**Cc:** David Fischer <██████@fb.com>, Joel Jones <██████@fb.com>, Vladimir Fedorov <██████@fb.com>, Adam Isserlis <██████@fb.com>, Ty Ahmad-Taylor <██████@fb.com>, Sarah Epps <██████@fb.com>
**Subject:** Re: [Please Review] Sheryl Review: Metric Comms

Yep, I agree. Extremely bad combo.

Also FYI: Twitter is off-ramping RT and donating the revenue they earned from RT to non-profit civic engagement projects.

We are exploring similar symbolic action, which has the potential to absorb at least some of the narrative.

-rg

---

**From:** Ami Vora 
**Date:** Thursday, October 26, 2017 at 8:52 AM
**To:** Elisabeth Diana < >, Carolyn Everson < >
**Cc:** David Fischer < >, Joel Jones < >, Vladimir Fedorov < >, Adam Isserlis < >, Rob Goldman < >, Ty Ahmad-Taylor < >, Sarah Epps < >
**Subject:** RE: [Please Review] Sheryl Review: Metric Comms

Smaller group –

I think there is a real chance this is a very bad moment for us – "Facebook lies about its user #s to get record profits."

The combo of long-term eroded trust + congressional testimony + suma + earnings means the target on our back just gets bigger.

@elisabeth and @adam, in addition to a blog post, what are our other levers?

1) Can we get clients to speak on our behalf about how they're not worried about fake accounts because they're getting real results? I know we'll try to position things as positively as possible, and clients talking >> us talking.
2) Can we focus on SMBs we've enabled (Cover Your Melon!) who are doing unquestioned great work?
3) Given Twitter's announcement, can we talk about how models in the industry are always improving?
4) What else?

Sounds like we'll see a full plan at XFN tmw – looking forward to that.

Ami


**From:** Elisabeth Diana
**Sent:** Thursday, October 26, 2017 8:36 AM
**To:** Carolyn Everson < > 
**Cc:** David Fischer < >; Joel Jones < >; Vladimir Fedorov < >; Adam Isserlis < >; Ami Vora < >; Luchen Foster < >; Brad Smallwood < >; Rob Goldman < >; Ty Ahmad-Taylor < >; Sarah Epps < >; Kaiya Waddell < >; Caroline Couvillon < >; Kat Hoffmann < >; Amy Dunn < >; Joe Osborne < >; Jessica Jensen < >; Victoria Chen < >; Stacey Gordon < >
**Subject:** Re: [Please Review] Sheryl Review: Metric Comms

Making sure you've seen this coming out of Twitter's earnings. Of course our situation is different than Twitter's but it is very possible that it all gets lumped together.

### Twitter Overstated Number of Users for Three Years

Social-media company still reports better-than-expected user growth; shares jump as loss narrows and earnings

forecast is raised

https://www.wsj.com/articles/twitter-overstated-number-of-users-for-three-years-1509015657?mod=djemalertTECH

*By Georgia Wells*
Updated Oct. 26, 2017 7:42 a.m. ET

Twitter Inc. TWTR -0.64% on Thursday said it overstated its number of users for the past three years, even as it reported modest user growth for the third quarter.

The social-media company's shares jumped nearly 9% in premarket trading as it reported a narrower loss in the third quarter and raised its earnings forecast for the fourth quarter.

Twitter said it realized during the third quarter that it had been including users of a service for third-party apps as monthly users that should not have been counted, a spokeswoman said. Twitter restated its users for the past three quarters—revising them down by 1 million to 2 million—but said it didn't have user data going back further than that.

Twitter in the third quarter added 4 million monthly users, beating analyst expectations of just over one million, and bringing its total user base to 330 million. According to adjusted numbers for prior quarters, however, Twitter's user base actually shrank in the second quarter for likely the first time since 2015, by 1 million users. Previously Twitter had said its user growth was flat in the second quarter.

Revenue in the third quarter declined 4.2% to $590 million, compared with $616 million a year earlier. Twitter narrowly beat analyst revenue expectations of $587 million, according to FactSet. Under generally accepted U.S. accounting rules, or GAAP, Twitter posted a loss of $21.1 million, its smallest loss as a public company, compared with a loss of $103 million a year ago.

Twitter's error in counting users tarnishes the company's credibility during a critical period. The growth of rival Snap Inc.'s Snapchat has increased competition for advertising dollars. Twitter is facing scrutiny on multiple fronts for how it handles problem accounts on its social network, including people posting abusive content and alleged Russian manipulation.

"It really is make-or-break time for Twitter," said Jim Cridlin, head of innovation at MindShare, a unit of advertising agency giant WPP PLC.

Twitter said the error in counting monthly users didn't impact its measure of daily users, which grew 14% in the quarter. Twitter does not disclose its raw number of daily users.

