# Exhibit 24



# Facebook's Reach (on Reach)

## Miscalculations In The Age Of Precision

FB-SINGER-00087741

# Summary

In what's seemingly become a regular occurrence as of late, Facebook was recently forced again to publicly defend some of their key metrics to the advertising community.  This time it involved the estimated reach numbers that Facebook reflects in their Ads Manager product after global reports surfaced that the potential reach for younger demos in several countries was higher than current Census population data.

This discrepancy was brought to the forefront in the United States when a respected Wall Street analyst did the same analysis at the country level for the investor community.  This "potential reach" inflation should be important to advertisers since the metric lives in the Facebook Ads Manager product; a self-serve tool that allows anyone to plan, budget, buy and optimize their own campaigns across Facebook platforms.

In this report, we set out to confirm the numbers that were being reported in the press and then we drilled down further into several geographies – states, cities, zip codes - to see if this reach inflation is a nationwide issue or if it's just isolated to a few areas throughout the country.

Finally, we set forth an example of executing an advertising schedule through Facebook Ads Manager to show the potential impact that reach inflation could have on an advertiser's campaign.

FACEBOOK'S REACH (ON REACH)

VAB
VIDEO ADVERTISING BUREAU

2

FB-SINGER-00087742

# In August, *AdNews* In Australia Revealed That Facebook Claims It Can Reach More Young People Than What The Census Reports

Subscribe to AdNews
PRINT + DIGITAL HERE

AdNews

Search AdNews

News | Opinions | Campaigns | Rankings | Events | Awards

RECOGNITION IS THE GREATEST MOTIVATOR

## Facebook says platform can reach 1.7m more young adult users than Aussie population

By Arvind Hickman | 30 August 2017 — 4 Comments

Email 0 | Share 47 | Tweet 6 | Share 9 | Share 147

*Update: AdNews has updated the original article with the latest rebased estimates from the ABS as well as adding new figures from Nielsen. The headline figure changes from 2 million to 1.7 million and all subsequent calculations have been adjusted.*

Facebook claims its platform allows advertisers to reach 1.7 million more 15- to 40-year-old users in Australia than the country's official population.

The gap between Facebook users and population data has been revised from the original article AdNews ran last week to incorporate the latest rebased estimates of 2016 census data. This includes adjusting undercounts and overcounts of younger and older demographics as well as adding 600,000 residents who were overeas on census day and not included in the ABS's original estimate.

It provides a more accurate picture of the difference between Australia's official population and the number of users Facebook says advertisers can reach in this market.

The gap is signficant when compared to the size of Australia's largest cities. The additional 1.7 million users on Facebook in the millennial and Gen X age groups are nearly enough to populate Australia's fourth-largest city, Perth.

AdNews Newsletter

Subscribe

AdNews Magazine

Subscribe

Editor's Picks

- The most powerful people in media, marketing and advertising: The AdNews Power 50
- Reframing Australia: What does an 'ordinary' Australian family look like?
- One week left to enter the Australian Magazine Awards

FACEBOOK'S REACH (ON REACH)

VAB VIDEO ADVERTISING BUREAU

# In Fact, This Facebook Reach Inflation Occurs Globally



| | | P18-24 | | | P25-34 | | |
|---|---|---|---|---|---|---|---|
| | | Census | FB Potential Reach | Diff | Census | FB Potential Reach | Diff |
| | United Kingdom | 5.6MM | 7.6MM | +2.0MM | 8.9MM | 11.0MM | +2.1MM |
| | Germany | 5.8MM | 7.8MM | +2.0MM | 9.9MM | 10.0MM | +97K |
| | France | 5.5MM | 7.3MM | +1.8MM | 8.0MM | 9.3MM | +1.3MM |
| | Canada | 3.1MM | 4.1MM | +1.0MM | 4.8MM | 6.0MM | +1.2MM |
| | Italy | 4.3MM | 5.6MM | +1.3MM | 7.0MM | 7.6MM | +0.6MM |
| | Australia | 2.1MM | 3.0MM | +0.9MM | 3.3MM | 4.3MM | +1.0MM |
| | Mexico | 15.2MM | 23.0MM | +7.8MM | 19.9MM | 22.0MM | +2.1MM |
| | Brazil | 23.5MM | 33.0MM | +9.5MM | 34.0MM | 34.0MM | ----- |
| | Argentina | 4.7MM | 7.9MM | +3.2MM | 6.6MM | 8.8MM | +2.2MM |

