Exhibit 34

# REDACTED VERSION OF

# DOCUMENT SOUGHT TO BE SEALED

**File Provided Natively**

Highly Confidential - AEO

FB-SINGER-00080023









4







· People will drop **~10%** Globally



























