# Exhibit 41

## REDACTED VERSION OF

## DOCUMENT SOUGHT TO BE SEALED

I tried to stop it there a few times and Yaron kept pushing.

Highly Confidential - AEO

FB-SINGER-00118422

■ ▉▉▉▉▉▉ ▉▉▉▉ Yaron and team have done a huge amount of data analysis on this, not just averages but detailed distributions as well. ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉. The status quo in ads Reach estimation and reporting is deeply wrong, and our data analysis suggests that using SUMA and Age Affinity in would dramatically improve things. ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉.

▉▉▉ I think we hung Yaron a bit out to dry today. ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉.

Highly Confidential - AEO