# Exhibit 47

## **REDACTED VERSION OF**

## **DOCUMENT SOUGHT TO BE SEALED**

Highly Confidential - AEO

FB-SINGER-00060541



Highly Confidential - AEO



Highly Confidential - AEO

FB-SINGER-00060543



Highly Confidential - AEO

FB-SINGER-00060544



Highly Confidential - AEO



Highly Confidential - AEO



Highly Confidential - AEO



Highly Confidential - AEO

FB-SINGER-00060548



Highly Confidential - AEO

