# Exhibit 48

# **REDACTED VERSION OF**

# **DOCUMENT SOUGHT TO BE SEALED**

Highly Confidential - AEO

FB-SINGER-00093089

Highly Confidential - AEO

FB-SINGER-00093090



Highly Confidential - AEO

FB-SINGER-00093091

So it would be costly to change to accounts,

Highly Confidential - AEO   FB-SINGER-00093092

Case 3:18-cv-04978-JD   Document 282-50   Filed 04/23/21   Page 6 of 10



Highly Confidential - AEO

FB-SINGER-00093093

Highly Confidential - AEO

FB-SINGER-00093096



Highly Confidential - AEO

FB-SINGER-00093097