**EXHIBIT 2**

| Scenario 2 of 12 | Option 1 | Option 2 | Elsewhere |
|---|---|---|---|
| Brand | Facebook/Instagram | Google/YouTube | |
| United States Audience Size | 180 million accounts | 210 million people | |
| Estimated Audience Size After Targeting | 50,000 accounts | 55,00 people | |
| Automatic Targeting | You choose | You choose | Other media or decrease budget |
| Creative Guidance | Yes | No | |
| Expected Cost Per Click (CPC) | 2.5 | 6.5 | |
| Expected Cost Per Thousand Impressions (CPM) | 12 | 16 | |
| How would you allocate your budget for your next campaign? | ??? % | ??? % | ??? % |

Percent of Budget Left to Allocate: ??? %