1  LATHAM & WATKINS LLP
   Elizabeth L. Deeley (CA Bar No. 230798)
2    *elizabeth.deeley@lw.com*
   Melanie M. Blunschi (CA Bar No. 234264)
3    *melanie.blunschi@lw.com*
   Nicole C. Valco (CA Bar No. 258506)
4    *nicole.valco@lw.com*
   505 Montgomery Street, Suite 2000
5  San Francisco, CA  94111-6538
   Tel.:  +1.415.391.0600/Fax: +1.415.395.8095
6

7  Andrew B. Clubok (*pro hac vice*)
     *andrew.clubok@lw.com*
8  Susan E. Engel (*pro hac vice*)
     *susan.engel@lw.com*
9  555 Eleventh Street, N.W., Suite 1000
   Washington, D.C. 20004
10 Tel.:  +1.202.637.2200/Fax: +1.202.637.2201

11 Hilary H. Mattis (CA Bar No. 271498)
     *hilary.mattis@lw.com*
12 140 Scott Drive
   Menlo Park, CA  94025
13 Tel.: +1.650.328.4600/Fax: +1.650.463.2600

14 *Attorneys for Defendant Facebook, Inc.*

15

16                **UNITED STATES DISTRICT COURT**

17              **NORTHERN DISTRICT OF CALIFORNIA**

18                   **SAN FRANCISCO DIVISION**

19

20 | DZ RESERVE, and CAIN MAXWELL (d/b/a | Case No. 3:18-cv-04978 JD |
   MAX MARTIALIS), individually and on
21 behalf of all others similarly situated,

                                              **DECLARATION OF MELANIE M.**
22                         Plaintiffs,         **BLUNSCHI IN SUPPORT OF**
                                              **FACEBOOK'S OPPOSITION TO**
23            v.                              **PLAINTIFFS' MOTION FOR CLASS**
                                              **CERTIFICATION**
24 FACEBOOK, INC.,

25                         Defendant.         Hon. James Donato

26                                            REDACTED VERSION OF DOCUMENT
                                             SOUGHT TO BE SEALED
27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

I, Melanie M. Blunschi, declare as follows:

1.      I am a partner with the law firm Latham & Watkins LLP, counsel for Defendant Facebook, Inc. ("Facebook") in the above referenced litigation.  I am licensed to practice law in the State of California and am admitted to practice before this Court.  I have personal knowledge of the facts set forth in this declaration.  If called as a witness, I could and would competently testify to these facts under oath.

2.      I submit this declaration in support of Facebook's Opposition to Plaintiffs' Motion for Class Certification (respectively referred to herein as the "Opposition" and the "Motion").

3.      All documents bearing a Bates number beginning in "FB-SINGER" were produced by Facebook in this case.  All documents bearing a Bates number beginning with a different prefix were produced by other parties or non-parties in this case, as specified.[1]

**Advertiser Declarations**

4.      With this declaration, Facebook is submitting several supporting declarations from non-party advertisers and ad agencies who use Ads Manager to advertise on Facebook.  These non-parties voluntarily submitted these declarations after being informed of the claims and defenses in this action and being provided a copy of the Third Amended Consolidated Class Action Complaint ("TAC"), Dkt. 166.  I understand that none of the declarants was promised or provided any compensation for providing a declaration.  I attest that concurrence in the filing of each one of the below declarations has been obtained from the signatory.

5.      Attached as **Exhibit A** is a true and correct copy of the Declaration of Sarah B. Lowe of The Art Cellar of Houston, LLC dated May 7, 2021.

6.      Attached as **Exhibit B** is a true and correct copy of the Declaration of Josh Flanders of Buzz Bomb Brewing Co., dated May 7, 2021.

---

[1] In the Opposition and supporting materials, Facebook cites several documents attached to the Declaration of Geoffrey Graber in Support of Plaintiffs' Motion for Class Certification (Dkt. 282-1, "Graber Declaration").  To avoid burdening the Court with duplicative materials, Facebook has not resubmitted those documents to the Court.  Facebook notes, however, that some of its citations are to portions of the documents outside of what Plaintiffs' counsel marked with red boxes on the copies of the exhibits attached to the Graber Declaration.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

BLUNSCHI DECL. ISO OPPOSITION TO
MOTION FOR CLASS CERTIFICATION
CASE NO. 3:18-cv-04978 JD

7. Attached as **Exhibit C** is a true and correct copy of the Declaration of Adam Hampton of Hampton Design Studios & Shop, dated May 11, 2021.

8. Attached as **Exhibit D** is a true and correct copy of the Declaration of Charles McDowell of Wesley Financial Group LLC, dated May 11, 2021.

9. Attached as **Exhibit E** is a true and correct copy of the Declaration of Phil Davis of Ciceron Inc., dated May 12, 2021.

10. Attached as **Exhibit F** is a true and correct copy of the Declaration of Lamesha Davis, dated May 13, 2021.

11. Attached as **Exhibit G** is a true and correct copy of the Declaration of Lauren Novak of Adglow U.S., dated May 13, 2021.

12. Attached as **Exhibit H** is a true and correct copy of the Declaration of Michael Grantham of Carvana, LLC, dated May 13, 2021.

13. Attached as **Exhibit I** is a true and correct copy of the Declaration of Renee Ventrice of Cork and Keg Tours, LLC dated May 14, 2021.

14. Attached as **Exhibit J** is a true correct copy of the Declaration of Wendy Pettys.

### Employee Declarations

15. With this declaration, Facebook is submitting several supporting declarations from Facebook employees with personal knowledge of the issues raised in Plaintiffs' TAC and the Motion. I attest that concurrence in the filing of each one of the below declarations has been obtained from the signatory.

