LATHAM & WATKINS LLP
Elizabeth L. Deeley (CA Bar No. 230798)
  elizabeth.deeley@lw.com
Melanie M. Blunschi (CA Bar No. 234264)
  melanie.blunschi@lw.com
Nicole C. Valco (CA Bar No. 258506)
  nicole.valco@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-6538
Tel: +1.415.391.0600/Fax: +1.415.395.8095

Andrew B. Clubok (*pro hac vice*)
  andrew.clubok@lw.com
Susan E. Engel (*pro hac vice*)
  susan.engel@lw.com
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Tel::  +1.202.637.2200/Fax: +1.202.637.2201

Hilary H. Mattis (CA Bar No. 271498)
  hilary.mattis@lw.com
140 Scott Drive
Menlo Park, CA  94025
Tel: +1.650.328.4600/Fax: +1.650.463.2600

*Attorneys for Defendant Facebook, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DZ RESERVE and CAIN MAXWELL (d/b/a MAX MARTIALIS), individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No. 3:18-cv-04978 JD<br><br>**DEFENDANT FACEBOOK, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF FACEBOOK, INC.'S CORRECTED OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Hon. James Donato |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

FACEBOOK'S ADMIN. MOT.
TO FILE UNDER SEAL
CASE NO. 3:18-cv-04978 JD

1    Pursuant to the Stipulated Protective Order (Dkts. 81, 85) and Civil Local Rules 7-11 and

2  79-5, Facebook, Inc. ("Facebook") hereby moves for an order provisionally sealing portions of its

3  Corrected Opposition to Plaintiffs' Motion for Class Certification.

4    Pursuant to the Court's Civil Standing Order and the Court's Order re Motions to Seal

5  (Dkt. 253), Facebook seeks to file this material under seal.  The parties will meet and confer and

6  file a more comprehensive joint declaration setting out the parties' positions on sealing, as

7  necessary and as required by the Court's orders and applicable Local Rules, after the completion

8  of briefing on Plaintiffs' Motion for Class Certification (Dkt. 282) and Facebook's Motions to

9  Exclude (Dkts. 285, 286).  *See* Standing Order for Civil Cases before Judge James Donato ¶ 31,

10  Order re Mot. to Seal at 3-4; Civ. L.R. 79-5.

11    As required by Civil Local Rule 79-5(d), Facebook is attaching a copy of the document

12  sought to be filed under seal.  Also pursuant to Civil Local Rule 79-5, this Administrative Motion

13  is accompanied by the supporting Declaration of Melanie M. Blunschi in Support of Facebook's

14  Administrative Motion to Seal and a Proposed Order.

15  DATED:  May 20, 2021                LATHAM & WATKINS LLP

16

17                                     By:    /s/ *Melanie M. Blunschi*
                                       Elizabeth L. Deeley (CA Bar No. 230798)
18                                     Melanie M. Blunschi (CA Bar No. 234264)
                                       Nicole C. Valco (CA Bar No. 258506)
19                                     505 Montgomery Street, Suite 2000
                                       San Francisco, CA  94111-6538
20                                     Telephone:  +1.415.391.0600
                                       Facsimile:  +1.415.395.8095
21                                     *elizabeth.deeley@lw.com*
                                       *melanie.blunschi@lw.com*
22                                     *nicole.valco@lw.com*

23                                     Andrew B. Clubok (*pro hac vice*)
                                       Susan E. Engel (*pro hac vice*)
24                                     555 Eleventh Street, N.W., Suite 1000
                                       Washington, D.C. 20004
25                                     Telephone:  +1.202.637.2200
                                       Facsimile:  +1.202.637.2201
26                                     *andrew.clubok@lw.com*
                                       *susan.engel@lw.com*
27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Hilary H. Mattis (CA Bar No. 271498)
140 Scott Drive
Menlo Park, CA  94025
Telephone: +1.650.328.4600
Facsimile: +1.650.463.2600
*hilary.mattis@lw.com*

*Attorneys for Defendant Facebook, Inc.*

2

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

FACEBOOK'S ADMIN. MOT.
TO FILE UNDER SEAL
CASE NO. 3:18-cv-04978 JD