LATHAM & WATKINS LLP
Elizabeth L. Deeley (CA Bar No. 230798)
　elizabeth.deeley@lw.com
Melanie M. Blunschi (CA Bar No. 234264)
　melanie.blunschi@lw.com
Nicole C. Valco (CA Bar No. 258506)
　nicole.valco@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Tel.: +1.415.391.0600/Fax: +1.415.395.8095

Andrew B. Clubok (*pro hac vice*)
　andrew.clubok@lw.com
Susan E. Engel (*pro hac vice*)
　susan.engel@lw.com
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Tel.: +1.202.637.2200/Fax: +1.202.637.2201

Hilary H. Mattis (CA Bar No. 271498)
　hilary.mattis@lw.com
140 Scott Drive
Menlo Park, CA 94025
Tel.: +1.650.328.4600/Fax: +1.650.463.2600

*Attorneys for Defendant Facebook, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DZ RESERVE, and CAIN MAXWELL (d/b/a MAX MARTIALIS), individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>FACEBOOK, INC.,<br><br>　　　　　　Defendant. | Case No. 3:18-cv-04978 JD<br><br>**DECLARATION OF MELANIE M. BLUNSCHI IN SUPPORT OF FACEBOOK, INC.'S ADMINISTRATIVE MOTION FOR AN EVIDENTIARY HEARING ON THE MOTION FOR CLASS CERTIFICATION**<br><br>Hon. James Donato |

I, Melanie M. Blunschi, declare as follows:

1. I am a partner with the law firm Latham & Watkins LLP and am counsel for Defendant Facebook, Inc. ("Facebook") in the above referenced litigation. I am licensed to practice law in the State of California and am admitted to practice before this Court. I have personal knowledge of the facts set forth herein, and if called upon to do so could competently testify as follows.

2. Pursuant to Civil Local Rule 7-11(a), I submit this declaration in support of Facebook's Administrative Motion for an Evidentiary Hearing on Plaintiffs' Motion for Class Certification. As explained herein and in the correspondence attached as **Exhibit 1**, the parties were unable to resolve this matter through stipulation.

3. On May 3, 2021, following Plaintiffs' filing of their motion for class certification, Facebook contacted Plaintiffs to suggest that the parties reach an agreement and submit a stipulation to the Court proposing that the Court hold an evidentiary hearing on Plaintiffs' motion for class certification and the parties' competing evidence related to Federal Rule of Civil Procedure Rule 23.

4. Over the three weeks since my initial email, the parties have exchanged further emails discussing Facebook's suggestion. Facebook's position is that three of its four rebuttal experts should testify (Drs. Catherine Tucker, Steven Tadelis, and David Reibstein).

5. As the Parties appeared unable to reach agreement by email, I asked on May 19, 20, and 21 for Plaintiffs to meet and confer with Facebook by phone. Plaintiffs' counsel were unable to confer on those days, but as a courtesy and in hopes of reaching agreement, we agreed to wait until today (Monday, May 24) to speak. When setting the call for today, I emphasized the need to reach resolution on whether the Parties agreed there should be an evidentiary hearing of some type, given the fast-approaching hearing date.

6. When I spoke with Plaintiffs' counsel this morning, they did not give any indication of whether they would agree to an evidentiary hearing but asked me to formalize the proposal from my emails and the telephone call into a proposed submission to the Court. I shared a proposed

1

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

BLUNSCHI DECL. ISO ADMIN MOTION
FOR EVIDENTIARY HEARING
CASE NO. 3:18-cv-04978 JD

stipulation with Plaintiffs earlier this afternoon and again asked Plaintiffs' position on whether they would agree to an evidentiary hearing of any type. I have exchanged several more emails with Plaintiffs' counsel since then, but they have been unwilling to state whether they agree that some type of evidentiary hearing is appropriate.

7. A true and correct copy of the email chain reflecting the parties' discussions is attached hereto as **Exhibit 1**.

8. An evidentiary hearing (whether in a traditional or hot tub format) is appropriate at this time given the competing expert evidence submitted in connection with Plaintiffs' motion for class certification, and Facebook's pending motions to exclude two of Plaintiffs' experts in connection with Plaintiffs' motion for class certification. Though Facebook would prefer to present this as a joint proposal, the parties have not been able to reach agreement in the three weeks since we began these discussions. In light of the impending June 10 hearing date, Facebook believes it cannot wait any longer to make this proposal to the Court.

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this Declaration on May 24, 2021, in Piedmont, California.

By:  /s/ Melanie M. Blunschi
     Melanie M. Blunschi
     *Attorney for Defendant Facebook, Inc.*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

BLUNSCHI DECL. ISO OPPOSITION TO
MOTION FOR CLASS CERTIFICATION
CASE NO. 3:18-cv-04978 JD

**ATTORNEY ATTESTATION**

I, Elizabeth L. Deeley, attest pursuant to L.R. Civ. Rule 5-1(i)(3), that concurrence in the filing of this Declaration of Melanie M. Blunschi in Support of Facebook, Inc.'s Administrative Motion for an Evidentiary Hearing on the Motion for Class Certification has been obtained from the signatory. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of May 2021, in San Francisco, California.

/s/ *Elizabeth L. Deeley*
Elizabeth L. Deeley
of LATHAM & WATKINS LLP

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

BLUNSCHI DECL. ISO OPPOSITION TO
MOTION FOR CLASS CERTIFICATION
CASE NO. 3:18-cv-04978 JD