1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LATHAM & WATKINS LLP
Elizabeth L. Deeley (CA Bar No. 230798)
  elizabeth.deeley@lw.com
Melanie M. Blunschi (CA Bar No. 234264)
  melanie.blunschi@lw.com
Nicole C. Valco (CA Bar No. 258506)
  nicole.valco@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-6538
Tel.: +1.415.391.0600/Fax: +1.415.395.8095

Andrew B. Clubok (*pro hac vice*)
  andrew.clubok@lw.com
Susan E. Engel (*pro hac vice*)
  susan.engel@lw.com
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Tel.: +1.202.637.2200/Fax: +1.202.637.2201

Hilary H. Mattis (CA Bar No. 271498)
  hilary.mattis@lw.com
140 Scott Drive
Menlo Park, CA  94025
Tel.: +1.650.328.4600/Fax: +1.650.463.2600

*Attorneys for Defendant Facebook, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DZ RESERVE and CAIN MAXWELL (d/b/a MAX MARTIALIS), individually and on behalf of all others similarly situated Plaintiffs,<br><br>          Plaintiffs,<br><br>     v.<br><br>FACEBOOK, INC.,<br><br>          Defendant. | Case No. 3:18-cv-04978 JD<br><br>**[PROPOSED] ORDER GRANTING FACEBOOK, INC.'S ADMINISTRATIVE MOTION FOR AN EVIDENTIARY HEARING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Hon. James Donato |

LATHAM&WATKINS^LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING ADMIN. MOT.
FOR EVIDENTARY HEARING
CASE NO. 3:18-cv-04978 JD

**[PROPOSED] ORDER**

Pending before the Court is Plaintiffs' Administrative Motion to for an Evidentiary Hearing on Plaintiffs' Motion for Class Certification ("Administrative Motion").  Having considered the submissions of both parties, it is hereby **ORDERED** that the Administrative Motion is **GRANTED**.  The Court will hold an evidentiary hearing on Plaintiffs' Motion for Class Certification on June 10, 2021.


**IT IS SO ORDERED.**


Dated: _____                    By: _____
                                             HON. JAMES DONATO
                                             United States District Judge

1