**UNREDACTED VERSION REFILED PURSUANT TO DKTS. 253, 320, 325-5**
**ORIGINALLY FILED AT  DKT. 281-31**

# Exhibit 25

| | |
|---|---|
| **From:** | Yaron Fidler </O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=B38C3C7581BC4AC3972C090CAB9C7C06> |
| **To:** | Amy Dunn; Yaron Fidler; David Amsallem |
| **Sent:** | 10/2/2017 3:12:02 PM |
| **Subject:** | Message summary [{"otherUserFbId":null,"threadFbId":1855643891143040}] |

Amy Dunn (10/02/2017 14:06:22 PDT):
>Hi Guys! There is going to be a new article that is going to come out about Potential Reach

Amy Dunn (10/02/2017 14:09:43 PDT):
>There is a new study and we are looking for who can help us look at this study similarly to how we reviewed the US Census methodology.

Amy Dunn (10/02/2017 14:10:04 PDT):
>Need to get some details to PR in the next hour or two.

Yaron Fidler (10/02/2017 14:11:26 PDT):
>What are the details you need?

Amy Dunn (10/02/2017 14:14:48 PDT):
>are you at your desk

Amy Dunn (10/02/2017 14:19:32 PDT):
>Here is the study, we would like an analysis of the methodology to see if it is good or not: http://www.thevab.com/wp-content/uploads/2017/09/Facebooks-Reach.pdf

David Amsallem (10/02/2017 14:20:13 PDT):
>I can help. We have recently constructed core table with many countries census we can query and compare with FB MAP.

David Amsallem (10/02/2017 14:20:24 PDT):
>I can also analyze the methodology

Amy Dunn (10/02/2017 14:20:48 PDT):
>thank you, how quickly do you think we can get you POV

David Amsallem (10/02/2017 14:21:17 PDT):
>how deep of an assessment you need?

Amy Dunn (10/02/2017 14:22:37 PDT):
>The ask is to provide and analysis and some feedback on the slides (which I will reach out to @Yaron when we have them together by EOD today.

Amy Dunn (10/02/2017 14:22:39 PDT):
>PST

David Amsallem (10/02/2017 14:23:42 PDT):
>ok, let me take a look. I should have by 4pm a first assessment. I'll start a quip

Yaron Fidler (10/02/2017 14:59:45 PDT):
>Just finished an interview. Do you have the support you need @Amy?

Yaron Fidler (10/02/2017 15:03:17 PDT):
>"One Of The More Common Explanations For
>Why There Is This Reach Overage Is Due To
>Visits From Travelers Outside The Geography..."
>Who explains that? We never said that is the reason...

Amy Dunn (10/02/2017 15:03:41 PDT):
>I'm getting the claims into a document that will make it easier for you to review. I'm about halfway done

Yaron Fidler (10/02/2017 15:10:02 PDT):
>Overall I think their analysis is correct and reiterates what was published a months ago

Highly Confidential - AEO                                                                                                           FB-SINGER-00083939

just with more details. It also emphasize the need for a model that takes into
consideration false reporting and other factors that influence this number

David Amsallem (10/02/2017 15:10:57 PDT):
>here is a dashboard that mimics their data cuts

David Amsallem (10/02/2017 15:10:59 PDT):
>https://our.intern.facebook.com/intern/unidash/dashboard/fb_map_vs_census_vab/main/

David Amsallem (10/02/2017 15:11:11 PDT):
>they have the order of magnitude in inflation correct

Yaron Fidler (10/02/2017 15:11:32 PDT):
>The one question I have (not directly relevant to the FB analysis): "We believe in
complete transparency as an industry and for
>advertisers to verify their campaign metrics and results through independent, third party
data
>sources. "
>Well, where is the demand for TV transparency?

David Amsallem (10/02/2017 15:12:02 PDT):
>there are a few variations that could come from the census source they use

Highly Confidential - AEO
FB-SINGER-00083940