**UNREDACTED VERSION REFILED PURSUANT TO DKTS. 253, 320, 325-5**
**ORIGINALLY FILED AT  DKT. 281-48**

# Exhibit 39

| | |
|---|---|
| **From:** | Pawel Chrzan </O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=D573E31640074E858D74A0A540B05A9A> |
| **To:** | Josh Geller |
| **Sent:** | 11/28/2016 4:25:15 AM |
| **Subject:** | Re: [tasks] #14589466: Outcome prediction (reach/engagment) failing |

## #14589466 - Outcome prediction (reach/engagment) failing

**RECENT ACTIVITY**

Pawel Chrzan commented: Hey Josh thanks for looking into this :)

1) if you look at graphs I don't mind that we will very rarely have very small audience and get 0 that is fine. What I care about is those huge spikes in a chart where for like 30m-1h everyone seems to be getting reach estimation of 0.

2) From our past studies we have seen that not having reach estimation costs us ~8-9% of Revenue. So if we look at number of people experiencing the issue as a percentage of total LWI traffic you can get to a number that is probably above 50k (last time I calculated it).

You should read this data set as sum of distinct users with failure to get a reach estimation upon entry to the LWI dialog per 30 minutes.

The 2 failures per week I mention is just looking at graph for last 30 days.
I saw that it was spiking around twice a week - everyone was failing ~ around twice a week.
Besides those 2 short breakages service works fine.

ALSO big note. It seems to have stabilised as we haven't seen an issue since 18th.

Comment · Close · Unsubscribe · Assign · Add Subscribers · Tag · Set Priority · Star

| | |
|---|---|
| **STATUS** | Open |
| **PRIORITY** | Mid |
| **OWNER** | Pawel Chrzan |
| **CREATED** | Nov 16, 2016 4:26am by Pawel Chrzan |
| **DESCRIPTION** | We see on average 2 failures of outcome prediction per week for everyone in LWI<br><br>https://fburl.com/539629774 local awareness<br>https://fburl.com/539631869 boosted post<br><br>Are you guys aware of this?<br>What is due to?<br><br>Over last month it probably costed us more than $ 50k |
| **SUBSCRIBERS** | Josh Geller   Pawel Chrzan   Zhen Tang |

**COMMENT HISTORY**

Josh Geller There are any number of reasons why this can happen -- in particular for small audiences (i.e. less than 500 people), there's a fairly good chance we won't get any users from cocoon and there isn't really anything we can do about that for now, though Zhen is working on

Highly Confidential - AEO
FB-SINGER-00019177

making predictions even for that case. Do you have any more details than just this? Do you have any way to repro? And how'd you get the $50k/month number?

Nov 16, 2016 6:18am

**Josh Geller** Also how should I read this dataset? Is the y-axis total failures? If so, how do you get to 2 failures/week for everyone?

Nov 16, 2016 6:21am

**Pawel Chrzan** Hey Josh thanks for looking into this :)

1) if you look at graphs I don't mind that we will very rarely have very small audience and get 0 that is fine. What I care about is those huge spikes in a chart where for like 30m-1h everyone seems to be getting reach estimation of 0.

2) From our past studies we have seen that not having reach estimation costs us ~8-9% of Revenue. So if we look at number of people experiencing the issue as a percentage of total LWI traffic you can get to a number that is probably above 50k (last time I calculated it).

You should read this data set as sum of distinct users with failure to get a reach estimation upon entry to the LWI dialog per 30 minutes.

The 2 failures per week I mention is just looking at graph for last 30 days.
I saw that it was spiking around twice a week - everyone was failing ~ around twice a week.
Besides those 2 short breakages service works fine.

ALSO big note. It seems to have stabilised as we haven't seen an issue since 18th.

Nov 28, 2016 4:24am


Got feedback about this email? Hit us up! Tasks Feedback
Customize your notifications at Email Settings

Highly Confidential - AEO
FB-SINGER-00019178