**UNREDACTED VERSION REFILED PURSUANT TO DKTS. 253, 320, 325-5**
**ORIGINALLY FILED AT DKT. 281-55**

# Exhibit 44

| | |
|---|---|
| **From:** | Amy Dunn on Workplace <notification+kjdwpm5w3wvd@fbworkmail.com> |
| **Sent:** | Monday, February 12, 2018 9:20 AM |
| **To:** | Yaron Fidler |
| **Subject:** | Amy Dunn mentioned you in a comment in Reach estimate working group. |



Amy Dunn mentioned you in a comment in Reach estimate working group.

 **Amy Dunn**
February 12 at 9:19 AM

Yaron, Joe and I agree that at the final launch of SUMA and Age modeling we will have to make an announcement that we have "updated" our models but we will not make an announcement for testing. We also do not want to specifically mention the updates we are making :)

☐ Like    ☐ Comment

   Edit Email Settings

This message was sent to yfidler@fb.com. If you don't want to receive these emails from Workplace in the future, please unsubscribe.
Facebook, Inc., Attention: Community Support, 1 Hacker Way, Menlo Park, CA 94025



1

Highly Confidential - Attorneys' Eyes Only                                                                                       FB-SINGER-00224906