**UNREDACTED VERSION REFILED PURSUANT TO DKTS. 253, 320, 325-5**
**ORIGINALLY FILED AT DKT. 281-64**

# Exhibit 49

| | |
|---|---|
| From: | Jeremy Galen </O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=2C7D09C0B5BC41E38815F63DD811D002> |
| To: | Yaron Fidler; Jeremy Galen |
| Sent: | 7/12/2018 2:33:42 PM |
| Subject: | Message summary [{"otherUserFbId":100022687626439,"threadFbId":null}] |

Jeremy Philip Galen (7/12/2018 14:27:52 PDT):
>hey bro

Yaron Fidler (7/12/2018 14:28:02 PDT):
>Hi

Jeremy Philip Galen (7/12/2018 14:28:06 PDT):
>how on earth are you doing

Jeremy Philip Galen (7/12/2018 14:28:22 PDT):
>my question lately is: how long can we get away with the reach overestimation?

Yaron Fidler (7/12/2018 14:28:22 PDT):
>Juggling everything :)

Yaron Fidler (7/12/2018 14:29:39 PDT):
>Well, I placed that question on the table of our leadership and I think they actually made some really brave decisions, but they weren't communicated widely yet. I will keep you updated once it's shared

Yaron Fidler (7/12/2018 14:29:59 PDT):
>Should be in the next week or so (I hope)

Jeremy Philip Galen (7/12/2018 14:30:21 PDT):
>amazing!

Jeremy Philip Galen (7/12/2018 14:31:36 PDT):
>from my seat: any one of these things will just tip the first domino

Jeremy Philip Galen (7/12/2018 14:31:44 PDT):
>so we should "ship" age modeling deliberately

Yaron Fidler (7/12/2018 14:32:08 PDT):
>I think so as well

Jeremy Philip Galen (7/12/2018 14:33:27 PDT):
>legal has been difficult on me

Jeremy Philip Galen (7/12/2018 14:33:42 PDT):
>they won't move unless the 'ask' comes from product or business interest