LATHAM & WATKINS LLP
Elizabeth L. Deeley (CA Bar No. 230798)
   elizabeth.deeley@lw.com
Melanie M. Blunschi (CA Bar No. 234264)
   melanie.blunschi@lw.com
Nicole C. Valco (CA Bar No. 258506)
   nicole.valco@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-6538
Tel: +1.415.391.0600/Fax: +1.415.395.8095

Andrew B. Clubok (*pro hac vice*)
   andrew.clubok@lw.com
Susan E. Engel (*pro hac vice*)
   susan.engel@lw.com
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Tel:: +1.202.637.2200/Fax: +1.202.637.2201

*Attorneys for Defendant Facebook, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DZ RESERVE and CAIN MAXWELL (d/b/a MAX MARTIALIS), individually and on behalf of all others similarly situated Plaintiffs,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No. 3:18-cv-04978 JD<br><br>**FACEBOOK, INC.'S STATEMENT OF RECENT DECISIONS**<br><br>Hon. James Donato<br><br>Hearing: November 18, 2021 at 10:00 a.m. |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

FACEBOOK'S STATEMENT OF
RECENT DECISIONS
CASE NO. 3:18-cv-04978 JD

Pursuant to Civil Local Rule 7-3(d)(2), in connection with the briefing on Plaintiff's Motion for Class Certification (Dkt. Nos. 282, 294, 317), Defendant Facebook, Inc. respectfully submits this Statement of Recent Decisions to bring to the Court's attention the order by The Honorable Phyllis J. Hamilton denying the motion for class certification in *IntegrityMessageBoards.com v. Facebook, Inc.,* No. 18-cv-05286-PJH, Dkt. 195 (N.D. Cal. Aug. 24, 2021), and the order by The Honorable William Alsup denying the motion for class certification in *dotStrategy, Co. v. Facebook, Inc.*, No. 20-cv-00170-WHA, Dkt. 142 (N.D. Cal. June 22, 2021). Copies of these orders are attached as Exhibit A and Exhibit B, respectfully.

Dated:  September 2, 2021

Respectfully submitted,

LATHAM & WATKINS LLP

By:     /s/ *Elizabeth L. Deeley*
Elizabeth L. Deeley (CA Bar No. 230798)
Melanie M. Blunschi (CA Bar No. 234264)
Nicole C. Valco (CA Bar No. 258506)
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-6538
Telephone:  +1.415.391.0600
Facsimile:  +1.415.395.8095
*elizabeth.deeley@lw.com*
*melanie.blunschi@lw.com*
*nicole.valco@lw.com*

Andrew B. Clubok (*pro hac vice*)
Susan E. Engel (*pro hac vice*)
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Telephone:  +1.202.637.2200
Facsimile:  +1.202.637.2201
*andrew.clubok@lw.com*
*susan.engel@lw.com*

*Attorneys for Defendant Facebook, Inc.*