LATHAM & WATKINS LLP
Elizabeth L. Deeley (CA Bar No. 230798)
 elizabeth.deeley@lw.com
Melanie M. Blunschi (CA Bar No. 234264)
 melanie.blunschi@lw.com
Nicole C. Valco (CA Bar No. 258506)
 nicole.valco@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Tel.: +1.415.391.0600

Andrew B. Clubok (*pro hac vice*)
 andrew.clubok@lw.com
Susan E. Engel (*pro hac vice*)
 susan.engel@lw.com
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Tel.: +1.202.637.2200

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DZ RESERVE and CAIN MAXWELL (d/b/a MAX MARTIALIS), individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 3:18-cv-04978 JD<br><br>**DECLARATION OF STEVEN TADELIS, PH.D.**<br><br>Date:  June 23, 2022<br>Time:  10:00 a.m.<br>Court: Courtroom 11, 19th Floor<br>Hon.   James Donato |

I, Steven Tadelis, declare as follows:

1. I have been retained by the law firm of Latham & Watkins LLP, counsel of record for Defendant Meta Platforms, Inc. ("Meta") in the above-entitled action, to review and evaluate certain opinions presented in expert reports submitted by Plaintiffs in this matter. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the March 3, 2021, rebuttal expert report that I submitted in this matter, along with certain updated exhibits that were submitted in connection with the parties' briefing on Plaintiffs' motion for class certification. Specifically, Exhibit 1 includes:

- Four exhibits (Updated Tadelis Exhibits 17-20) that were previously attached to the May 14, 2021 Declaration of Melanie M. Blunschi (Dkt. 296) and filed at Dkt. 296-71. These exhibits updated exhibits to my March 3 report based on the class definition identified in Plaintiffs' motion for class certification (Dkt. 282 at 15);

- Four exhibits that were attached as Exhibits 3-6 to my May 14, 2021 Declaration (Dkt. 298) and filed at Dkts. 298-3 to 298-6. These exhibits have been re-titled as Exhibits 39-42 for purposes of this Declaration.

I adopt and incorporate the opinions in Exhibit 1 as though fully set forth in this declaration, and, if called upon, I could and would testify to the same in an evidentiary hearing or at trial.

3. Attached hereto as **Exhibit 2** is a true and correct copy of my April 5, 2021, response to certain information contained in the March 19, 2021 Expert Report of Charles D. Cowan, Ph.D. I adopt and incorporate the analyses in that response as though fully set forth in this declaration, and, if called upon, I could and would testify to the same in an evidentiary hearing or at trial.

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this Declaration on March 3, 2022, in Berkeley, California.

By: _____
Steven Tadelis, Ph.D.