# Exhibit 89

REDACTED VERSION FILED PURSUANT TO DKT. 350

**From:** Jian Yuan </O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=FD271F0C2F2D4B318AF47F740D60FCD5>
**To:** Yaron Fidler; Matt Steiner; Ori Hanegby
**Sent:** 9/8/2017 3:32:49 PM
**Subject:** RE: Reach Estimator data

Just chatted with Yaron offline and I think we are on the same page now. Seems this is now becoming an even more nasty problem than we first scoped out in the beginning of the half ☹

**From:** Yaron Fidler
**Sent:** Friday, September 8, 2017 3:17 PM
**To:** Matt Steiner <...>; Ori Hanegby <...>; Jian Yuan <...>
**Subject:** RE: Reach Estimator data

Data pretty clearly shows SUMA and false reporting being the 2 most influencing factors. Will be happy to take you through it if you want

Get Outlook for Android

---

**From:** Jian Yuan
**Sent:** Friday, September 8, 2017 1:36:15 PM
**To:** Matt Steiner; Yaron Fidler; Ori Hanegby
**Subject:** RE: Reach Estimator data

I'm not sure SUMA is the main cause for this issue. While it is certainly part of the reason and something we would fix, if the concern is mainly from PR perspective and deviation from census, focusing on SUMA seems to be the wrong thing to do at this moment and won't help the bigger issue, esp since we don't have ground truth for it so it is a "best effort" thing which makes me a bit uneasy (unlike reported age/gender where now we have some reasonable ground truth from identity team). Just want to make sure we don't leave with leadership the wrong impression of magnitude of stuff before we even know it ourselves ☺

**From:** Matt Steiner
**Sent:** Friday, September 8, 2017 12:40 PM
**To:** Yaron Fidler <...>; Ori Hanegby <...>; Jian Yuan <...>
**Subject:** Fw: Reach Estimator data

FYI

---

**From:** Vladimir Fedorov
**Sent:** Friday, September 8, 2017 11:34 AM
**To:** Ning Li; Matt Steiner
**Subject:** Fw: Reach Estimator data

It would be awesome to have approximate answer for removing SUMO from our estimates during Tuesday review. Or at least have a time frame for when we could have a cost and feasibility estimate.

Highly Confidential - AEO
FB-SINGER-00116519

Thanks,

Vladimir

---

**From:** Rob Goldman
**Sent:** Friday, September 8, 2017 10:07 AM
**To:** Alex Schultz; Mary Ku; Yaron Fidler; Vladimir Fedorov; Ami Vora
**Cc:** Alex Himel; Ning Li
**Subject:** Re: Reach Estimator data

Thanks, whats the timing on that?

-rg

---

**From:** Alex Schultz <████████@███████>
**Date:** Friday, September 8, 2017 at 10:07 AM
**To:** Rob Goldman <████████@███████>, Mary Ku <████████@███████>, Yaron Fidler <████████@███████>, Vladimir Fedorov <████████@███████>, Ami Vora <████████@███████>
**Cc:** Alex Himel <████████@███████>, Ning Li <████████@███████>
**Subject:** RE: Reach Estimator data

For family DAP we are planning to remove SUMA to the best of our ability and only report on total people using our service.

Alex

---

**From:** Rob Goldman
**Sent:** Friday, September 8, 2017 10:05 AM
**To:** Mary Ku <████████@███████>; Yaron Fidler <████████@███████>; Vladimir Fedorov <████████@███████>; Ami Vora <████████@███████>
**Cc:** Alex Schultz <████████@███████>; Alex Himel <████████@███████>; Ning Li <████████@███████>
**Subject:** Re: Reach Estimator data

Adding Vlad and Ami

As I probe more deeply on this, I feel like I can defend the way we are handling self-reported age and

Highly Confidential - AEO
FB-SINGER-00116520

fake accounts, but I think the **SUMA treatment is pretty indefensible**. Our tagline and differentiation in the market is "people based marketing", and in fact, our reach estimates and delivery systems really work at the account level. As we increasingly power family ads products for the likes of IG and Messenger, we need to move our systems to become people based.

Alex, I am curious about how you are planning to handle it in the future for the "family DAP" calculations.

From an Ads, POV, I think we need to move these estimates (and ads delivery for that matter) to become fully people based as quickly as we can.

Yaron, have you discussed ways to make that change with the engineering team? If so, can you share the high level summary of the work needed?

Thanks,


-rg


---

**From:** Mary Ku <█████████>
**Date:** Thursday, September 7, 2017 at 3:23 PM
**To:** Yaron Fidler <█████████>, Rob Goldman <█████████>
**Cc:** Alex Schultz <█████████>, Alex Himel <█████████>, Ning Li <█████████>
**Subject:** Re: Reach Estimator data


Also including Ning on this thread.


---

**From:** Yaron Fidler <█████████>
**Date:** Thursday, September 7, 2017 at 1:40 PM
**To:** Rob Goldman <█████████>
**Cc:** Mary Ku <█████████>, Alex Schultz <█████████>, Alex Himel <█████████>
**Subject:** RE: Reach Estimator data


Hi Rob,

Highly Confidential - AEO

I hear you loud and clear.

We are on it and investigating the following potential reasons:

1. False age reporting
2. Fake and SUMA accounts
3. People not accounted in Census (e.g. travelers, exchange students, undocumented immigrants)
4. Bugs in our estimation product

At this point we managed to rule out 4, and most of 3 as the core reasons. We are working to understand the contribution of 1 & 2 with our partners at Growth.

The next step would be to discuss how we would want to communicate this externally.

Yaron

**From:** Rob Goldman
**Sent:** Thursday, September 7, 2017 12:40 PM
**To:** Yaron Fidler <░░░░░░░░>
**Cc:** Mary Ku <░░░░░░░░>; Alex Schultz <░░░░░░░░>; Alex Himel <░░░░░░░░>
**Subject:** Reach Estimator data

Hey Yaron,

I just came from a meeting with a number of monetization leads, and we are all concerned that the reach estimation issues will continue to gain momentum in the press until we can provide a more complete accounting of explanations for how and why our numbers may differ from things like Census data.

I'm adding Alex Schultz and Alex Himel for context and want to make sure that you can get the data you might need from their respective teams as you do your research. This is a hi-pri issue for us now, so want to make sure we treat it that way,

Thanks for your work here!

-rg

Highly Confidential - AEO
FB-SINGER-00116522