# Exhibit 95



Transparency

Standards Enforcement ∨    Legal Requests ∨    Internet Disruptions

# Community Standards Enforcement Report

We want Facebook and Instagram to be places where people have a voice. To create conditions where everyone feels comfortable expressing themselves, we must also protect our community's safety, privacy, dignity and authenticity. This is why we have Community Standards on Facebook and Community Guidelines on Instagram, which define what is and is not allowed in our community.

**Download Data  ⬇**

## About this report

We publish our Community Standards Enforcement Report on a quarterly basis to more effectively track our progress and demonstrate our continued commitment to making Facebook and Instagram safe and inclusive.

In this February 2021 report, we share data for the October 2020 to December 2020 reporting period, detailing how we are doing at preventing and taking action on content that violates our policies.

We also note areas where we regained some manual review capacity after COVID-19 impacted our operations and metrics beginning in March 2020. The following are policy areas we report on for Facebook and Instagram:

**Facebook**

| | |
|---|---|
| Adult Nudity and Sexual Activity | Hate Speech |
| Bullying and Harassment | Regulated Goods: Drugs |
| Child Nudity and Sexual Exploitation of Children | Regulated Goods: Firearms |
| Dangerous Organizations: Terrorism | Spam |
| Dangerous Organizations: Organized Hate | Suicide and Self-Injury |
| Fake Accounts | Violent and Graphic Content |

**Instagram**

| | |
|---|---|
| Adult Nudity and Sexual Activity | Regulated Goods: Drugs |
| Bullying and Harassment | Regulated Goods: Firearms |
| Child Nudity and Sexual Exploitation of Children | Suicide and Self-Injury |
| Dangerous Organizations: Terrorism | Violent and Graphic Content |
| Dangerous Organizations: Organized Hate | |
| Hate Speech | |

📄 **Community Standards**
Explore comprehensive descriptions of what is and is not allowed on Facebook and Instagram.
Read Standards →

📄 **Companion Guide**
Learn about our processes, methodologies and how we arrived at the numbers.
See Guide →

📄 **Advisory Group**
Review a report from independent academic experts on their findings and recommendations on Facebook's data transparency efforts.
Learn More →

**Metrics Will Evolve**
As we improve our methodologies, measure violations in more languages or across new parts of Facebook and Instagram and update our policies, the way we define and measure enforcement may change. As a result, historical comparisons may be imperfect.

Metrics will also differ across Facebook and Instagram. Learn more about the differences that can impact enforcement, as well as updates and corrections to shared metrics from previous reports in our companion guide.

In this February 2021 report, we share updated metrics for content actioned, proactive rate, appealed content and restored content for the Q4 2020 reporting period. At the end of Q1 enforcement was impacted by temporary workforce changes due to COVID-19. In Q4, we regained some manual review capacity. Where relevant in this report, we note how these changes affected metrics.

## Facebook and Instagram Policies

Facebook and Instagram share content policies. This means if content is considered violating on Facebook, it is also considered violating on Instagram.

Throughout this report, we link to our Community Standards, which includes the most comprehensive descriptions of these policies. Learn more about how we develop and enforce our policies in the companion guide for this report.

Select a platform and violation category:   🔵 Facebook ∨    Fake Accounts ∨

## Fake Accounts

Our goal is to remove as many fake accounts on Facebook as we can. These include accounts created with malicious intent to violate our policies and personal profiles created to represent a business, organization or non-human entity, such as a pet.

We prioritize enforcement against fake accounts that seek to cause harm. Many of these accounts are used in spam campaigns and are financially motivated.

We expect the number of accounts we action to vary over time due to the unpredictable nature of adversarial account creation. Our detection technology helps us block millions of attempts to create fake accounts every day and detect millions more, often within minutes after creation. We do not include blocked attempts in the metrics we report here.

Read the Standards on Fake Accounts →

### Recent Trends

Accounts actioned and proactive rate remained similar across Q3 2020 and Q4 2020.

**PREVALENCE**
### How prevalent were fake account violations on Facebook?    ⓘ

We estimate that fake accounts represented approximately 5% of our worldwide monthly active users (MAU) on Facebook during Q4 2020.



ACCOUNTS ACTIONED
**How many fake accounts did we take action on?**  ⓘ



PROACTIVE RATE
**Of the violating accounts we actioned, how many did we find before users reported them?**

■ Percentage of accounts actioned that we found and flagged before users reported them    ■ Percentage of accounts actioned that users reported first

## Additional Resources

Facebook is committed to being open about our business, from how our products work to the policies we make and enforce. Here are some additional online resources about Facebook's products and business practices.

### Hard Questions Blog
Read guest posts from Facebook's leaders talking about some of the tough issues facing our community and business.
Read Blog →

### Safety Center
Access law enforcement guidelines; resources on issues like bullying and online safety, and links to privacy and security checkups.
More on Safety →

### Community Standards
Facebook publishes detailed standards and enforcement guidelines used by our Community Operations teams.
View Standards →

### Inside Feed
Learn about the people and processes behind Facebook products and policies.
View Inside Feed →