Geoffrey Graber (SBN 211547)
Andrew N. Friedman (*pro hac vice*)
Karina G. Puttieva (SBN 317702)
Paul Stephan (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
afriedman@cohenmilstein.com
ggraber@cohenmilstein.com
kputtieva@cohenmilstein.com
pstephan@cohenmilstein.com

Eric Kafka (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, 14th Floor,
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
ekafka@cohenmilstein.com

Charles Reichmann (SBN 206699)
**LAW OFFICES OF CHARLES REICHMANN**
16 Yale Circle
Kensington, CA 94708-1015
Telephone: (415) 373-8849
Charles.reichmann@gmail.com

*Class Counsel*

**LATHAM & WATKINS LLP**
Elizabeth L. Deeley (SBN 230789)
elizabeth.deeley@lw.com
Melanie M. Blunschi (SBN 234264)
melanie.blunschi@lw.com
Nicole C. Valco (SBN 258506)
nicole.valco@lw.com
505 Montgomery Street, Suite 200
San Francisco, CA 94111-6538
Telephone: (415) 391-0600

Andrew Clubok (*pro hac vice*)
andrew.clubok@lw.com
Susan E. Engel (*pro hac vice*)
susan.engel@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200

*Counsel for Defendant*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| DZ Reserve and Cain Maxwell (d/b/a Max Martialis), individually and on behalf of others similarly situated,<br><br>            Plaintiffs,<br>  v.<br><br>Meta Platforms, Inc. (f/k/a Facebook, Inc.),<br><br>  Defendant. | Case No.: 3:18-cv-04978-JD<br><br>**JOINT STATUS CONFERENCE STATEMENT**<br><br>Status Conference: May 26, 2022<br>Time: 10:00 am<br>Court: Courtroom 11, 19th Floor<br>Hon. James Donato |

Pursuant to the Court's directive, the Parties submit this joint statement in anticipation of the status conference set for May 26, 2022. Class Cert. Order at 17:11–13 (ECF No. 388).

## Joint Statement

### I. Case History

This case was filed on August 15, 2018. ECF No. 1. Following motions to dismiss and for judgment on the pleadings, the claims remaining are fraudulent misrepresentation and fraudulent concealment claims seeking damages and a claim under the California Unfair Competition Law for injunctive relief only.

On March 29, 2022, the Court certified this matter as a class action. Meta has filed a Rule 23(f) petition but has not sought a stay of this matter.

### II. Ongoing Matters

The parties participated in a full-day mediation with a private mediator on April 13, 2022. That mediation was not successful. As the Court directed, ECF No. 388 at 17:14–15, the parties have reached out to Magistrate Judge Thomas S. Hixson to schedule a settlement conference, and have a scheduling call with Magistrate Judge Hixson scheduled for May 23, 2022. ECF 414. The parties continue to engage in discussions about potential settlement of the case.

Plaintiffs filed a motion for the approval of the class notice plan on April 29, 2022. ECF No. 411.

A hearing on the notice plan is set for June 9, 2022. A hearing on Facebook's Motion for Summary Judgment and the parties' motions to exclude experts is set for June 23, 2022.

### III. Trial Date

In July 2021, the Court **set the pretrial conference for September 22, 2022, and set the trial date for October 3, 2022.** ECF No. 331. The parties jointly propose that the pretrial conference date and trial date remain on September 22, 2022 and October 3, 2022 respectively.

## Plaintiffs' Portion

As noted above, on June 23, 2022, the Court is set to hear the parties' motions to exclude, including Meta's motions to exclude Dr. Greg Allenby and Bruce McFarlane, and portions of the

opinion of Dr. Timothy Roughgarden. These two motions are nearly identical to Meta's previously filed motions to exclude the same experts in connection with class certification. On March 29, 2022, the Court denied Meta's motion to exclude Dr. Greg Allenby. The Court excluded McFarlane and held that, "Any portion of Dr. Roughgarden's opinions that is drawn on Mr. McFarlane's work is also excluded, unless an independent basis for it is demonstrated. The Court declines to undertake that analysis on the record as it stands. Meta may pursue it in a motion in limine, as circumstances warrant." ECF No. 388 at 14:15-18.

Following the Court's class certification decision and disposition of Meta's *Daubert* motions, the parties met and conferred regarding a stipulation under which Meta would withdraw its nearly identical motions. Meta then filed a reply brief raising new arguments that there is no "independent basis" for Dr. Roughgarden's opinion - the arguments that the Court directed Meta to raise in a separate motion in limine. ECF No. 406 at 1:15-16; ECF No. 388 at 14:15-18. Unfortunately, Plaintiffs do not believe the parties will be able to reach agreement on a stipulation to withdraw Meta's motions to exclude.

### **Defendant's Portion**

Meta tried in good faith to reach a stipulation with Plaintiffs that would allow it to withdraw its pending motions to exclude Dr. Allenby and Mr. McFarlane (and Plaintiffs' other experts that rely on them, including Dr. Roughgarden) while preserving Meta's rights to challenge their testimony at trial and on appeal. The parties were unable to reach a stipulation that adequately preserved Meta's rights because they disagree about the impact of the Court's class certification decision on Dr. Allenby's opinions, and the viability of one of Dr. Roughgarden's opinions following the Court's decision excluding Mr. McFarlane.  These two issues about the impact of the Court's decisions on Dr. Allenby's and Dr. Roughgarden's opinions were not (and could not be) presented in or decided by the *Daubert* motions Meta filed at class certification (in fact, Plaintiffs concede as much above), and thus Meta could not agree to withdraw its pending motions without assurances about the preservation of its arguments that Plaintiffs would not provide.

DATED: May 19, 2022

Respectfully submitted,

By: /s/ Geoffrey Graber

Geoffrey Graber (SBN 211547)
Andrew N. Friedman (*pro hac vice*)
Karina G. Puttieva (SBN 317702)
Paul Stephan (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
afriedman@cohenmilstein.com
ggraber@cohenmilstein.com
kputtieva@cohenmilstein.com
pstephan@cohenmilstein.com

Eric Kafka (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, 14th Floor,
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
ekafka@cohenmilstein.com

Charles Reichmann (SBN 206699)
**LAW OFFICES OF CHARLES REICHMANN**
16 Yale Circle
Kensington, CA 94708-1015
Telephone: (415) 373-8849
Charles.reichmann@gmail.com

*Class Counsel*

By: /s/ Andrew B. Clubok

**LATHAM & WATKINS LLP**
Elizabeth L. Deeley (SBN 230789)
elizabeth.deeley@lw.com
Melanie M. Blunschi (SBN 234264)
melanie.blunschi@lw.com
Nicole C. Valco (SBN 258506)
nicole.valco@lw.com
505 Montgomery Street, Suite 200
San Francisco, CA 94111-6538
Telephone: (415) 391-0600

Andrew B. Clubok (*pro hac vice*)
andrew.clubok@lw.com
Susan E. Engel (*pro hac vice*)
susan.engel@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200

*Counsel for Defendant*