UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: May 26, 2022 　　　　　　　　　　　　　　　　　　　Judge: Hon. James Donato

Time: 12 minutes

Case No.     **3:18-cv-04978-JD**
Case Name    **DZ Reserve et al v. Meta Platforms Inc**

Attorney(s) for Plaintiff(s):     Jeff Graber/Ted Leopold/Eric Kafka/Charles Reichmann
Attorney(s) for Defendant(s):    Melanie Blunschi/Elizabeth Deeley/Andrew Clubok

Court Reporter: Lynne Krenz

Deputy Clerk: Lisa Clark

### PROCEEDINGS

Status Conference -- Held

### NOTES AND ORDERS

The pretrial conference and trial dates remain as stated in the second amended scheduling order. Dkt. No. 331.

1