FILED

JUN 21 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DZ RESERVE; CAIN MAXWELL, DBA Max Martialis, <br><br> Plaintiffs-Respondents, <br><br> v. <br><br> META PLATFORMS, INC., FKA Facebook, Inc., <br><br> Defendant-Petitioner. | No. 22-80029 <br><br> D.C. No. 3:18-cv-04978-JD <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Before: LEE and BUMATAY, Circuit Judges.

The motion for leave to file a reply in support of the petition (Docket Entry No. 7-2) is granted.

Petitioner's unopposed motion to maintain under seal portions of the answer to the petition and portions of the response to petitioner's motion for leave to file a reply (Docket Entry No. 9) is granted. Petitioner's unopposed motion to file portions of the reply and portions of the motion for leave to file a reply under seal (Docket Entry No. 7-1) is also granted.

The Clerk will unseal the notices of intent (Docket Entry Nos. 2-1 and 8-1) and will file publicly the motions to seal (Docket Entry Nos. 7-1 and 9).

The Clerk will maintain under seal the unredacted answer (Docket Entry No. 2-2), the unredacted motion for leave to file a reply and reply (Docket Entry

LCC/MOATT

No. 7-2), and the unredacted response to the motion for leave to file a reply (Docket Entry No. 8).

Within 21 days of this order, petitioner must submit for public filing redacted versions of the answer, the motion for leave to file a reply, the opposition to the motion for leave to file a reply, and the reply that track the redactions set forth in the motions to seal. The page numbering in the public filings must remain the same as in the sealed filings.

The court, in its discretion, grants the petition for permission to appeal the district court's March 29, 2022 order granting class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005). Within 14 days after the date of this order, petitioner shall perfect the appeal in accordance with Federal Rule of Appellate Procedure 5(d).