LATHAM & WATKINS LLP
Elizabeth L. Deeley (CA Bar No. 230798)
   elizabeth.deeley@lw.com
Melanie M. Blunschi (CA Bar No. 234264)
   melanie.blunschi@lw.com
Nicole C. Valco (CA Bar No. 258506)
   nicole.valco@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-6538
Telephone: +1.415.391.0600

Andrew B. Clubok (*pro hac vice*)
   andrew.clubok@lw.com
Susan E. Engel (*pro hac vice*)
   susan.engel@lw.com
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Telephone: +1.202.637.2200

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DZ RESERVE, and CAIN MAXWELL (d/b/a MAX MARTIALIS), individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>                v.<br><br>META PLATFORMS, INC.,<br><br>                Defendant. | Case No. 3:18-cv-04978 JD<br><br>**PROOF OF SERVICE**<br><br>Hon.   James Donato |

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 355 South Grand Avenue, Los Angeles, California 90071-1560.

On **April 29, 2022** I served the following document described as:

**META PLATFORMS, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT [UNREDACTED]**

**META PLATFORMS, INC.'S REPLY IN SUPPORT OF ITS MOTION TO EXCLUDE THE EXPERT REPORT AND TESTIMONY OF BRUCE MCFARLANE AND PORTIONS OF THE EXPERT REPORT AND TESTIMONY OF DR. TIMOTHY ROUGHGARDEN [UNREDACTED]**

**EXHIBIT 129 TO THE DECLARATION OF MELANIE M. BLUNSCHI IN SUPPORT OF DEFENDANT META PLATFORMS, INC.'S REPLIES IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AND MOTIONS TO EXCLUDE [UNREDACTED]**

by serving a true copy of the above-described document in the following manner:

## BY ELECTRONIC MAIL

The above-described document was transmitted via electronic mail to all attorneys of record.

ANDREW N. FRIEDMAN
afriedman@cohenmilstein.com
GEOFFREY GRABER
ggraber@cohenmilstein.com
ERIC KAFKA
ekafka@cohenmilstein.com
KARINA PUTTIEVA
KPuttieva@cohenmilstein.com
PAUL MICHAEL STEPHAN
pstephan@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005

|   |   |
|---|---|
| 1 | LESLIE M KROEGER |
| 2 | lkroeger@cohenmilstein.com |
|   | THEODORE JON LEOPOLD |
| 3 | tleopold@cohenmilstein.com |
|   | COHEN MILSTEIN SELLERS & TOLL PLLC |
| 4 | 11780 US Highway One, Suite 500 |
| 5 | Palm Beach Gardens, FL 33408 |

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **April 29, 2022,** Los Angeles, California.

_Eileen M. Longo_

Eileen M. Longo