FILED

NOV 30 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DZ RESERVE; CAIN MAXWELL, DBA Max Martialis, <br><br>           Plaintiffs-Appellees,<br><br> v.<br><br>META PLATFORMS, INC., FKA Facebook, Inc.,<br><br>           Defendant-Appellant. | No. 22-15916 <br><br> D.C. No. 3:18-cv-04978-JD Northern District of California, San Francisco <br><br> ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

Appellant's unopposed motion to file under seal Volumes 3 through 5 of the excerpts of record (Docket Entry No. 12) is granted. Appellant also filed a notice of intent to file publicly portions of Volume 3 of the excerpts of record (Docket Entry No. 13), *see* 9th Cir. R. 27-13(f), and appellees filed a notice of non-opposition at Docket Entry No. 19.

The Clerk will file publicly the opening brief (Docket Entry No. 10), Volumes 1 and 2 of the excerpts of record (Docket Entry No. 11), the motion to seal (Docket Entry No. 12-1), and the notice of unsealing (Docket Entry No. 13-1). The Clerk will file under seal Volumes 3 through 5 of the excerpts of record (Docket Entry Nos. 12-2, 12-3, 12-4).

Within 21 days of this order, appellant must submit for public filing redacted

MKS/MOATT

versions of Volumes 3 through 5 that track the proposed redactions highlighted in Docket Entry Nos. 12-2 through 12-4.  The page numbering in the public volumes must remain the same as in the sealed volumes.

Appellees' unopposed motion (Docket Entry No. 14) for an extension of time to file the answering brief is granted.  The answering brief is due January 13, 2023.  The optional reply brief is due within 21 days after service of the answering brief.