|  | UNITED STATES COURT OF APPEALS | FILED |
|---|---|---|
|  | FOR THE NINTH CIRCUIT | JAN 3 2023 |
|  |  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

DZ RESERVE; CAIN MAXWELL, DBA Max Martialis,

        Plaintiffs-Appellees,

 v.

META PLATFORMS, INC., FKA Facebook, Inc.,

        Defendant-Appellant.

No.   22-15916

D.C. No. 3:18-cv-04978-JD
Northern District of California,
San Francisco

ORDER

Before: Lisa B. Fitzgerald, Appellate Commissioner.

Appellant's unopposed motion (Docket Entry No. 27) to submit a corrected version of Volume 4 of the excerpts of record is granted. The Clerk will strike Docket Entry Nos. 12-3 and 23-2. The Clerk will file under seal the corrected Volume 4 of the excerpts of record (Docket Entry No. 30). The Clerk will file publicly the redacted Volumes 3 through 5 of the excerpts of record (Docket Entry No. 31).

The existing briefing schedule remains in effect.

MKS/MOATT