FILED

MAR 15 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DZ RESERVE; CAIN MAXWELL, DBA Max Martialis, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> META PLATFORMS, INC., FKA Facebook, Inc., <br><br> Defendant-Appellant. | No. 22-15916 <br><br> D.C. No. 3:18-cv-04978-JD <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Before: WALLACE, S.R. THOMAS, and FORREST, Circuit Judges.

Plaintiffs-appellees' motion to strike portions of the Opening Brief and Excerpts of Record filed by Defendant-appellant Meta Platforms, Inc. (Dkt. 44) is denied.