FILED

AUG 15 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DZ RESERVE; CAIN MAXWELL, DBA Max Martialis, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> META PLATFORMS, INC., FKA Facebook, Inc., <br><br> Defendant-Appellant. | No.   22-15916 <br><br> D.C. No. 3:18-cv-04978-JD <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Before: WALLACE, S.R. THOMAS, and FORREST, Circuit Judges.

Appellant's motion for stay of the mandate is GRANTED. Pursuant to Rule 41(d) of the Federal Rules of Appellate Procedure, the mandate is stayed for 90 days to permit the filing of a petition for writ of certiorari in the Supreme Court. Appellant must notify the Court in writing that the petition has been filed, in which case the stay will continue until the Supreme Court resolves the petition. *See* Fed. R. App. P. 41(d)(2)(B)(ii). Should the Supreme Court grant certiorari, the mandate will be stayed pending disposition of the case. Should the Supreme Court deny certiorari, the mandate will issue immediately. The parties shall advise this Court immediately upon the Supreme Court's decision.