FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 26 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DZ RESERVE; CAIN MAXWELL, DBA Max Martialis, | No.    22-15916 |
| Plaintiffs-Appellees, | D.C. No. 3:18-cv-04978-JD Northern District of California, San Francisco |
| v. | |
| META PLATFORMS, INC., FKA Facebook, Inc., | ORDER |
| Defendant-Appellant. | |

Before:  WALLACE, S.R. THOMAS, and FORREST, Circuit Judges.

Appellant Meta Platforms's unopposed motion to maintain documents under seal (Dkt. Nos. 107, 108) is GRANTED.

The Clerk will file publicly the motion to maintain documents under seal (Dkt. No. 108).

Within 21 days of this order, appellant must submit for public filing a redacted version of appellees' Response to Petition for Rehearing and Rehearing En Banc that tracks the proposed redactions in Dkt. No. 108.