Geoffrey Graber (SBN 211547)
Andrew N. Friedman (*pro hac vice*)
Karina G. Puttieva (SBN 317702)
Madelyn Petersen (pro hac vice)
Jenna Waldman (SBN 341491)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
ggraber@cohenmilstein.com
afriedman@cohenmilstein.com
kputtieva@cohenmilstein.com
mpetersen@cohenmilstein.com
jwaldman@cohenmilstein.com

Eric Kafka (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, 14th Floor,
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
ekafka@cohenmilstein.com

Charles Reichmann (SBN 206699)
**LAW OFFICES OF CHARLES REICHMANN**
16 Yale Circle
Kensington, CA 94708-1015
Telephone: (415) 373-8849
Charles.reichmann@gmail.com

*Class Counsel*

*[Additional Counsel on Signature Page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DZ Reserve and Cain Maxwell (d/b/a Max Martialis), individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 3:18-cv-04978-JD<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING MODIFICATION OF DEADLINE FOR JOINT PROPOSAL OF CLASS NOTICE**<br><br>Hon. James Donato |

Pursuant to Federal Rules of Civil Procedure 16 and Civil Local Rule 6-2, Plaintiffs DZ Reserve and Cain Maxwell (d/b/a Max Martialis), on behalf of themselves and all others similarly situated ("Plaintiffs"), and Defendant Meta Platforms, Inc. ("Meta") (collectively, the "Parties"), stipulate to the following modification of the Case Schedule, as jointly submitted by the Parties on January 20, 2025 (ECF No. 461), and entered in this Court's February 6, 2025 Minute Order (ECF No. 464), seeking to extend the deadline for the Parties' proposal for dissemination of notice to the class (or motion if the Parties cannot agree) by 14 days, from February 27, 2025 to March 13, 2025.

WHEREAS, on January 30, 2025 the Parties jointly proposed that the Parties' joint proposal for dissemination of notice to the class (or motion if the Parties cannot agree) be submitted by February 27, 2025 (ECF No. 461 at 5), which the Court entered in its February 6, 2025 Minute Order (ECF No. 464);

WHEREAS, the Parties have been working cooperatively and in good faith, and have made progress towards reaching agreement on key dates and language that are part of the class notice dissemination plan;

WHEREAS, the Parties have met and conferred multiple times via both Zoom and email, including on February 7, 13, 14, 18, and 19, 2025. While the Parties have made significant progress, there are several remaining issues to resolve before the Parties can make a joint proposal. In light of these issues, the Parties agreed that a 14-day extension will be necessary to resolve any remaining differences to the greatest extent possible;

WHEREAS, the Parties believe that continuing the deadline for filing a joint proposal for dissemination of notice to the class (or Plaintiffs' motion, if the Parties cannot agree) will not prejudice the class as proposed notice plan will include sufficient time for notice to be disseminated well in advance of the October 14, 2025 trial date and allow for sufficient time for any class member to opt out.  The Parties further believe that continuing the deadline will promote efficiency and economy and conserve judicial resources in light of the Parties' ongoing and productive discussions.

CASE NO. 3:18-cv-04978-JD

1  Accordingly, **IT IS HEREBY STIPULATED AND AGREED** between the Parties, and
2  subject to Court approval, that the current Case Schedule (ECF No. 464) is modified as follows:
3  the Parties shall file a joint proposal for dissemination of notice to the class (or motion if Parties
4  cannot agree) by March 13, 2025.

5

6  Dated: February 24, 2025                Respectfully Submitted,

7

8                                          COHEN MILSTEIN SELLERS & TOLL PLLC

9                                          By */s/ Geoffrey Graber*
10                                         Geoffrey Graber (SBN 211547)
                                           Andrew N. Friedman (pro hac vice)
11                                         Karina G. Puttieva (SBN 317702)
                                           Madelyn Petersen (pro hac vice)
12                                         Jenna Waldman (SBN 341491)

13                                         1100 New York Ave. NW, Ste 800
                                           Washington, DC 20005
14                                         Telephone: (202) 408-4600
                                           afriedman@cohenmilstein.com
15                                         ggraber@cohenmilstein.com
                                           kputtieva@cohenmilstein.com
16                                         mpetersen@cohenmilstein.com
                                           jwaldman@cohenmilstein.com

17

18                                         Eric Kafka (pro hac vice)
                                           88 Pine Street, 14th Floor,
19                                         New York, NY 10005
                                           Telephone: (212) 838-7797
20                                         Facsimile: (212) 838-7745
                                           ekafka@cohenmilstein.com

21

22                                         Theodore J. Leopold (pro hac vice)
                                           Leslie M. Kroeger (pro hac vice)
23                                         11780 US Highway One
                                           Suite 500
24                                         Palm Beach Gardens, FL 33408
                                           Telephone: (516) 515-1400
25                                         Facsimile: (516) 515-1401
                                           lkroeger@cohenmilstein.com
26                                         tleopold@cohenmilstein.com

27                                         Charles Reichmann (SBN 206699)
                                           LAW OFFICES OF CHARLES REICHMANN
28                                         16 Yale Circle

|   |   |   |
|---|---|---|
| 1 |   | Kensington, CA 94708-1015 |
| 2 |   | Telephone: (415) 373-8849 |
|   |   | Charles.reichmann@gmail.com |
| 3 |   | *Class Counsel* |
| 4 |   |   |
| 5 | Dated: February 24, 2025 | LATHAM & WATKINS LLP |
| 6 |   | By */s/ Nicole C. Valco* |
|   |   | Nicole C. Valco (CA Bar No. 258506) |
| 7 |   | *nicole.valco@lw.com* |
|   |   | Melanie M. Blunschi (CA Bar No. 234264) |
| 8 |   | *melanie.blunschi@lw.com* |
|   |   | Francis J. Acott (CA Bar No. 331813) |
| 9 |   | *francis.acott@lw.com* |
|   |   | 505 Montgomery Street, Suite 2000 |
| 10 |   | San Francisco, CA 94111-6538 |
|   |   | Telephone: +1.415.391.0600 |
| 11 |   |   |
| 12 |   | Andrew B. Clubok (pro hac vice) |
|   |   | *andrew.clubok@lw.com* |
| 13 |   | Susan E. Engel (pro hac vice) |
|   |   | *susan.engel@lw.com* |
| 14 |   | 555 Eleventh Street, N.W., Suite 1000 |
|   |   | Washington, D.C. 20004 |
|   |   | Telephone: +1.202.637.2200 |
| 15 |   |   |
| 16 |   | *Attorneys for Defendant Meta Platforms, Inc.* |

**[PROPOSED] ORDER**

Based on the stipulation of the parties, it is **ORDERED** that the Case Schedule is modified as follows: the Parties shall file a joint proposal for dissemination of notice to the class (or motion if the Parties cannot agree) by March 13, 2025.

_____
Honorable James Donato

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Joint Statement Regarding Summary Judgment and Mediation. Pursuant to L.R. 5-1(i)(3) regarding signatures, I, Karina Puttieva, attest that concurrence in the filing of this document has been obtained.

Dated:  February 21, 2025         */s/ Karina Puttieva*
                                  Karina Puttieva