| | |
|---|---|
| Geoffrey Graber (SBN 211547)<br>**COHEN MILSTEIN**<br>**SELLERS & TOLL PLLC**<br>1100 New York Ave. NW, Ste 800<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699<br>ggraber@cohenmilstein.com<br><br>Charles Reichmann (SBN 206699)<br>**LAW OFFICES OF**<br>**CHARLES REICHMANN**<br>16 Yale Circle<br>Kensington, CA 94708-1015<br>Telephone: (415) 373-8849<br>Charles.reichmann@gmail.com<br><br>*Class Counsel*<br>*[Additional Counsel on Signature Page]* | **LATHAM & WATKINS LLP**<br>Melanie M. Blunschi (SBN 234264)<br>melanie.blunschi@lw.com<br>Nicole C. Valco (SBN 258506)<br>nicole.valco@lw.com<br>505 Montgomery Street, Suite 200<br>San Francisco, CA 94111-6538<br>Telephone: (415) 391-0600<br><br>Andrew Clubok (*pro hac vice*)<br>andrew.clubok@lw.com<br>Susan E. Engel (*pro hac vice*)<br>susan.engel@lw.com<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004-1304<br>Telephone: (202) 637-2200<br><br>*Counsel for Defendant* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| DZ Reserve and Cain Maxwell (d/b/a Max Martialis), individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendants. | Case No. 3:18-cv-04978-JD<br><br>**PARTIES' PROPOSED QUESTIONS FOR JUROR QUESTIONNAIRE AND VOIR DIRE**<br><br>Date: September 18, 2025<br>Time: 1:30 pm PT<br>Court: Courtroom 11, 19th Floor<br>Hon. James Donato |

The Parties respectfully submit this joint list of questions to aid in the selection of the jury.

In the interest of efficiency, the Parties suggest the that the following questions be included in the "Case Specific Questions" section of the Juror Questionnaire:

1. Have you supervised anyone at any job or held a leadership position in any group, club, or organization? What was your title and how many people did you supervise?
2. Do you have any work experience in advertising or marketing? What were the specific job titles and how long did you work in the field?
3. Have you or any member of your household worked in the technology field? What were the specific job titles and how long did you or they work in the field?
4. Do you have strong feelings about class actions or whether large companies or technology platforms are being unfairly targeted in lawsuits?
5. Have you or anyone close to you ever worked at Meta Platforms (formerly known as Facebook)?
6. Have you ever placed an advertisement on Facebook, Instagram, or another Meta platform? If so, what are your thoughts on the experience?
7. Have you ever had a negative experience with Meta, Facebook, or Instagram?
8. Do you have any strong positive or negative opinions about Meta, Facebook, Instagram, Mark Zuckerberg, or the people who run or have run Meta?
9. Do you have any strong positive or negative opinions about companies or people that advertise their products on Meta Platforms (formerly known as Facebook)?

The Parties suggest the following questions for in-person *voir dire*, in addition to the standard questions about whether the jurors know any of the attorneys or anticipated witnesses:

1. Any questions suggested above that the Court did not include in the Juror Questionnaire.
2. Have you, or has anyone close to you, ever worked at a technology or social media company?
3. Do you have any strong negative feelings about technology or social media companies?
4. Have you ever had a bad experience advertising on the internet? How about advertising on Facebook, Instagram, or Audience Network?
5. Have you heard or read anything about this case other than what you heard in Court today?
6. Have you or anyone close to you had financial dealings with Meta, including stock ownership or investment (other than mutual or index funds)?

| | |
|---|---|
| DATED: September 4, 2025 | Respectfully submitted, |
| By: *Geoffrey Graber* | By: *Andrew B. Clubok* |
| Geoffrey Graber (SBN 211547)<br>Karina G. Puttieva (SBN 317702)<br>Madelyn Petersen (*pro hac vice*)<br>Jenna Waldman (SBN 341491)<br>**COHEN MILSTEIN**<br>**SELLERS & TOLL PLLC**<br>1100 New York Ave. NW, Ste 800<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699<br>ggraber@cohenmilstein.com<br>kputtieva@cohenmilstein.com<br>mpetersen@cohenmilstein.com<br>jwaldman@cohenmilstein.com<br><br>Charles Reichmann (SBN 206699)<br>**LAW OFFICES OF CHARLES REICHMANN**<br>16 Yale Circle<br>Kensington, CA 94708-1015<br>Telephone: (415) 373-8849<br>Charles.reichmann@gmail.com<br><br>Theodore J. Leopold *(pro hac vice)*<br>Leslie M. Kroeger *(pro hac vice)*<br>**COHEN MILSTEIN**<br>**SELLERS & TOLL PLLC**<br>11780 US Highway One<br>Suite 500<br>Palm Beach Gardens, FL 33408<br>Telephone: (516) 515-1400<br>Facsimile: (516) 515-1401<br>lkroeger@cohenmilstein.com<br>tleopold@cohenmilstein.com<br><br>Eric Kafka *(pro hac vice)*<br>**COHEN MILSTEIN**<br>**SELLERS & TOLL PLLC**<br>88 Pine Street, 14th Floor,<br>New York, NY 10005<br>Telephone: (212) 838-7797 | **LATHAM & WATKINS LLP**<br>Andrew B. Clubok (*pro hac vice*)<br>andrew.clubok@lw.com<br>Susan E. Engel (*pro hac vice*)<br>susan.engel@lw.com<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004-1304<br>Telephone: (202) 637-2200<br><br>Melanie M. Blunschi (SBN 234264)<br>melanie.blunschi@lw.com<br>Nicole C. Valco (SBN 258506)<br>nicole.valco@lw.com<br>505 Montgomery Street, Suite 200<br>San Francisco, CA 94111-6538<br>Telephone: (415) 391-0600<br><br>*Counsel for Defendant* |

1  Facsimile: (212) 838-7745
   ekafka@cohenmilstein.com
2

3  *Class Counsel*

**SIGNATURE ATTESTATION**

Pursuant to L.R. 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from all signatories

DATED: September 4, 2025                    Respectfully submitted,

                                            */s/ Geoffrey Graber*
                                            Geoffrey Graber