| | |
|---|---|
| Geoffrey Graber (SBN 211547)<br>**COHEN MILSTEIN**<br>**SELLERS & TOLL PLLC**<br>1100 New York Ave. NW, Ste 800<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699<br>ggraber@cohenmilstein.com<br><br>Charles Reichmann (SBN 206699)<br>**LAW OFFICES OF**<br>**CHARLES REICHMANN**<br>16 Yale Circle<br>Kensington, CA 94708-1015<br>Telephone: (415) 373-8849<br>Charles.reichmann@gmail.com<br><br>*Class Counsel*<br>*[Additional Counsel on Signature Page]* | **LATHAM & WATKINS LLP**<br>Melanie M. Blunschi (SBN 234264)<br>melanie.blunschi@lw.com<br>Nicole C. Valco (SBN 258506)<br>nicole.valco@lw.com<br>505 Montgomery Street, Suite 200<br>San Francisco, CA 94111-6538<br>Telephone: (415) 391-0600<br><br>Andrew Clubok (*pro hac vice*)<br>andrew.clubok@lw.com<br>Susan E. Engel (*pro hac vice*)<br>susan.engel@lw.com<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004-1304<br>Telephone: (202) 637-2200<br><br>*Counsel for Defendant* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DZ Reserve and Cain Maxwell (d/b/a Max Martialis), individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>META PLATFORMS, INC.,<br><br>    Defendant. | Case No. 3:18-cv-04978-JD<br><br>**JOINT TRIAL WITNESS LIST**<br><br>Date: September, 18, 2025<br>Time: 1:30 pm PT<br>Court: Courtroom 11, 19th Floor<br>Hon. James Donato<br><br>Complaint Filed: August 15, 2018<br>Trial Date: October 14, 2025 |

In accordance with the Standing Order for Civil Trials Before Judge James Donato, the parties submit the following Joint Trial Witness List as Exhibit A. This list includes witnesses who are likely to be called at trial (other than solely for impeachment or rebuttal purposes), including a brief statement describing the substance of the testimony to be given by each witness and an estimate of the time the witness's testimony is expected to take (direct and cross).

In the interest of only calling each witness once, Meta has not relisted witnesses that Plaintiffs intend to call in their case in chief. Meta reserves the right to call any witness on Plaintiffs' list in its case in chief regardless of whether Plaintiffs ultimately call that witness and to conduct a full-scope direct examination of witnesses called in Plaintiffs' case in chief as though Meta had called the witness itself. Meta also reserves the right to call any witness live in its case in chief regardless of whether Plaintiffs choose to play that witness's testimony by deposition designation (Dkt. 484). The listing of witnesses on Exhibit A does not waive any objections a party may have to such witness's testimony, in whole or in part.

As explained in Meta's Response to Plaintiffs' First Pretrial Conference Statement (Dkt. 476), Meta believes this case can be tried efficiently in under 20 hours per side. The time estimates reflected below total 20 hours for Meta across all witnesses. If the Court excludes evidence not relating to the classwide representation of the substitution of the word people for accounts, then Meta believes this case can be tried with no more than 12.5 to 15 hours per side.

DATED: September 4, 2025                                  Respectfully submitted,

By:   /s/ Geoffrey Graber                                 By:   /s/ Andrew B. Clubok

Geoffrey Graber (SBN 211547)                              **LATHAM & WATKINS LLP**
Karina G. Puttieva (SBN 317702)                           Andrew B. Clubok (*pro hac vice*)
Madelyn Petersen (*pro hac vice*)                         andrew.clubok@lw.com
Jenna Waldman (SBN 341491)                                Susan E. Engel (*pro hac vice*)
**COHEN MILSTEIN**                                        susan.engel@lw.com
**SELLERS & TOLL PLLC**                                   555 Eleventh Street, NW, Suite 1000
1100 New York Ave. NW, Ste 800                            Washington, DC 20004-1304
Washington, DC 20005                                      Telephone: (202) 637-2200

| | |
|---|---|
| Telephone: (202) 408-4600 | |
| Facsimile: (202) 408-4699 | Melanie M. Blunschi (SBN 234264) |
| ggraber@cohenmilstein.com | melanie.blunschi@lw.com |
| kputtieva@cohenmilstein.com | Nicole C. Valco (SBN 258506) |
| mpetersen@cohenmilstein.com | nicole.valco@lw.com |
| jwaldman@cohenmilstein.com | 505 Montgomery Street, Suite 200 |
| | San Francisco, CA 94111-6538 |
| Charles Reichmann (SBN 206699) | Telephone: (415) 391-0600 |
| **LAW OFFICES OF CHARLES REICHMANN** | |
| 16 Yale Circle | *Counsel for Defendant* |
| Kensington, CA 94708-1015 | |
| Telephone: (415) 373-8849 | |
| Charles.reichmann@gmail.com | |