The service that erroneously counted the monthly users, Digits, allowed people to log into other apps using their credentials from Twitter. Alphabet Inc.'sGoogle bought Digits from Twitter earlier this year as a part of a larger acquisition of developer tools.

Twitter believes the impact of the error was smaller before this year because Digits had fewer users, a spokeswoman said. Twitter said it does not have the data to reconcile its user figures going back further than the end of 2016 because of its policy of not storing certain kinds of information long-term.

Highly Confidential - AEO

For the fourth quarter, Twitter projected adjusted earnings before interest, tax, depreciation and amortization between $220 million and $240 million—a more ambitious target than the $197 million analysts expect, according to FactSet. If Twitter hits the high end of that range in the fourth quarter, it could record its first quarterly profit since going public in late 2013, a spokeswoman said. A year ago, Twitter publicly articulated the goal of "driving toward" profitability in 2017.

**Write to** Georgia Wells at Georgia.Wells@wsj.com

On Oct 25, 2017, at 9:31 PM, Carolyn Everson <​​​​​​​​​​​> wrote:

Just landed in Dubai. So apologies for my late response.

1. I believe in the categorization strongly but we need to have a baseline of metrics that people can live or die by. There has to be trust reinstated on the base metrics to run the business. If we don't have that, I am afraid everything will get a lot worse. Then I do like estimated and in development.

2. I just left Sydney where there is so much concern over the reach estimate/census discrepancy (they broke this story months ago and feel our response has been completely lacking).  The reporters I met with are extremely focused on this and in fact one said to me "aren't you a platform that knows real people?" I explained we know we need to provide more clarity around the differences in numbers and we are working hard to do that.

The reaction will be worse I believe than we are anticipating. Everything will be conflated around fake accounts buying Russia ads. We say counterfeit activity in SE Asia. We should be a lot more specific. What is this threat? What are we doing to address it?

SUMA is going to go down horribly in my view without a strong narrative on what consumers are doing and why (specific examples) and also we have to be 100% certain that it did not impact billing on anything. I think it clearly impacted planning and we are going to get really criticized for that (and justifiably so). If we overstated how many actual real people we have in certain demos, there is no question that impacted budget allocations.  We have to prepare for the worst here.

While folks in MPK are focused on Russia, the markets are still reeling from our metrics errors and wondering what they can trust.  I saw this firsthand in Sydney and I am about to deal with it in Dubai.

My recommendation is to have the measurement council say they worked with us on a recommendation to classify metrics. And I do think we need to seek counsel from them on SUMA.

Sorry but I have to deliver it as I see it.

I Will set my alarm for 1am and try to join the Sheryl call.


Sent from my iPhone

On Oct 26, 2017, at 8:13 AM, David Fischer <​​​​​​​​​​​> wrote:

Apologies for being so late in reviewing this.

Highly Confidential - AEO
FB-SINGER-00083061

The one comment I'd add to the good ones below is that I really feel we're underestimating the impact this will have if we don't feel we need to cover this in more three sentences in earnings because it won't have a business impact. I expect this will be a significantly bigger deal with advertisers and I worry we'll be accused of hiding the ball. We need a broader comms plan for 11/1 on how we'll explain this, including a blog post, some press, and client outreach.

Elisabeth/Adam: How do you propose we handle press here in getting ahead of this and shaping this as effectively as we can?

---

**From:** Joel Jones <​>
**Date:** Wednesday, October 25, 2017 at 5:45 PM
**To:** Vladimir Fedorov <​>, Adam Isserlis <​>, Ami Vora <​>, Luchen Foster <​>, Carolyn Everson <​>, David Fischer <​>, Brad Smallwood <​>, Rob Goldman <​>, Ty Ahmad-Taylor <​>, Sarah Epps <​>, Kaiya Waddell <​>, Caroline Couvillon <​>, Kat Hoffmann <​>
**Cc:** Elisabeth Diana <​>, Amy Dunn <​>, Joe Osborne <​>, Jessica Jensen <​>, Victoria Chen <​>, Stacey Gordon <​>
**Subject:** Re: [Please Review] Sheryl Review: Metric Comms

I am well past the 2pm deadline, so logging this point less for the deck and more for the conversation. ▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ This feels like an important element to the discussion, so wonder if we should either add something to p9 or just make sure we talk to it verbally? Or is this something we've already covered with Sheryl in another forum?