FACEBOOK'S REACH (ON REACH)

Source: 2017 estimated Global Census; Facebook Ads Manager. "FB Potential Reach" includes Facebook + Instagram + Audience Network + Messenger platforms and reflects "everyone in this location" data pulled on September 22nd, 2017 (Facebook numbers are fluid and are subject to change based on the date when numbers are pulled).



4

# This Became A Big Topic In The United States When A Respected Analyst Brought It To The Industry's Attention









FACEBOOK'S REACH (ON REACH)

5

# Using The Publicly Accessible Ads Manager, Anyone With A Facebook Account Can Review The Platform's Estimated Reach

https://www.facebook.com/ads/manager/creation

FACEBOOK'S REACH (ON REACH)

VAB VIDEO ADVERTISING BUREAU

FB-SINGER-00087746

# So We Were Able To Confirm The Numbers That Were Reported In The Press



Facebook's potential reach against Adults 18-34 in the United States is almost _22 Million_ higher than the U.S. Census A18-34 population

## Facebook Platforms - Potential Reach
### (FB + Instagram + Audience Network + Messenger)

| Demo | 2016 Census | _"Everyone_ In This Location" | |
|------|-------------|-------------------------------|---|
| P18-24 | 31,020,241 | 39,000,000 | +8.0MM |
| P25-34 | 44,268,470 | 58,000,000 | +13.7MM |
| | | P18-34 Diff: | +21.7MM |

FACEBOOK'S REACH (ON REACH)



Source: 2016 U.S. Census (American Community Survey, 1-year estimate); Facebook Ads Manager.  Based on "everyone in this location" United States data pulled on September 22nd, 2017. (Facebook numbers are fluid and are subject to change based on the date when numbers are pulled).

7

FB-SINGER-00087747

# One Of The More Common Explanations For Why There Is This Reach Overage Is Due To Visits From Travelers Outside The Geography...

## *But Is This True?*

FB-SINGER-00087748

# From An Audience Perspective, The Ads Manager Tool Allows You To Select Just Those People Who ***Live*** In A Specific Location

https://www.facebook.com/ads/manager/creation

FACEBOOK'S REACH (ON REACH)

VAB VIDEO ADVERTISING BUREAU

# Interestingly, There's No Difference In The Potential Reach Between "Everyone" In The U.S. & Those That "Live" Here

**Although it'd be expected that "*everyone* in this location" would include non-resident travelers, this universe within Facebook Ads Manager reflects the same size as "people who *live* in this location"**



## Facebook Platforms - Potential Reach
### (FB + Instagram + Audience Network + Messenger)

| Demo | "*Everyone* In This Location" | "People Who *Live* In This Location" |
|------|-------------------------------|--------------------------------------|
| P18-24 | 39,000,000 | 39,000,000 |
| P25-34 | 58,000,000 | 58,000,000 |

*In theory, "everyone" should include travelers as well even though the country-wide numbers are the same as the resident totals (i.e., "people who live in this location")*

Note: there are only 670K and 940K identified within the potential reach as those who are "traveling in this location" among P18-24 & P25-34, respectively

FACEBOOK'S REACH (ON REACH)

Source: 2016 U.S. Census (American Community Survey, 1-year estimate); Facebook Ads Manager.  Based on "everyone in this location" and "people who live in this location" data pulled on September 22nd, 2017.  (Facebook numbers are fluid and are subject to change based on the date when numbers are pulled).