16. Attached as **Exhibit K** is a true and correct copy of the Declaration of Ping Chen, dated May 10, 2021.

17. Attached as **Exhibit L** is a true and correct copy of the Declaration of Yiyang Shi, dated May 12, 2021.

18. Attached as **Exhibit M** is a true and correct copy of the Declaration of Josh Geller, dated May 12, 2021.

1   19.   Attached as **Exhibit N** is a true and correct copy of the Declaration of Alexander

2   Lobert, dated May 13, 2021.

3   <u>**Demonstrative Exhibits**</u>

4   20.   Attached as **Exhibits 78** to **81**[2] are demonstrative graphics depicting the portions

5   of Facebook's Ads Manager self-serve interface through which individuals and entities place ads

6   on Facebook and through which individuals and entities can view their real-time results of ads on

7   Facebook.  I describe each set of demonstratives below.

8   21.   Attached as **Exhibit 78** is a set of demonstrative graphics depicting the Ads

9   Manager self-serve ad campaign creation interface when accessed on a desktop web browser

10   (https://www.facebook.com/adsmanager/creation).  This exhibit relies on screenshots of the web

11   interface taken at my direction on May 14, 2021.  Exhibit **78** depicts the steps advertisers go

12   through as they place an ad on Ads Manager, including (1) choosing a campaign objective; (2)

13   selecting ad campaign details; (3) creating an ad set; (4) selecting the ad creative; and (45) placing

14   the ad.  **Exhibit 78** also depicts "hovercards" or "tooltips" (*i.e.*, information available when an

15   advertiser hovers over an "i" in Ads Manager) and disclosures that are shown in Ads Manager

16   when an advertiser clicks hyperlinked words in the interface.   Specifically, **Exhibit 78**

17   demonstrates the process for creating an ad campaign with the "conversion" objective, with an ad

18   set with the following criteria:

19   a.   <u>Targeting</u>: People living or recently in California or Oregon; ages 25-50; all

20   genders; with an interest of "Foodie"; "Detailed Targeting Expansion" turned off; and all

21   Languages.

22   b.   <u>Placements</u>: "Automatic Placements";

23   c.   <u>Budget and Schedule</u>: Daily budget of $20.  On page 22, the budget is

24   modified to $50 to demonstrate how changes in budget change Estimated Daily Results, while

25   Potential Reach stays the same because it is not affected by budget;

26

27   [2] Facebook's exhibit numbering picks up where Plaintiffs' numbering ended, starting with Exhibits

28   76 and 77 in the Declaration of Michael Duffey and proceeding with Exhibit 78 here.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

d.   <u>Optimization for Ad Delivery</u>: Landing Page Views.  On page 25, the Optimization for Ad Delivery option is changed to Link Clicks to demonstrate how the information in Estimated Daily Results changes to show Estimated Link Clicks instead of Estimated Landing Page Views;

e.   <u>Cost Control</u>: None applied.

22.   Attached as **Exhibit 79** is another set of demonstrative graphics depicting the Ads Manager self-serve ad campaign management interface when accessed on a desktop web browser (https://www.facebook.com/adsmanager/manage). This exhibit depicts portions of Ads Manager where advertisers can view data regarding the results of their Facebook ads.  To create this demonstrative, my team and I selected certain performance and reach data, but many more data options are available in these portions of Ads Manager.  Exhibit 79 includes screenshots taken on May 12, 2021, from an account that ran ads on Facebook in 2016 and 2017.

23.   Attached as **Exhibit 80** is a set of demonstratives of the Ads Manager self-serve ad campaign creation interface when accessed on a desktop web browser (https://www.facebook.com/adsmanager/creation).  **Exhibit 80** depicts disclosures related to Potential Reach that were provided to advertisers on Ads Manager as of September 2017, March 2019, June 2020, and March 2021.  Specifically, it depicts certain "hovercards" or "tooltips" (*i.e.*, information available when an advertiser hovers over the "i" by Potential Reach in Ads Manager) and certain disclosures that are shown in Ads Manager when one clicks hyperlinked words in those "hovercards" or "tooltips."  The information in the hyperlinked words also is available through Facebook's Business Help Center.

a.   Page 2 of **Exhibit 80** includes screenshots taken from documents bearing Bates numbers FB-SINGER-00000300 and FB-SINGER-00000301, separately attached hereto as Exhibits 82 and 83, which are screenshots taken on January 31, 2019 that depict the Potential Reach disclosures available to advertisers since September 20, 2017.

b.   Page 3 of **Exhibit 80** includes screenshots taken from documents bearing Bates numbers FB-SINGER-00001135, separately attached hereto as Exhibit 87, and FB-

4

BLUNSCHI DECL. ISO OPPOSITION TO
MOTION FOR CLASS CERTIFICATION
CASE NO. 3:18-cv-04978 JD

SINGER-00001138, Dkt. 282-59, which are screenshots taken on September 3, 2019 that depict the Potential Reach disclosures available to advertisers since March 12, 2019.

        c.     Page 4 of **Exhibit 80** includes screenshots taken on the current interface at https://www.facebook.com/adsmanager/creation, which are screenshots taken on January 12, 2021 that depict the Potential Reach disclosures available to advertisers since June 3, 2020, including the screenshot separately attached hereto as Exhibit 96.

        d.     Page 5 of **Exhibit 80** includes screenshots taken on the current interface at https://www.facebook.com/adsmanager/creation, which are screenshots taken on May 12, 2021 that depict the Potential Reach disclosures available to advertisers since March 16, 2021, including the screenshot separately attached hereto as Exhibit 97.

24.    Attached as **Exhibit 81** is a demonstrative listing the exhibits to the Declaration of Geoffrey Graber (Dkt. 282-1) in date order to show the chronology of the documents Plaintiffs cited in their Motion.