Theodore J. Leopold *(pro hac vice)*
Leslie M. Kroeger *(pro hac vice)*
**COHEN MILSTEIN SELLERS & TOLL PLLC**
11780 US Highway One
Suite N500
Palm Beach Gardens, FL 33408
Telephone: (516) 515-1400
Facsimile: (516) 515-1401
lkroeger@cohenmilstein.com
tleopold@cohenmilstein.com

Eric Kafka *(pro hac vice)*
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, 14th Floor,
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
ekafka@cohenmilstein.com

*Class Counsel*

**SIGNATURE ATTESTATION**

Pursuant to L.R. 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from all signatories

DATED: September 4, 2025          Respectfully submitted,

*/s/ Geoffrey Graber*
Geoffrey Graber

# EXHIBIT A

## 1. Plaintiffs' Case-in-Chief[1]

| Witness | Affiliation/Role | Substance of Examination | Live/By Deposition (Video) | Plaintiffs' Time Estimate | Meta's Time Estimate |
|---|---|---|---|---|---|
| Dr. Greg Allenby | Plaintiffs' Conjoint Expert | Topics and analysis covered in expert report and matters addressed at deposition; topics covered in David Reibstein, Steven Tadelis, and Catherine Tucker's reports and depositions. | Live | 90 mins | 75 mins |
| David Amsallem | Meta Data Scientist | Meta's data analysis about Potential Reach, including analysis of duplicate accounts and inactive accounts. | Live or By Deposition if Unavailable | 20 mins | 30 mins |
| Dr. Larry Chiagouris | Plaintiffs' Industry Expert | Topics and analysis covered in expert report and matters addressed at deposition; topics covered in Catherine Tucker's report and deposition. | Live | 90 min | 30 mins |

---

[1] This list contains Plaintiffs' current, good faith list of witnesses that it is likely to call during its case-in-chief. Plaintiffs may disclose and/or designate deposition testimony of other witnesses who it currently does not anticipate calling for live testimony. Plaintiffs reserve the right to call a custodian of records for any organization whose documents Meta challenge on authenticity grounds. Plaintiffs reserve the right to amend this list or the times allotted for witnesses in the event the scope of issues or claims to be tried changes, if any witness becomes unavailable, or in light of new information. Plaintiffs further reserve the right to call any other witness for impeachment or in rebuttal and to examine any witness designated or called by Meta. Lastly, Plaintiffs reserve the right to withdraw any witnesses currently included on its list.

| Witness | Affiliation/Role | Substance of Examination | Live/By Deposition (Video) | Plaintiffs' Time Estimate | Meta's Time Estimate |
|---|---|---|---|---|---|
| Dr. Charles Cowan | Plaintiffs' Statistics Expert | Topics and analysis covered in expert report and matters addressed at deposition; topics covered in Steven Tadelis and Catherine Tucker's reports and depositions. | Live | 90 mins | 30 mins |
| Amy Dunn | Meta Former Product Marketing Manager | Meta's communications with advertisers about Potential Reach; advertiser use of Ads Manager and other advertising platforms and Meta's communications with advertisers.; Meta's analysis of Potential Reach. | Live or By Deposition if Unavailable | 30 mins | 30 mins |
| Yaron Fidler | Meta Former Product Manager for Ads Targeting | Meta's calculation of Potential Reach; duplicate accounts; ineligible accounts; fake accounts; Meta's investigations into Potential Reach; and attempts by Mr. Fidler to improve Potential Reach. | By Deposition | 145 mins | 15 mins |
| Rob Goldman | Meta Former VP for Ads | Meta's advertising products; Meta's advertising estimates including Potential Reach and Estimated Daily Results; Meta's investigations into Potential Reach; Meta's decisions regarding how to calculate Potential Reach; and Meta's decisions on what information to disclose (and not disclose) about Potential Reach. | Live or By Deposition if Unavailable | 100 mins | 30 mins |
| Dr. Atif Hashmi | Plaintiffs' Source Code Expert | Topics and analysis covered in expert report and matters addressed at deposition; topics covered in Adam Porter's reports and deposition. | Live | 90 mins | 15 mins |