---

**From:** Vladimir Fedorov <​>
**Date:** Wednesday, October 25, 2017 at 11:43 AM
**To:** Adam Isserlis <​>, Ami Vora <​>, Luchen Foster <​>, Carolyn Everson <​>, David Fischer <​>, Brad Smallwood <​>, Rob Goldman <​>, Ty Ahmad-Taylor <​>, Sarah Epps <​>, Joel Jones <​>, Kaiya Waddell <​>, Caroline Couvillon <​>, Kat Hoffmann <​>
**Cc:** Elisabeth Diana <​>, Amy Dunn <​>, Joe Osborne <​>, Jessica Jensen <​>, Victoria Chen <​>, Stacey Gordon <​>
**Subject:** Re: [Please Review] Sheryl Review: Metric Comms

I agree with Ami on slides 13/14 not being very different. It maybe hard to fully reverse the flow because we need to define what we mean by metrics categorization first. Otherwise it is not clear how to discuss if folding it into or keeping it away from SUMA announcement makes. I can also imagine Sheryl suggesting changes that effect the calculus about the comms.

Maybe we can just make sure to set expectations that we need to get through first 13 slides in time to allow sufficient discussion of comms. We also may need another pure comms meeting afterwards.

---

**From:** Adam Isserlis
**Sent:** Wednesday, October 25, 2017 11:16:14 AM
**To:** Ami Vora; Luchen Foster; Carolyn Everson; David Fischer; Brad Smallwood; Rob Goldman; Vladimir Fedorov; Ty Ahmad-Taylor; Sarah Epps; Joel Jones; Kaiya Waddell; Caroline Couvillon; Kat Hoffmann
**Cc:** Elisabeth Diana; Amy Dunn; Joe Osborne; Jessica Jensen; Victoria Chen; Stacey Gordon

**Subject:** Re: [Please Review] Sheryl Review: Metric Comms

Thanks Ami – Regarding #3 - I'll bring this up on the other thread as well, and we plan to review our materials during ads XFN on Friday too.

Here is the current language that Wehner will use on the earnings call: *As part of our ongoing efforts to improve our user estimates, this quarter we implemented a refined methodology to help identify duplicate accounts. As a result, we increased our estimates for duplicate accounts to approximately 10% of worldwide MAUs. We have also updated our inauthentic account estimates to approximately 2-3% of worldwide MAUs.*

There was talk of having another line on the call, around how we'll work these new updated estimates into our ads systems, but Dave review and declined. The context is that investors view Wehner's prepared remarks as a place to listen for risks to the business. Highlighting this as an advertiser issue spotlights this as a business risk for us, when it currently is not.

However if he is asked about reach and census he will answer: Going forward we are working on how our ad tools can better reflect our updated duplicate accounts estimates (IF PRESSED: such as our advertising reach tools).

Thanks - Adam

---



**From:** Ami Vora <...>
**Date:** Wednesday, October 25, 2017 at 1:33 PM
**To:** Luchen Foster <...>, Carolyn Everson <...>, David Fischer <...>, Brad Smallwood <...>, Rob Goldman <...>, Vladimir Fedorov <...>, Ty Ahmad-Taylor <...>, Sarah Epps <...>, Joel Jones <...>, Kaiya Waddell <...>, Caroline Couvillon <...>, Kat Hoffmann <...>
**Cc:** Elisabeth Diana <...>, Amy Dunn <...>, Adam Isserlis <...>, Joe Osborne <...>, Jessica Jensen <...>, Victoria Chen <...>, Stacey Gordon <...>
**Subject:** RE: [Please Review] Sheryl Review: Metric Comms

Thanks for sending.  A few quick thoughts:

1) I'd do these in reverse order.  I think overall metrics comms is most important, then hot topics / refunds, and then metrics categorization is a nice-to-have.
2) Slides 13 and 14 seem redundant.  Do we need both?
3) @Adam, should we bring up whether we can address the impact of SUMA on advertiser reports in the earnings call itself, as we've been discussing on the SUMA disclosure thread?

Ami

**From:** Luchen Foster
**Sent:** Wednesday, October 25, 2017 10:14 AM
**To:** Carolyn Everson <...>; David Fischer <...>; Brad Smallwood <...>; Ami Vora <...>, Rob Goldman <...>; Vladimir Fedorov <...>; Ty Ahmad-Taylor <...>; Sarah Epps <...>; Joel Jones <...>; Kaiya Waddell <...>, Caroline Couvillon <...>; Kat Hoffmann <...>

Highly Confidential - AEO

**Cc:** Elisabeth Diana <░░░░░░>; Amy Dunn <░░░░░░>; Adam Isserlis <░░░░░░>; Joe Osborne <░░░░░░>; Jessica Jensen <░░░░░░>; Victoria Chen <░░░░░░>; Stacey Gordon <░░░░░░>
**Subject:** [Please Review] Sheryl Review: Metric Comms

Hi all,

Please see the attached deck draft for the conversation with Sheryl tomorrow. Please review this **by 2:00 pm today** and send feedback on content and direction. If we find we're not aligned I'll set up an early morning call for tomorrow. Thanks!

Lu'chen

Highly Confidential - AEO