10

FB-SINGER-00087750

# Is This Reach Inflation Issue Nationwide Or Just Isolated To A Few Areas?

## To Answer This We Conducted The Below P18-34 Analysis On Several Geographical Levels:



2016 U.S. Census Data
Vs.
"People Who *Live* In This Location" Data
From Facebook Ads Manager





11

FB-SINGER-00087751

# In *Every* State, Facebook Claims They Can Reach More P18-34 Residents Than What Is Reported By The U.S. Census Bureau



## % Overage of Facebook Platforms' Potential Reach Vs. U.S. Census Population Data
### P18-34

FACEBOOK'S REACH (ON REACH)

Source: 2016 U.S. Census (American Community Survey, 1-year estimate); Facebook Ads Manager based on data pulled on September 22nd, 2017; P18-34.
"FB Potential Reach" includes Facebook + Instagram + Audience Network + Messenger platforms.  Facebook data based on "People who live in this location."

12

FB-SINGER-00087752

# Facebook Platforms' Reach Inflation Stretches Anywhere Between 3% - 42% By State Vs. The U.S. Census

## P18-34 Population By State: 2016 U.S. Census vs. Facebook Platforms' Potential Reach

| State | 2016 U.S. Census P18-34 | Facebook Ads Manager (Potential Reach) "People Who Live In This Location" FB Platforms* P18-34 | | |
|---|---|---|---|---|
| | | Potential Reach | # Difference | % Difference |
| Alabama | 1,089,379 | 1,400,000 | 310,621 | 29% |
| Alaska | 197,344 | 230,000 | 32,656 | 17% |
| Arizona | 1,601,077 | 2,000,000 | 398,923 | 25% |
| Arkansas | 672,356 | 810,000 | 137,644 | 20% |
| California | 9,734,004 | 13,000,000 | 3,265,996 | 34% |
| Colorado | 1,374,055 | 1,700,000 | 325,945 | 24% |
| Connecticut | 793,972 | 940,000 | 146,028 | 18% |
| Delaware | 214,215 | 260,000 | 45,785 | 21% |
| District of Columbia | 235,004 | 620,000 | 384,996 | 164% |
| Florida | 4,431,674 | 5,800,000 | 1,368,326 | 31% |
| Georgia | 2,412,627 | 3,200,000 | 787,373 | 33% |
| Hawaii | 335,711 | 450,000 | 114,289 | 34% |
| Idaho | 380,390 | 460,000 | 79,610 | 21% |
| Illinois | 2,982,759 | 4,000,000 | 1,017,241 | 34% |
| Indiana | 1,518,969 | 1,800,000 | 281,031 | 19% |
| Iowa | 714,710 | 870,000 | 155,290 | 22% |
| Kansas | 677,398 | 780,000 | 102,602 | 15% |
| Kentucky | 993,882 | 1,300,000 | 306,118 | 31% |
| Louisiana | 1,118,918 | 1,300,000 | 181,082 | 16% |
| Maine | 267,627 | 330,000 | 62,373 | 23% |
| Maryland | 1,383,783 | 1,600,000 | 216,217 | 16% |
| Massachusetts | 1,655,262 | 2,100,000 | 444,738 | 27% |
| Michigan | 2,223,939 | 2,800,000 | 576,061 | 26% |
| Minnesota | 1,253,029 | 1,500,000 | 246,971 | 20% |
| Mississippi | 687,407 | 800,000 | 112,593 | 16% |
| Missouri | 1,383,111 | 1,800,000 | 416,889 | 30% |