### Facebook Ads Manager Screenshots

25.    Attached as **Exhibit 82** is a true and correct copy of a screenshot of the Ads Manager ad set creation interface, accessible at https://www.facebook.com/adsmanager/creation, bearing Bates number FB-SINGER-00000301.

26.    Attached as **Exhibit 83** is a true and correct copy of a screenshot of the Ads Manager ad set creation interface, accessible at https://www.facebook.com/adsmanager/creation, bearing Bates number FB-SINGER-00000300.  This screenshot also displays the Potential Reach: Overview tooltip, accessible by clicking or hovering on the "i" to the right of the Potential Reach estimate.  The screenshot was taken on January 31, 2019.

27.    Attached as **Exhibit 84** is a true and correct copy of a screenshot of the Ads Manager ad set creation interface, accessible at https://www.facebook.com/adsmanager/creation, bearing Bates number FB-SINGER-00001126.  The Potential Reach estimate of 220,000,000 people shown in this screenshot was based on the targeting criteria shown when a U.S. advertiser logged onto Ads Manager and began to create a new ad set:  users "living or recently in" the United

States, all genders, ages 18-65+, and "Automatic Placements."  The screenshot was taken on September 3, 2019.

28.     Attached as **Exhibit 85** is a true and correct copy of a screenshot of the Ads Manager's ad set creation interface, accessible at https://www.facebook.com/adsmanager/creation, bearing Bates number FB-SINGER-00001134. This screenshot also displays the Potential Reach: Overview "hovercard" or "tooltip," accessible by clicking or hovering on the "i" to the right of the Potential Reach estimate.  The screenshot was taken on September 3, 2019.

29.     Attached as **Exhibit 86** is a true and correct copy of a screenshot of the Ads Manager's ad set creation interface, accessible at https://www.facebook.com/adsmanager/creation, bearing Bates number FB-SINGER-00001133. This screenshot also displays the Potential Reach: Details "hovercard" or "tooltip,", accessible by clicking or hovering on the "i" to the right of the Potential Reach estimate.  The screenshot was taken on September 3, 2019.

30.     Attached as **Exhibit 87** is a true and correct copy of a screenshot of the Ad Manager's ad set creation interface, accessible at https://www.facebook.com/adsmanager/creation, bearing Bates number FB-SINGER-00001135. This screenshot also displays the "About Potential Reach" article that is accessible via the "Learn More" link in the Potential Reach: Overview "hovercard" or "tooltip."[3]  The screenshot was taken on September 3, 2019.

31.     Attached as **Exhibit 88** is a true and correct copy of a screenshot of the Ad Manager's ad set creation interface, accessible at https://www.facebook.com/adsmanager/creation, bearing Bates number FB-SINGER-0001130. This screenshot displays the "Estimated Daily Results" article that is accessible via the "Learn

---

[3] The current version of the "About Potential Reach" article also is accessible through https://www.facebook.com/business/help/1665333080167380.

6

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

BLUNSCHI DECL. ISO OPPOSITION TO
MOTION FOR CLASS CERTIFICATION
CASE NO. 3:18-cv-04978 JD

1  More" link in the Estimated Daily Reach "hovercard" or "tooltip" accessible by clicking or

2  hovering over the "i" next to "Reach."[4]  The screenshot was taken on September 3, 2019.

3          32.    Attached as **Exhibit 89** is a true and correct copy a screenshot of Ads Manager ad

4  set creation interface, accessible through https://www.facebook.com/adsmanager/creation, bearing

5  Bates number FB-SINGER-00001125.  This screenshot also displays the "About Targeting New

6  Audiences" that is accessible via the "Learn More" link under "Audiences."[5]  The screenshot was

7  taken on September 3, 2019.

8          33.    Attached as **Exhibit 90** is a true and correct copy of a screenshot of Ads Manager

9  ad set creation interface, accessible through https://www.facebook.com/adsmanager/creation,

10  bearing Bates numbers FB-SINGER-0001132.  This screenshot also displays the "About the

11  Delivery System: Placements" article that is accessible via the "Learn More" link under

12  "Automatic Placements."[6]  The screenshot was taken on September 3, 2019.

13          34.    Attached as **Exhibit 91** are true and correct copies of screenshots of Ads Manager's

14  ad          campaign          objective          selection          interface,          accessible          through

15  https://www.facebook.com/adsmanager/creation, bearing Bates number FB-SINGER-00255015 –

16  FB-SINGER-00255017.  These screenshots also display the "Choose the Right Ad Objective"

17  article that is accessible via the "Help: Choosing an Objective" link.[7]  The screenshots were taken

18  on April 13, 2020.

19

20

21

---

22

23  [4] The current version of the "About Estimated Daily Results" article also is accessible through
https://www.facebook.com/business/help/1438142206453359?id=561906377587030.

24  [5] The current version of the "About Targeting New Audiences" article, which is now called
"About Reaching New Audiences," also is accessible through

25  https://www.facebook.com/business/help/717368264947302?id=176276233019487.

26  [6] The current version of the "About the Delivery System: Placements" article also is accessible
through https://www.facebook.com/business/help/965529646866485?id=802745156580214.

27  [7] The current version of the "Choose the Right Ad Objective" article, which is now called
"Choose the Right Objective," also is accessible through

28  https://www.facebook.com/business/help/1438417719786914.

BLUNSCHI DECL. ISO OPPOSITION TO
MOTION FOR CLASS CERTIFICATION
CASE NO. 3:18-cv-04978 JD

**Facebook Business Help Center Disclosures About Facebook Advertising,
Including Potential Reach**

35.     Attached as **Exhibit 92** is a true and correct copy of an article titled "About Potential Reach," from the Facebook Business Help Center, dated January 18, 2019, bearing Bates number FB-SINGER-00000330.