3

| Witness | Affiliation/Role | Substance of Examination | Live/By Deposition (Video) | Plaintiffs' Time Estimate | Meta's Time Estimate |
|---|---|---|---|---|---|
| Dr. Armando Levy | Plaintiffs' Damages Expert | Topics and analysis covered in expert report and matters addressed at deposition; topics covered in Steven Tadelis and Catherine Tucker's reports and depositions. | Live | 65 mins | 30 mins |
| Cain Maxwell | Plaintiff | His experience purchasing Meta advertisements on Ads Manager and use of Potential Reach. | Live | 60 mins | 75 mins |
| Javier Olivan[2] | Meta Chief Operating Officer | Meta's decision not to change or deprecate Potential Reach despite allegedly knowing that it was a false representation. | Live | 30 mins | |
| Sheryl Sandberg[3] | Meta Former Chief Operating Officer | Meta's decision not to change or deprecate Potential Reach despite allegedly knowing that it was a false representation. | Live | 45 mins | |

---

[2] Meta contends that there is no basis to call Mr. Olivan at trial. Mr. Olivan lives in Spain. He has no unique personal knowledge of the matters at issue and Plaintiffs have less burdensome means of obtaining the information they seek, including calling the numerous Facebook witnesses they already plan to call in their case-in-chief. Moreover, Mr. Olivan is not on Plaintiffs' Initial Disclosures and Plaintiffs never requested to depose him. In the event Mr. Olivan does testify (he should not), Meta reserves the right to adjust its time allocations accordingly.

[3] There is similarly no basis to call Ms. Sandberg at trial. The Court has already determined that Ms. Sandberg does not have unique, personal knowledge that would make her testimony necessary nor outweigh the burden of such testimony. *See* Dkt No. 237 (denying Plaintiffs' request to depose Ms. Sandberg because "Plaintiffs have not shown that deposing Sandberg is reasonably likely to provide the evidence Plaintiffs seek."). This determination should similarly apply to her trial testimony. In the event Ms. Sandberg does testify (she should not), Meta reserves the right to adjust its time allocations accordingly.

| Witness | Affiliation/Role | Substance of Examination | Live/By Deposition (Video) | Plaintiffs' Time Estimate | Meta's Time Estimate |
|---|---|---|---|---|---|
| Alex Schultz | Meta Chief Marketing Officer, VP of Analytics | Meta's calculation, and investigation of, Potential Reach; Meta's communications to advertisers about how Potential Reach is calculated; and Meta's decision not to implement the SUMA model into the calculation of Potential Reach. | Live or By Deposition if Unavailable | 75 mins | 90 mins |
| Dr. Timothy Roughgarden | Plaintiffs' Auction Expert | Topics and analysis covered in expert report and matters addressed at deposition; topics covered in Steven Tadelis and Catherine Tucker's reports and depositions. | Live | 90 mins | 60 mins |
| Dan Ziernicki | Plaintiff | His experience purchasing Meta advertisements on Ads Manager and use of Potential Reach. | Live | 75 mins | 75 mins |
| Rahul Bhandari 30(b)(6) Testimony | Meta Corporate Designee | Meta's Potential Reach calculation method and Meta's analyses regarding duplicate accounts, fake accounts, inactive accounts, and ineligible accounts. | Live[4] or By Deposition under FRCP 32(a)(3) | 15 mins | 15 mins |
| Chinmay Karande 30(b)(6) Testimony | Meta Corporate Designee | Meta's methods for determining Meta advertisement prices, including Meta's advertisement Auction and the timeline of any substantial modifications made to Meta's advertisement auction. | Live or By Deposition under FRCP 32(a)(3) | 15 mins | 30 mins |

---

[4] Plaintiffs understand that Meta may call Rahul Bhandari, Chinmay Karande, and Gerardo Zaragoza in their individual capacities live during its case in chief.