| State | 2016 U.S. Census P18-34 | Facebook Ads Manager (Potential Reach) "People Who Live In This Location" FB Platforms* P18-34 | | |
|---|---|---|---|---|
| | | Potential Reach | # Difference | % Difference |
| Montana | 228,312 | 270,000 | 41,688 | 18% |
| Nebraska | 444,358 | 570,000 | 125,642 | 28% |
| Nevada | 676,213 | 880,000 | 203,787 | 30% |
| New Hampshire | 286,981 | 330,000 | 43,019 | 15% |
| New Jersey | 1,940,950 | 2,000,000 | 59,050 | 3% |
| New Mexico | 476,552 | 550,000 | 73,448 | 15% |
| New York | 4,798,105 | 6,800,000 | 2,001,895 | 42% |
| North Carolina | 2,293,174 | 3,000,000 | 706,826 | 31% |
| North Dakota | 204,647 | 230,000 | 25,353 | 12% |
| Ohio | 2,578,391 | 3,300,000 | 721,609 | 28% |
| Oklahoma | 925,960 | 1,100,000 | 174,040 | 19% |
| Oregon | 941,497 | 1,100,000 | 158,503 | 17% |
| Pennsylvania | 2,853,687 | 3,800,000 | 946,313 | 33% |
| Rhode Island | 256,712 | 330,000 | 73,288 | 29% |
| South Carolina | 1,116,252 | 1,400,000 | 283,748 | 25% |
| South Dakota | 197,324 | 240,000 | 42,676 | 22% |
| Tennessee | 1,503,170 | 2,000,000 | 496,830 | 33% |
| Texas | 6,826,336 | 9,500,000 | 2,673,664 | 39% |
| Utah | 793,316 | 960,000 | 166,684 | 21% |
| Vermont | 138,035 | 160,000 | 21,965 | 16% |
| Virginia | 1,976,779 | 2,300,000 | 323,221 | 16% |
| Washington | 1,734,544 | 2,200,000 | 465,456 | 27% |
| West Virginia | 379,038 | 470,000 | 90,962 | 24% |
| Wisconsin | 1,288,652 | 1,500,000 | 211,348 | 16% |
| Wyoming | 134,665 | 160,000 | 25,335 | 19% |
| Grand Total | 75,336,230 | 97,000,000 | 21,663,770 | 29% |

## FACEBOOK'S REACH (ON REACH)

Source: 2016 U.S. Census (American Community Survey, 1-year estimate); Facebook Ads Manager based on data pulled on September 22nd, 2017; P18-34. "FB Potential Reach" includes Facebook + Instagram + Audience Network + Messenger platforms. Facebook data based on "People who live in this location." (Facebook numbers are fluid and are subject to change based on the date when numbers are pulled).



13

# The Facebook P18-34 Reach Inflation Is Much More Pronounced Within The Ten Most Populous Cities

## P18-34



**New York**
U.S. Census Pop:     2,305,171
FB Potential Reach: 4,100,000
*Overage:   +1,794,829 (+78%)*

**Chicago**
U.S. Census Pop:      808,785
FB Potential Reach: 1,900,000
*Overage: +1,091,215 (+135%)*

**San Jose**
U.S. Census Pop:   256,343
FB Potential Reach: 490,000
*Overage: +233,657 (+91%)*

**Philadelphia**
U.S. Census Pop:      459,386
FB Potential Reach: 1,100,000
*Overage:   +640,614 (+139%)*

**Los Angeles**
U.S. Census Pop:    1,125,300
FB Potential Reach: 2,700,000
*Overage: +1,574,700 (+140%)*

**Phoenix**
U.S. Census Pop:   410,220
FB Potential Reach: 720,000
*Overage:   +309,780 (+76%)*

**Dallas**
U.S. Census Pop:      379,567
FB Potential Reach: 1,200,000
*Overage:   +820,433 (+216%)*

**San Diego**
U.S. Census Pop:   434,646
FB Potential Reach: 760,000
*Overage:   +325,354 (+75%)*

**San Antonio**
U.S. Census Pop:   401,801
FB Potential Reach: 690,000
*Overage:   +288,199 (+72%)*

**Houston**
U.S. Census Pop:      645,229
FB Potential Reach: 1,800,000
*Overage: +1,154,771 (+179%)*

FACEBOOK'S REACH (ON REACH)