36.     Attached as **Exhibit 93** is a true and correct copy of an article titled "About Ad Targeting," from the Facebook Business Help Center, dated February 5, 2019, bearing Bates number FB-SINGER-00000417.

37.     Attached as **Exhibit 94** is a true and correct copy of an article titled "About Potential Reach," from the Facebook Business Help Center, accessed on March 15, 2019, bearing Bates number FB-SINGER-00001119.

38.     Attached as **Exhibit 95** is a true and correct copy of an article titled "Best Practices: Ad Bidding and Budgeting," from Facebook for Business, dated December 9, 2019, bearing Bates number FB-SINGER-00089417.

39.     Attached as **Exhibit 96** is a true and correct copy of an article titled "Unique Metrics," from the Facebook Business Help Center, dated June 3, 2020, accessible through https://www.facebook.com/business/help/283579896000936.   This page also was accessible through the Ads Manager ad set creation interface by clicking on the "people" hyperlink in the Potential Reach: Overview tooltip, as shown in **Exhibit 80**, page 4.

40.     Attached as **Exhibit 97** is a true and correct copy of an article titled "Unique Metrics," from the Facebook Business Help Center, dated March 16, 2021, accessible through https://www.facebook.com/business/help/283579896000936.  This page also is accessible through the Ads Manager ad set creation interface by clicking on the "people" hyperlink in the Potential Reach: Overview tooltip, as shown in **Exhibit 80**, page 5.

41.     Attached as **Exhibit 98** is a true and correct copy of an article titled "Facebook Description of Methodology," from Facebook Business Help Center, last updated April 21, 2021, accessible through https://www.facebook.com/business/help/785455638255832.

BLUNSCHI DECL. ISO OPPOSITION TO
MOTION FOR CLASS CERTIFICATION
CASE NO. 3:18-cv-04978 JD

**Materials Produced by Facebook**

42.     Attached as **Exhibit 99** is a true and correct copy of a document titled "IG-FB Account Matching Migration for Instagram Ads – Central Review," dated September 4, 2018, bearing Bates number FB-SINGER-00195023.

43.     Attached as **Exhibit 100** is a true and correct copy of a document titled "Fake Account Index," dated September 21, 2020, bearing Bates number FB-SINGER-00426348.

44.     Attached as **Exhibit 101** is a true and correct copy of relevant portions of Facebook's Community Standards Enforcement Report for Q4 2020, accessible from https://transparency.facebook.com/community-standards-enforcement#fake-accounts, dated February 11, 2021.  This was marked as Exhibit 332 to the April 2, 2021 deposition of Plaintiffs' proposed expert, Dr. Charles Cowan.

45.     Attached as **Exhibit 102** is a true and correct copy of excerpts of Facebook's Annual Report for the Fiscal Year ending December 31, 2020.

46.     Attached as **Exhibit 103** is a true and correct copy of a document titled, "SUMA Model Evaluation for Ads – Model Accuracy and Impact on Overestimation," dated October 22, 2018, bearing Bates number FB-SINGER-00226635.

47.     Attached as **Exhibit 104** is a true and correct copy of a document titled "Understanding the Value of Detailed Targeting," dated August 30, 2018, bearing Bates number FB-SINGER-00027996.

48.     Attached as **Exhibit 105** is a true and correct copy of a document titled "Ad Agencies Cheat Sheet," dated March 10, 2020, bearing Bates number FB-SINGER-00426483.

49.     Attached as **Exhibit 106** is a true and correct copy of a document titled "[CONFIDENTIAL – Action Requested] Upcoming Targeting Changes," dated January 23-28, 2019, bearing initial Bates number FB-SINGER-00125269.  It attaches a document titled "Publicis Letter," dated January 8, 2019, bearing Bates number FB-SINGER-00125273.

BLUNSCHI DECL. ISO OPPOSITION TO MOTION FOR CLASS CERTIFICATION CASE NO. 3:18-cv-04978 JD

50.     Attached as **Exhibit 107** is a true and correct copy of a document titled "Impact of SUMA Modeling on Reach and Frequency Audience Sizes," dated January 11, 2018, bearing Bates number FB-SINGER-00087812.

51.     Attached as **Exhibit 108** is a true and correct copy of a document titled, "Reach Messaging for Press Around Facebook's Potential Reach Versus Census Estimates," bearing Bates number FB-SINGER-00087770.

52.     Attached as **Exhibit 109** is a true and correct copy of a document titled, "SUMA Data & Analysis – WIKI," bearing Bates number FB-SINGER-00088862.

53.     Attached as **Exhibit 110** is a true and correct copy of a document produced by Facebook in this litigation bearing Bates number FB-SINGER-00426629.

**<u>Deposition Testimony</u>**

54.     Attached as **Exhibit 111** are true and correct excerpts of the certified transcription of the August 11, 2020, deposition of Facebook employee David Amsallem.

55.     Attached as **Exhibit 112** are true and correct excerpts of the certified transcription of the October 16, 2020, Rule (30)(b)(6) deposition of Rahul Bhandari, Facebook's 30(b)(6) representative in this matter for certain topics noticed by Plaintiffs.

56.     Attached as **Exhibit 113** are true and correct excerpts of the certified transcription of the August 4, 2020, deposition of then-Facebook employee Amy Dunn.

57.     Attached as **Exhibit 114** are true and correct excerpts of the certified transcription of the July 17, 2020, deposition of former Facebook employee Yaron Fidler.

58.     Attached as **Exhibit 115** are true and correct excerpts of the certified transcription of the September 2, 2020, deposition of Facebook employee Alex Schultz.