| Witness | Affiliation/Role | Substance of Examination | Live/By Deposition (Video) | Plaintiffs' Time Estimate | Meta's Time Estimate |
|---|---|---|---|---|---|
| Gerardo Zaragoza 30(b)(6) Testimony | Meta Corporate Designee | Meta's repositories for storing data related to Meta advertisements and advertisement sets; and data sets produced by Meta in this litigation, including the meaning of each data set field. | Live or By Deposition under FRCP 32(a)(3) | 15 mins | 15 mins |
| Records Custodian | Meta | Authentication of records. | Live | 15 mins | 7.5 mins |
| **TOTAL TIME ESTIMATE** | | | | **19.25 hours** | **10.875 hours** |

## 2. Meta's Case-in-Chief

| Witness | Title | Meta's Description of Anticipated Testimony | Live/By Deposition (Video) | Meta's Time Estimate | Plaintiffs' Time Estimate |
|---|---|---|---|---|---|
| Pawel Chrzan[5] | Former Product Quality Analyst, Meta | Meta's Lightweight Interfaces advertising interfaces and estimates. | Live | 30 mins | 30 mins |
| Josh Geller | Software Engineer, Meta | Meta's advertising estimates and methodology, including for Potential Reach and Estimated Daily Results. | Live | 45 mins | 30 mins |
| Patrick Harris | Former VP, Global Agency | Meta advertising, Meta's ad agency relationships, including advertiser preferences and practices. | Live | 30 mins | 60 mins |

---

[5] Plaintiffs have relied on a November 2016 document involving Mr. Chrzan. See Dkt. 391-31. Meta contends that the document should be excluded as irrelevant under Federal Rules of Evidence 401 and 402 and is unduly prejudicial, confusing, and misleading under Rule 403. However, to the extent Plaintiffs introduce the document at trial, Meta reserves the right to call Mr. Chrzan as a witness.

| Witness | Title | Meta's Description of Anticipated Testimony | Live/By Deposition (Video) | Meta's Time Estimate | Plaintiffs' Time Estimate |
|---|---|---|---|---|---|
| | Development, Meta | | | | |
| Will Platt-Higgins | Former VP, Global Client & Category Team, Meta | Meta advertising, advertisers and Meta's advertiser relationships, including advertiser preferences and practices. | Live | 30 mins | 60 mins |
| Adam Porter | Expert | Rebuttal to the expert testimony of Atif Hashmi regarding Potential Reach source code analysis and methodology for the estimates. | Live | 30 mins | 30 mins |
| David Reibstein | Expert | Rebuttal to the expert testimony of Dr. Greg Allenby regarding conjoint survey design; regression analysis; choice-allocation based analysis; survey result analysis; benefits advertisers received. | Live | 45 mins | 45 mins |
| Yiyang Shi | Data Scientist, Meta | Facebook's modeling and analyses regarding Potential Reach estimates | Live | 15 mins | 15 mins |
| Steve Tadelis | Expert | Rebuttal to the expert testimony of Dr. Charles Cowan regarding purported inflation in Potential Reach estimates; rebuttal to the expert testimony of Dr. Timothy Roughgarden, Dr. Greg Allenby, and Dr. Armando Levy regarding Meta's ad auction, the prices of Meta ads, and Plaintiffs' theories of harm and damages. | Live | 75 mins | 75 mins |
| Catherine Tucker | Expert | Rebuttal to the expert testimony of Larry Chiagouris, Dr. Armando Levy, Timothy Roughgarden, Dr. Greg Allenby, | Live | 75 mins | 75 mins |

7

| Witness | Title | Meta's Description of Anticipated Testimony | Live/By Deposition (Video) | Meta's Time Estimate | Plaintiffs' Time Estimate |
|---|---|---|---|---|---|
| | | and Dr. Charles Cowan regarding advertiser decision making and Plaintiffs' theories of harm and damages. | | | |
| Custodian of Records for Amazing.com | | Authentication of trial exhibits | Live | 7.5 mins | 5 mins |
| Custodian of Records for Publicis | | Authentication of trial exhibits | Live | 7.5 mins | 5 mins |
| Custodian of Records for BlackHatWorld | | Authentication of trial exhibits | Live | 7.5 mins | 5 mins |
| Lamesha Davis[6] | Owner and founder of online short-term housing platform | Her experience using Facebook Ads Manager on behalf of her business and her understanding of Potential Reach. | Live | 15 mins | 60 mins |
| Phil Davis | Director of Social Media Marketing, Ciceron | His experience using Facebook Ads Manager on behalf of Ciceron's advertiser clients and his understanding of Potential Reach. | Live | 15 mins | 60 mins |
| Josh Flanders | Co-founder and owner, Buzz | His experience using Facebook Ads Manager on behalf of his business and his understanding of Potential Reach. | Live | 15 mins | 60 mins |