Source: 2016 U.S. Census (American Community Survey, 1-year estimate); Facebook Ads Manager based on data pulled on September 22nd, 2017; P18-34. "FB Potential Reach" includes Facebook + Instagram + Audience Network + Messenger platforms.  Facebook data based on "People who live in this location" and reflects the city with no radius added.  The 10 most populous cities are based on total population. (Facebook numbers are fluid and are subject to change based on the date when numbers are pulled).

14

VAB
VIDEO ADVERTISING BUREAU

# Similar P18-34 Reach Inflation Is Seen Among "Mid-Sized" Cities As Well



**P18-34**

**Green Bay, WI**
U.S. Census Pop:   28,809
FB Potential Reach: 57,000
*Overage:   +28,191 (+98%)*

**Waterbury, CT**
U.S. Census Pop:   28,366
FB Potential Reach: 46,000
*Overage:   +17,634 (+62%)*

**Renton, WA**
U.S. Census Pop:   26,449
FB Potential Reach: 34,000
*Overage:   +7,551 (+29%)*

**Davenport, IA**
U.S. Census Pop:   26,781
FB Potential Reach: 39,000
*Overage:   +12,219 (+46%)*

**Broken Arrow, OK**
U.S. Census Pop:   23,201
FB Potential Reach: 27,000
*Overage:   +3,799 (+16%)*

**San Mateo, CA**
U.S. Census Pop:   24,638
FB Potential Reach: 30,000
*Overage:   +5,362 (+22%)*

**Greeley, CO**
U.S. Census Pop:   32,345
FB Potential Reach: 49,000
*Overage:   +16,655 (+51%)*

**Lakeland, FL**
U.S. Census Pop:   23,731
FB Potential Reach: 71,000
*Overage:   +47,269 (+199%)*

**Las Cruces, NM**
U.S. Census Pop:   30,935
FB Potential Reach: 46,000
*Overage:   +15,065 (+49%)*

**Tyler, TX**
U.S. Census Pop:   30,181
FB Potential Reach: 55,000
*Overage:   +24,819 (+82%)*

FACEBOOK'S REACH (ON REACH)

Source: 2016 U.S. Census (American Community Survey, 1-year estimate); Facebook Ads Manager based on data pulled on September 22nd, 2017; P18-34. "FB Potential Reach" includes Facebook + Instagram + Audience Network + Messenger platforms.  Facebook data based on "People who live in this location" and reflects the city with no radius added. "Mid-Sized" cities are based on a diverse cross-section of 10 cities with a total population between 100K – 110K with no more than one city reflected per state. (Facebook numbers are fluid and are subject to change based on the date when numbers are pulled).