59.     Attached as **Exhibit 116** are true and correct excerpts of the certified transcription of the April 6, 2021, deposition of Facebook's proffered expert Dr. Steven Tadelis.

60.     Attached as **Exhibit 117** are true and correct excerpts of the certified transcription of the July 13, 2020, deposition transcript of DZ Reserve owner Daniel Ziernicki, in his personal capacity.

BLUNSCHI DECL. ISO OPPOSITION TO
MOTION FOR CLASS CERTIFICATION
CASE NO. 3:18-cv-04978 JD

61.     Attached as **Exhibit 118** are true and correct excerpts of the certified transcription of the July 13, 2020, 30(b)(6) deposition of Daniel Ziernicki, Named Plaintiff DZ Reserve's 30(b)(6) representative in this matter.

62.     Attached as **Exhibit 119** are true and correct excerpts from the certified transcription of the July 8, 2020, deposition of Named Plaintiff Cain Maxwell d/b/a Max Martialis ("Maxwell").

63.     Attached as **Exhibit 120** are true and correct excerpts from the certified transcription of the March 30, 2021, deposition of Plaintiffs' proffered expert, Dr. Greg Allenby.

64.     Attached as **Exhibit 121** are true and correct excerpts from the certified transcription of the April 2, 2021, deposition of Plaintiffs' proffered expert Dr. Charles Cowan.

65.     Attached as **Exhibit 122** are true and correct excerpts from the certified transcription of the April 13, 2021, deposition of Plaintiffs' proffered expert Tim Roughgarden.

## Documents Produced By Plaintiffs

66.     Attached as **Exhibit 123** is a true and correct copy of an April 5, 2019, document bearing Bates number DZ_Reserve_00022413, produced by DZ Reserve.

67.     Attached as **Exhibit 124** is a true and correct copy of an April 5, 2019, document bearing Bates number DZ_Reserve_00023648, produced by DZ Reserve.

68.     Attached as **Exhibit 125** is a true and correct copy of a October 18, 2019, spreadsheet bearing Bates number MAXWELL_00000824, produced by Cain Maxwell.

## Documents Related to Facebooks Ads Placed By Dan Ziernicki's New Companies

69.     Attached as **Exhibits 126, 127**, and **128** are true and correct copies of the Colorado Secretary of State registration record for GreenLight Enterprises, BlueLight Enterprises, and OrangeLight Enterprises, respectively.  As reflected in these exhibits, as well as the deposition testimony of Dan Ziernicki in **Exhibit 117** at 28:9-29:8, 62:11-25, 217:22-219:10, Mr. Ziernicki owned and operated all three companies, which are referred to herein as "DZ's New Companies."

70.     █████████████████████████████████████████████████

█████████████████. *See* **Exhibit 117** at 62:11-25, 63:12-19.

11

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

BLUNSCHI DECL. ISO OPPOSITION TO
MOTION FOR CLASS CERTIFICATION
CASE NO. 3:18-cv-04978 JD

71.     **Exhibit 126** reflects that one of the registered tradenames of GreenLight Enterprises is "World Gift Deals."  **Exhibit 127** reflects that one of the registered tradenames of BlueLight Enterprises is "Gift Wows."  Mr. Ziernicki admitted at deposition that ████████ ████████████████████ (**Exhibit 117** at 202:15-203:24) ████████████████ (*id.* at 207:15-209:9).

72.     Attached as **Exhibit 110** is a true and correct copy of a .csv file titled "page_admin.csv," bearing Bates number FB-SINGER-00426629, which lists the Facebook Page IDs and Page Names associated with Facebook user ████████.  This exhibit reflects that ██ ████████████████████████████████████████████████████████████████  At deposition, Mr. Ziernicki testified that ████████████████████████████████████ ████████████████████████████████████████████████████.  *See* **Exhibit 117** at 212:16-214:14.

73.     On August 24, 2020, Facebook served document subpoenas on DZ's New Companies seeking information about their advertising on Facebook.  Plaintiffs' counsel in this litigation indicated they would represent DZ's New Companies as well and objected to producing any of the subpoenaed documents.

74.     On October 8, 2020, Facebook filed a letter motion to compel DZ's New Companies to comply with the subpoenas.  Dkt. 233.  The Court granted Facebook's motion on October 15, 2020.  Dkt. 237.  In response, on November 16, 2020, DZ's New Companies (though the counsel they share with Plaintiffs) produced documents as ordered in response to Facebook's request for DZ's New Companies' advertising on Facebook.

75.     I have reviewed the documents that DZ's New Companies produced in response to the Court's order.  These documents contain information about DZ's New Companies' advertising

12

on Facebook, including over 3,600 ads that DZ's New Companies purchased after DZ Reserve joined this litigation.  For example, attached as **Exhibit 129** is a true and correct excerpt of a .csv file produced by DZ's New Companies bearing Bates number TP_00001213, containing representative records of selected ads created between March 25, 2019, and January 2, 2020.

76.     The documents that DZ's New Companies produced in response to the Court's order include 48 .csv files, bearing Bates numbers TP_00000001-00001252, that are voluminous and impractical to submit in full as .pdf exhibits here.  However, if the Court wishes to review the files in full, Facebook will promptly submit the native files.