---

[6] Plaintiffs oppose Meta calling any unnamed class members, including the individuals listed by Meta herein (Lamesha Davis, Phil Davis, Josh Flanders, Michael Grantham, Adam Hampton, Sarah B. Lowe, Charles McDowell, Lauren Novak, Wendy Pettys, Renee Ventrice) for the reasons set forth in Plaintiffs' Motion in Limine No. 3. Meta did not disclose these witnesses during discovery, and their testimony is legally irrelevant. Moreover, none of these individuals, nor the entities for which they work, opted out; therefore, they are members of the class and represented by class counsel.

| Witness | Title | Meta's Description of Anticipated Testimony | Live/By Deposition (Video) | Meta's Time Estimate | Plaintiffs' Time Estimate |
|---|---|---|---|---|---|
| | Bomb Brewing Co. | | | | |
| Michael Grantham | VP of Quantitative Marketing, Carvana | His experience using Facebook Ads Manager on behalf of Carvana and his understanding of Potential Reach. | Live | 15 mins | 60 mins |
| Adam Hampton | Owner of Hampton Designs & Studio | His experience using Facebook Ads Manager on behalf of his business and his understanding of Potential Reach. | Live | 15 mins | 60 mins |
| Sarah B. Lowe | Co-owner and operator, The Art Cellar of Houston | Her experience using Facebook Ads Manager on behalf of her business and her understanding of Potential Reach. | Live | 15 mins | 60 mins |
| Charles McDowell | CMO, Wesley Financial Group, LLC | His experience using Facebook Ads Manager as CMO of Wesley Financial Group, LLC and his understanding of Potential Reach. | Live | 15 mins | 60 mins |
| Lauren Novak | Director of Strategic Partnerships, Adglow U.S. | Her experience using Facebook Ads Manager on behalf of Adglow U.S.'s advertiser clients and her understanding of Potential Reach. | Live | 15 mins | 60 mins |
| Wendy Pettys | Owner and founder of a | Her experience using Facebook Ads Manager on behalf of her business and her understanding of Potential Reach. | Live | 15 mins | 60 mins |

| Witness | Title | Meta's Description of Anticipated Testimony | Live/By Deposition (Video) | Meta's Time Estimate | Plaintiffs' Time Estimate |
|---|---|---|---|---|---|
| | creative art studio | | | | |
| Renee Ventrice | Co-founder and co-owner, Cork & Keg Tours | Her experience using Facebook Ads Manager on behalf of her business and her understanding of Potential Reach. | Live | 15 mins | 60 mins |
| **TOTAL TIME ESTIMATE** | | | | **9.125 hours** | **17.25 hours** |

This list contains Meta's current, good faith list of witnesses that it is likely to call during its case-in-chief, in addition to the witnesses on Plaintiffs' list. Meta may disclose and/or designate deposition testimony of other witnesses who it currently does not anticipate calling for live testimony. Meta reserves the right to call any witness who was previously disclosed by either party for potential trial testimony, if necessary, after Plaintiffs' case in chief. Meta also reserves the right to call a custodian of records for any organization whose documents Plaintiffs challenge on authenticity grounds, and to call corporate witnesses to testify regarding corporate history and records. Meta reserves the right to amend this list or the times allotted for witnesses in the event the set of participating plaintiffs or the scope of issues or claims to be tried changes, if any witness becomes unavailable, if Plaintiffs choose not to call a witness on their list in Plaintiffs' case in chief, or in light of new information that becomes known. Meta further reserves the right to withdraw any witnesses currently included on its list. Meta further reserves the right to call any other witness for impeachment or in rebuttal and to examine any witness designated or called by another party.