15

FB-SINGER-00087755

# These P18-34 Reach Inflation Trends Are Also Seen Among "Smaller" Cities Throughout The Country



**P18-34**

**Marysville, WA**
U.S. Census Pop:    13,998
FB Potential Reach: 23,000
*Overage:    +9,002 (+64%)*

**Oshkosh, WI**
U.S. Census Pop:    23,832
FB Potential Reach: 26,000
*Overage:    +2,168 (+9%)*

**Youngstown, OH**
U.S. Census Pop:    14,403
FB Potential Reach: 30,000
*Overage: +15,597 (+108%)*

**Schenectady, NY**
U.S. Census Pop:    18,888
FB Potential Reach: 30,000
*Overage:   +11,112 (+59%)*

**Bismarck, ND**
U.S. Census Pop:    16,645
FB Potential Reach: 31,000
*Overage:   +14,355 (+86%)*

**Muncie, IN**
U.S. Census Pop:    27,277
FB Potential Reach: 31,000
*Overage:    +3,723 (+14%)*

**Rogers, AR**
U.S. Census Pop:    13,198
FB Potential Reach: 26,000
*Overage:   +12,802 (+97%)*

**Laguna Niguel, CA**
U.S. Census Pop:    12,739
FB Potential Reach: 13,000
*Overage:      +261 (+2%)*

**Alpharetta, GA**
U.S. Census Pop:    10,976
FB Potential Reach: 20,000
*Overage:    +9,024 (+82%)*

**Harlingen, TX**
U.S. Census Pop:    16,252
FB Potential Reach: 28,000
*Overage:   +11,748 (+72%)*

**FACEBOOK'S REACH (ON REACH)**

Source: 2016 U.S. Census (American Community Survey, 1-year estimate); Facebook Ads Manager based on data pulled on September 22nd, 2017; P18-34. "FB Potential Reach" includes Facebook + Instagram + Audience Network + Messenger platforms.  Facebook data based on "People who live in this location" and reflects the city with no radius added. "Smaller" cities are based on a diverse cross-section of ten cities with a total population between 60K – 70K, with no more than one city reflected per state. (Facebook numbers are fluid and are subject to change based on the date when numbers are pulled).

VAB VIDEO ADVERTISING BUREAU

16

# Facebook Also Overestimates Their Potential Reach Among The Young & Affluent Within Targeted Zip Codes



**P18-34**

**Darien, CT (06820)**
U.S. Census Pop:    2,481
FB Potential Reach: 3,600
*Overage:   +1,119 (+45%)*

**Weston, CT (06883)**
U.S. Census Pop:    819
FB Potential Reach: 1,700
*Overage:   +881 (+108%)*

**Atherton, CA (94027)**
U.S. Census Pop:    1,108
FB Potential Reach: 1,300
*Overage:   +192 (+17%)*

**Aspen, CO (81611)**
U.S. Census Pop:    2,347
FB Potential Reach: 4,300
*Overage:   +1,953 (+83%)*

**Chappaqua, NY (10514)**
U.S. Census Pop:    1,351
FB Potential Reach: 2,000
*Overage:     +649 (+48%)*

**Short Hills, NJ (07078)**
U.S. Census Pop:    887
FB Potential Reach: 1,700
*Overage:     +813 (+92%)*

**Potomac, MD (20854)**
U.S. Census Pop:    5,504
FB Potential Reach: 7,800
*Overage:   +2,296 (+42%)*

**Great Falls, VA (22066)**
U.S. Census Pop:    2,020
FB Potential Reach: 2,700
*Overage:     +680 (+34%)*

**Southlake, TX (76092)**
U.S. Census Pop:    2,412
FB Potential Reach: 5,800
*Overage: +3,388 (+140%)*

**Beverly Hills, CA (90210)**
U.S. Census Pop:    3,859
FB Potential Reach: 9,500
*Overage: +5,641 (+146%)*

## FACEBOOK'S REACH (ON REACH)

Source: 2015 U.S. Census (2016 data at the zip code level had not been released as of September 2017); Facebook Ads Manager based on data pulled on September 22nd, 2017; P18-34. "FB Potential Reach" includes Facebook + Instagram + Audience Network + Messenger platforms. Facebook data based on "People who <u>live</u> in this location." "Affluent" zip codes were selected based on metrics like median home values as reported by sources such as Forbes. (Facebook numbers are fluid and are subject to change based on the date when numbers are pulled).

17

VAB VIDEO ADVERTISING BUREAU

# OK, So Reach Is Overstated...

# So What?

FB-SINGER-00087758

# There's A Potential For Facebook Reach Inflation To Have Real Consequences For An Advertiser's Overall Communications Plan

**In addition to providing audience and targeting data, more importantly Facebook Ads Manager functions as a tool for an advertiser to _plan_, _budget_, _buy_ and _optimize_ their own campaigns across Facebook platforms.**



https://www.facebook.com/ads/manager/creation

**FACEBOOK'S REACH (ON REACH)**

Source: Facebook Ads Manager based on data pulled on September 20th, 2017; P18-34, United States, "people who live in this location." "FB Potential Reach" includes Facebook + Instagram + Audience Network + Messenger platforms. (Facebook numbers are fluid and are subject to change based on the date when numbers are pulled).