77.     Facebook also produced documentation of ads from the Facebook Pages associated with DZ's New Companies and ▮▮▮▮▮, including "Gift Wows," "USA Gift Deals," and "World Gift Deals."  Facebook's production also confirms that DZ's New Companies placed over 3,600 ads after DZ Reserve joined this litigation.  For example, **Exhibit 130** is a true and correct excerpt of FB-SINGER-00426465, reflecting three ads associated with the Facebook pages "World Gift Deals" and "Gift Wows," with ad campaign start dates between February 1, 2020 and September 18, 2020.  This exhibit also confirms a link to ▮▮▮▮▮:  for example, the two ads in Exhibit 130 that are associated with the "Gift Wows" page have a Page ID (108911570535934) that matches the Page ID in Exhibit 110 for the Facebook Page associated with Facebook user ▮▮▮▮▮  The native .csv file bearing Bates number FB-SINGER-00426465 would be voluminous and impractical to submit in full as a .pdf exhibit.  However, if the Court wishes to review the files in full, Facebook will promptly submit the native files.

### Amazing.com Materials & Maxwell Advertisements

78.     Attached as **Exhibit 131** is a true and correct copy of a training video bearing Bates number Amazing.com_000140 ("AmazingSellingMachine Video").  This video file was produced by Amazing.com in response to a third-party subpoena served by Facebook on August 3, 2020.  Amazing.com has designated this document Highly Confidential – Attorneys' Eyes Only.

79.     Attached as **Exhibit 136** is a true and correct copy of an undated document bearing Bates number Amazing_000015-135 ("AmazingSellingMachine Material").  This document was

BLUNSCHI DECL. ISO OPPOSITION TO
MOTION FOR CLASS CERTIFICATION
CASE NO. 3:18-cv-04978 JD

1    produced by Amazing.com in response to a third-party subpoena served by Facebook on August

2    3, 2020.  Amazing.com has designated this document Highly Confidential – Attorneys' Eyes Only.

3        80.    In **Exhibit 136**, the AmazingSellingMachine Material ██████████████

4    ████████████████.  Exhibit 136 at 000018.  ██████████████████████████████

5    ████████████████████████████████████████████████████████████████████

6    ████████████████████████████  Exhibit 136 at 000019.  Plaintiff Maxwell used

7    "Facebook Offer" ads that offered coupons to buyers of Maxwell's products sold on Amazon.com,

8    as reflected in **Exhibit 137**, a true and correct copy of native .csv files produced by Maxwell

9    bearing Bates number MAXWELL_00001143-45.

10       81.    In **Exhibit 136**, the AmazingSellingMachine Material ██████████████

11   ████████████████████████████████████████████████████████████████████

12   Amazing.com_000024-25.    The  AmazingSellingMachine  Material  example  appears  below

13   Amazing.com_000025:

25       82.    By way of comparison, below is a true and correct copy of a Maxwell ad image,

26   as reflected in **Exhibit 137** (Maxwell_00001143):

14

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

BLUNSCHI DECL. ISO OPPOSITION TO
MOTION FOR CLASS CERTIFICATION
CASE NO. 3:18-cv-04978 JD



83.   In **Exhibit 136**, the AmazingSellingMachine Material directs ███████

███████████████████████████████████████████████████████████████

███████ Amazing.com_000025.   During his deposition, Mr. Maxwell testified that ████

████████████████████████████████████████████████████████████████

████████████████████████████████████ **Exhibit 119**, Maxwell Dep. at

52:13-54:24.

[cont. on next page]

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

BLUNSCHI DECL. ISO OPPOSITION TO
MOTION FOR CLASS CERTIFICATION
CASE NO. 3:18-cv-04978 JD

84.    In **Exhibit 136**, the AmazingSellingMachine Material directs ███████████

████████████████████████████ **Exhibit 136**, Amazing.com_000026.   The

AmazingSellingMachine Material example appears below.  Amazing.com_000026:

85.    By way of comparison, attached as **Exhibit 137** and below is a true and correct

copy of an advertisement produced by Mr. Maxwell that tracks the advice from

AmazingSellingMachine Material as to the ad copy with respect to the suggested Description.

Maxwell_00001143:

**Max Martialis**
Sponsored ·

75% Your Next Purchase on Amazon!

Get 75% off, plus free shipping* on our high-quality gun magnet. Important!:
click "Save for Later" in order to get your exclusive coupon! Limited
quantities available.

[continued. on next page]

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

BLUNSCHI DECL. ISO OPPOSITION TO
MOTION FOR CLASS CERTIFICATION
CASE NO. 3:18-cv-04978 JD

1    86.    In **Exhibit 131**, the AmazingSellingMachine Video recommends ████

2    ████████████████████████████ Video at 15:02-15:14.  Below is a true and correct

3    copy of a screenshot from the AmazingSellingMachine Video at 15:02:

[continued on next page]

17

87.     Below is a screenshot from a true and correct copy of a native .csv file bearing the Bates number Maxwell_00001319, which provides Mr. Maxwell's Ads Manager inputs and which reflects that Mr. Maxwell followed the AmazingSellingMachine Video advice to ███████ ████████████████████████████. This native .csv file produced by Mr. Maxwell is voluminous and impractical to submit in full as a .pdf exhibit here. However, if the Court wishes to review the file in full, Facebook will promptly submit the native file.

██████████████████████████████████████████

88.     In **Exhibit 131**, the AmazingSellingMachine Video directs ████████ ████████████████████████████ Exhibit 131, Video at 22:40-22:56 ████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████   Mr. Maxwell targeted "Amazon" in every one of his ads, as reflected in the native .csv file produced by Mr. Maxwell bearing Bates number MAXWELL_00001319, which is

BLUNSCHI DECL. ISO OPPOSITION TO
MOTION FOR CLASS CERTIFICATION
CASE NO. 3:18-cv-04978 JD

voluminous and impractical to submit in full as a .pdf exhibit here.  However, if the Court wishes
to review the file in full, Facebook will promptly submit the native file.