19

FB-SINGER-00087759

# To Make A Buy, It's As "Simple" As Selecting Your Target Then Setting The Budget, Campaign Dates And Entering A Bid Amount

**Once all buy parameters are set, Facebook will calculate the estimated daily reach of your campaign based on "past campaign data, the budget entered and market data"**



https://www.facebook.com/ads/manager/creation

**FACEBOOK'S REACH (ON REACH)**

Source: Facebook Ads Manager based on data pulled on September 20th, 2017; P18-34, United States, "people who live in this location." "FB Potential Reach" includes Facebook + Instagram + Audience Network + Messenger platforms. (Facebook numbers are fluid and are subject to change based on the date when numbers are pulled).



20

# To Verify The Accuracy Of The Estimated Daily Reach Metric, We Built A One-Day Campaign Designed To Maximize Reach

**While a one-day schedule is not a "typical" campaign length, we were limited to this time period for comparison purposes since Facebook only reports estimated reach results at the daily level**



https://www.facebook.com/ads/manager/creation

FACEBOOK'S REACH (ON REACH)

Source: Facebook Ads Manager based on data pulled on September 20th, 2017; P18-34, United States, "people who live in this location." "FB Potential Reach" includes Facebook + Instagram + Audience Network + Messenger platforms. (Facebook numbers are fluid and are subject to change based on the date when numbers are pulled).



21

# Based On The Budget & Bid, An Advertiser Can Use Media Math To Figure Out Their Expected Campaign Impressions

## Budget / CPM x 1,000 = Impressions



https://www.facebook.com/ads/manager/creation

**FACEBOOK'S REACH (ON REACH)**

Source: Facebook Ads Manager based on data pulled on September 20th, 2017; P18-34, United States, "people who live in this location." "FB Potential Reach" includes Facebook + Instagram + Audience Network + Messenger platforms. (Facebook numbers are fluid and are subject to change based on the date when numbers are pulled).



FB-SINGER-00087762

# From The Math, An Advertiser Would See That The Impressions Are Much Lower Than Facebook's Estimated Reach Results

## It's important to note that in a one-day campaign with a 1x frequency cap (as reflected below), the term "impressions" can be used interchangeably with "reach"



https://www.facebook.com/ads/manager/creation

FACEBOOK'S REACH (ON REACH)

Source: Facebook Ads Manager based on data pulled on September 20th, 2017; P18-34, United States, "people who live in this location." "FB Potential Reach" includes Facebook + Instagram + Audience Network + Messenger platforms. (Facebook numbers are fluid and are subject to change based on the date when numbers are pulled).



FB-SINGER-00087763

# Notably, There Is Also A Very Wide Gap Within The Estimated Daily Reach Range For A Platform That Often Touts Its' Precision Targeting

**There is a <u>gap of over 10 million A18-34's</u> (1.9MM – 12.0MM) between the low & high range for a demo-targeted, one-day $5K buy**



https://www.facebook.com/ads/manager/creation

## FACEBOOK'S REACH (ON REACH)

Source: Facebook Ads Manager based on data pulled on September 20th, 2017; P18-34, United States, "people who live in this location." "FB Potential Reach" includes Facebook + Instagram + Audience Network + Messenger platforms. (Facebook numbers are fluid and are subject to change based on the date when numbers are pulled).



FB-SINGER-00087764

# *Key Question*: How Can Facebook's Estimated Daily Reach Be 2x - 12x Times Larger Than What It Should Be Based On Basic Media Math?