89.     The AmazingSellingMachine Material does not discuss Potential Reach estimates.
*See* Exhibit 136.   The AmazingSellingMachine Video also does not discuss Potential Reach
estimates.  *See* Exhibit 131.  The AmazingSellingMachine Video does, however, refer to █████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

████████████████████████████████████     *Id.* at 23:50-24:09.     ▬

90.     In **Exhibit 131**, the AmazingSellingMachine Video recommends ██████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

Video at 25:28-25:35.  Mr. Maxwell set a budget of $20 or less for every one of his ads, as reflected
in the native .csv file produced by Mr. Maxwell bearing Bates number MAXWELL_00001319,
which is voluminous and impractical to submit in full as a .pdf exhibit here.  However, if the Court
wishes to review the file in full, Facebook will promptly submit the native file.

91.     In **Exhibit 136**, the AmazingSellingMachine Material directs ████████████

████████████████████████████████████ Amazing.com_000031.  Mr. Maxwell optimized the
Ad Delivery for each of his ads to "Link Clicks", as reflected in the native .csv file produced by
Mr. Maxwell bearing Bates number MAXWELL_00001319, which is voluminous and impractical
to submit in full as a .pdf exhibit here.  However, if the Court wishes to review the file in full,
Facebook will promptly submit the native file.

### Document Produced By Non-Party Publicis

92.     Attached as **Exhibit 132** is a true and correct copy of a September 6-7, 2017,
document bearing Bates number PUB0002018.  This document was produced by Publicis in

19

response to a third-party subpoena served by Plaintiffs on December 4, 2019.  Publicis has designated this document Confidential.

### Updated Data Analyses Per New Class Definition

93.     In their reports, Plaintiffs' proffered experts presented analyses based on a putative class of all U.S. advertisers who placed ads on Facebook platforms starting on August 15, 2014. *See, e.g.*, Dkt. 282-68 at Table 2; Dkt. 282-74 at ¶ 19 n.20.  Facebook's experts used the same class definition for their responsive analyses.

94.     In their Motion (at 15), Plaintiffs narrow the putative class to:

> All United States residents (including natural persons and incorporated entities) who, from August 14, 2014, to the present ("Class Period"), paid for the placement of at least one advertisement on Facebook's platforms, including the Facebook and Instagram platforms, which was purchased through Facebook's Ads Manager or Power Editor.

> Excluded from the class are: (1) advertisements purchased pursuant to agreements other than Facebook's Terms of Service of Statement of Rights and Responsibilities; (2) advertisements purchased using only non-lookalike Custom Audiences as the targeting criteria; (3) advertisements purchased using Reach and Frequency buying; (4) advertisements purchased with the objectives of canvas app engagement, canvas app installs, offer claims, event responses, page likes, or external; and (5) advertisements for which Facebook provided a Potential Reach lower than 1000.

95.     Based on Facebook's understanding of Plaintiffs' narrowed definition, three of Facebook's experts in this case, Dr. David Reibstein, Dr. Steven Tadelis, and Dr. Catherine Tucker, and their supporting teams at the Analysis Group updated the exhibits that they previously offered detailing characteristics of the putative class and their advertising activity on Facebook during the Class Period.  I detail these updated exhibits below.

96.     Attached as **Exhibit 133** is a set of updated exhibits to the March 3, 2021 Rebuttal Expert Report of Catherine Tucker, Ph.D. (Dkt. 288-1).  Specifically:

a.     Updated Tucker Exhibit 2 is a table titled "Summary of Campaign Objectives," based on data produced by Facebook, bearing Bates numbers FB-SINGER-

BLUNSCHI DECL. ISO OPPOSITION TO
MOTION FOR CLASS CERTIFICATION
CASE NO. 3:18-cv-04978 JD

1   00314652-704 and FB-SINGER-00426663.  The corresponding table for all U.S. advertisers is

2   located at Exhibit 2 to the Rebuttal Expert Report of Catherine Tucker, March 3, 2021.

3          b.    Updated Tucker Exhibit 3 is a table titled "Summary of Ad Optimization

4   Criteria," based on data produced by Facebook, bearing Bates numbers FB-SINGER-00314652-

5   704 and FB-SINGER-00426663. The corresponding table for all U.S. advertisers is located at

6   Exhibit 3 to the Rebuttal Expert Report of Catherine Tucker, March 3, 2021.

7          c.    Updated Tucker Exhibit 4 is a chart titled "Ad Revenues by Ad

8   Optimization Criteria," based on data produced by Facebook, bearing Bates numbers FB-

9   SINGER-00314652-704 and FB-SINGER-00426663. The corresponding chart for all U.S.

10  advertisers is located at Exhibit 4 to the Rebuttal Expert Report of Catherine Tucker, March 3,

11  2021.

12         d.    Updated Tucker Exhibit 5 is a chart titled "Ad Revenues by Ad

13  Optimization Criteria and Advertiser Type," based on data produced by Facebook, bearing Bates

14  numbers FB-SINGER-00314652-704 and FB-SINGER-00426663. The corresponding chart for

15  all U.S. advertisers is located at Exhibit 5 to the Rebuttal Expert Report of Catherine Tucker,

16  March 3, 2021.

17         e.    Updated Tucker Exhibit 6 is a table titled "Summary of Ad Revenue by

18  Select Criteria," based on data produced by Facebook, bearing Bates numbers FB-SINGER-

19  00314652-704, FB-SINGER-00426663, and FB-SINGER-00426481. The corresponding table

20  for all U.S. advertisers is located at Exhibit 6 to the Rebuttal Expert Report of Catherine Tucker,

21  March 3, 2021.

22         f.    Updated Tucker Exhibit 7 is a table titled "Ratio of Total Ad Set

23  Impressions to Audience Size," based on data produced by Facebook, bearing Bates numbers FB-

24  SINGER-00314652-704 and FB-SINGER-00426663. The corresponding table for all U.S.

25  advertisers is located at Exhibit 7 to the Rebuttal Expert Report of Catherine Tucker, March 3,

26  2021.