**Impressions Based On Budget & Bid/CPM:**
**557.4K - 974.7K**

**Facebook's Estimated Daily Reach:**
**1.9MM - 12.0MM**

**Question:**
How can FB's estimated daily reach be between **1.9MM – 12.0MM** for a one-day $5K schedule with a 1x freq cap when media math ($$$ / CPM = IMPs) says the impressions range for the campaign based on the suggested bid range would be between **557.4K – 974.7K**?

At a $5K budget, below reflects the Impressions* to be delivered based on the CPMs:

| | | |
|---|---|---|
| "Low Range" Bid / CPM = $5.13 | = | 974,659 IMPs |
| **"Suggested" Bid / CPM = $6.59** | = | **758,725 IMPs** |
| "High Range" Bid / CPM = $8.97 | = | 557,414 IMPs |

**in theory, impressions should be interchangeable with unique reach with a 1x frequency cap.*

https://www.facebook.com/ads/manager/creation

FACEBOOK'S REACH (ON REACH)

Source: Facebook Ads Manager based on data pulled on September 20th, 2017; P18-34, United States, "people who live in this location." "FB Potential Reach" includes Facebook + Instagram + Audience Network + Messenger platforms. (Facebook numbers are fluid and are subject to change based on the date when numbers are pulled).

VAB VIDEO ADVERTISING BUREAU

# According To The Math, It Would Take A Lot More Than The $5K Budget To Achieve The Campaign Reach Facebook Estimates

**Based on Facebook's suggested bid (CPM) range, it would actually cost anywhere between <u>$9.7K - $107.6K</u> to deliver against their own P18-34 estimated daily reach for a one-day campaign schedule**

| | Original Budget | Bid / CPM | "Low End" Reach Range | | "High End" Reach Range | |
|---|---|---|---|---|---|---|
| | | | Facebook Est. Daily Reach | **Revised Budget** | Facebook Est. Daily Reach | **Revised Budget** |
| "Low Range" Bid / CPM | $5,000 | $5.13 | 1,900,000 | **$9,747** | 12,000,000 | **$61,560** |
| "Suggested" Bid / CPM | $5,000 | $6.59 | 1,900,000 | $12,521 | 12,000,000 | $79,080 |
| "High Range" Bid / CPM | $5,000 | $8.97 | 1,900,000 | **$17,043** | 12,000,000 | **$107,640** |

FACEBOOK'S REACH (ON REACH)



Source: Facebook Ads Manager based on data pulled on <u>September 20th, 2017</u>; P18-34, United States, "people who live in this location." "FB Potential Reach" includes Facebook + Instagram + Audience Network + Messenger platforms. (Facebook numbers are fluid and are subject to change based on the date when numbers are pulled).



FB-SINGER-00087766

# Apparently Other People Have Noticed This Reach Discrepancy As Well

What does the ad's creative have to do with Reach?

FACEBOOK'S REACH (ON REACH)

VIDEO ADVERTISING BUREAU

# Closing Thoughts

Whether this is truly another metrics glitch remains to be seen.  However, with questions of trust regarding ad-tech platforms at an all-time high among many marketers, our analysis provides another instance where first-party data should at least be questioned, or even challenged, particularly when the numbers don't align with universally accepted metrics such as U.S. Census Bureau population data and basic media math.

Advertisers and their agencies must remain vigilant with all their media partners when it comes to their campaign executions and deliveries.  We believe in complete transparency as an industry and for advertisers to verify their campaign metrics and results through independent, third party data sources.

And for everyone, both advertisers and agencies, as you plan your campaigns, execute your schedules and evaluate your post-buy analyses across your multiplatform media partners, our advice continues to remain the same:

## Assume Nothing, Investigate Everything

FACEBOOK'S REACH (ON REACH)



FB-SINGER-00087768

For More Information Visit Us Online
TheVAB.com



Follow us:
@VideoAdBureau



Like us:
facebook.com/VideoAdvertisingBureau



29

FB-SINGER-00087769