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

g.    <u>Updated Tucker Exhibit 8</u> is a table titled "Distribution of Potential Reach and Audience Size Estimates," based on data produced by Facebook, bearing Bates numbers FB-SINGER-00314652-704, FB-SINGER-00426663, and FB-SINGER-00256368-372. The corresponding table for all U.S. advertisers is located at Exhibit 8 to the Rebuttal Expert Report of Catherine Tucker, March 3, 2021.

h.    <u>Updated Tucker Exhibit 9</u> is a histogram titled "Daily Budget and Estimated Audience Size Correlation Coefficients by Advertiser," based on data produced by Facebook, bearing Bates numbers FB-SINGER-00314652-704, FB-SINGER-00426663, and FB-SINGER-00426664-855. The corresponding histogram for all U.S. advertisers is located at Exhibit 9 to the Rebuttal Expert Report of Catherine Tucker, March 3, 2021.

i.    <u>Updated Tucker Exhibit 10</u> is a histogram titled "Total Revenue and Estimated Audience Size Correlation Coefficients by Advertiser," based on data produced by Facebook, bearing Bates numbers FB-SINGER-00314652-704 and FB-SINGER-00426663. The corresponding histogram for all U.S. advertisers is located at Exhibit 10 to the Rebuttal Expert Report of Catherine Tucker, March 3, 2021.

j.    <u>Updated Tucker Exhibit 11</u> is a histogram titled "Daily Budget and Estimated Audience Size Correlation Coefficients by Advertiser," based on data produced by Facebook, bearing Bates numbers FB-SINGER-00314652-704, FB-SINGER-00426663, and FB-SINGER-00314707. The corresponding histogram for all U.S. advertisers is located at Exhibit 11 to the Rebuttal Expert Report of Catherine Tucker, March 3, 2021.

k.    <u>Updated Tucker Exhibit 12</u> is a table titled "Comparison of Distribution of Advertiser Level CPMs," based on data produced by Facebook, bearing Bates numbers FB-SINGER-00314652-704 and FB-SINGER-00426663. The corresponding table for all U.S. advertisers is located at Exhibit 12 to the Rebuttal Expert Report of Catherine Tucker, March 3, 2021.

97.    Attached as **Exhibit 134** is a set of updated exhibits to the March 3, 2021 Expert Rebuttal Report of Steven Tadelis, Ph.D. (filed concurrently). Specifically:

22

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

BLUNSCHI DECL. ISO OPPOSITION TO
MOTION FOR CLASS CERTIFICATION
CASE NO. 3:18-cv-04978 JD

a.   Updated Tadelis Exhibit 17 is a table titled "Summary of Objectives," based on data produced by Facebook, bearing Bates numbers FB-SINGER-00314652-704 and FB-SINGER-00426663. The corresponding table for all U.S. advertisers is located at Exhibit 17 to the Expert Rebuttal Report of Steven Tadelis, March 3, 2021.

b.   Updated Tadelis Exhibit 18 is a table titled "Summary of Optimization," based on data produced by Facebook, bearing Bates numbers FB-SINGER-00314652-704 and FB-SINGER-00426663. The corresponding table for all U.S. advertisers is located at Exhibit 18 to the Expert Rebuttal Report of Steven Tadelis, March 3, 2021.

c.   Updated Tadelis Exhibit 19 is a table titled "Summary of U.S. Targeting," based on data produced by Facebook, bearing Bates numbers FB-SINGER-00426355-454. The corresponding table for all U.S. advertisers is located at Exhibit 19 to the Expert Report of Steven Tadelis.

d.   Updated Tadelis Exhibit 20 is a table titled "Distribution of Potential Reach Estimates in Ads Manager," based on data produced by Facebook, bearing Bates numbers FB-SINGER-00256368-372. The corresponding table for all U.S. advertisers is located at Exhibit 20 to the Expert Rebuttal Report of Steven Tadelis, March 3, 2021.

98.   Attached as **Exhibit 135** is a set of updated to the March 3, 2021 Rebuttal Expert Report of David Reibstein (Dkt. 289-1).  Specifically:

a.   Updated Reibstein Exhibit 34 is a table titled "Facebook Ad Data Summary Statistics, Ad Objectives," based on data produced by Facebook, bearing Bates numbers FB-SINGER-00314652-704 and FB-SINGER-00426663. The corresponding table for all U.S. advertisers is located at Exhibit 34 to the Rebuttal Expert Report of David Reibstein, March 3, 2021.

b.   Updated Reibstein Exhibit 36 is a table titled "Facebook Ad Data Summary Statistics, Ratio of Total Impressions to Estimated Audience Size," based on data produced by Facebook, bearing Bates numbers FB-SINGER-00314652-704 and FB-SINGER-00426663. The

23

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

BLUNSCHI DECL. ISO OPPOSITION TO
MOTION FOR CLASS CERTIFICATION
CASE NO. 3:18-cv-04978 JD

1  corresponding table for all U.S. advertisers is located at Exhibit 36 to the Rebuttal Expert Report

2  of David Reibstein, March 3, 2021.

3

4        I declare under penalty of perjury that the foregoing is true and correct, and that I executed

5  this Declaration on May 14, 2021, in Piedmont, California.

6

7                                              By:    /s/ Melanie M. Blunschi

8                                                   Melanie M. Blunschi
                                                   *Attorney for Defendant Facebook, Inc.*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

BLUNSCHI DECL. ISO OPPOSITION TO
MOTION FOR CLASS CERTIFICATION
CASE NO. 3:18-cv-04978 JD