| | |
|---|---|
| Geoffrey Graber (SBN 211547) **COHEN MILSTEIN SELLERS & TOLL PLLC** 1100 New York Ave. NW, Ste 800 Washington, DC 20005 Telephone: (202) 408-4600 Facsimile: (202) 408-4699 ggraber@cohenmilstein.com | **LATHAM & WATKINS LLP** Melanie M. Blunschi (SBN 234264) melanie.blunschi@lw.com Nicole C. Valco (SBN 258506) nicole.valco@lw.com 505 Montgomery Street, Suite 200 San Francisco, CA 94111-6538 Telephone: (415) 391-0600 |
| Charles Reichmann (SBN 206699) **LAW OFFICES OF CHARLES REICHMANN** 16 Yale Circle Kensington, CA 94708-1015 Telephone: (415) 373-8849 Charles.reichmann@gmail.com | Andrew Clubok (*pro hac vice*) andrew.clubok@lw.com Susan E. Engel (*pro hac vice*) susan.engel@lw.com 555 Eleventh Street, NW, Suite 1000 Washington, DC 20004-1304 Telephone: (202) 637-2200 |
| *Class Counsel* [Additional Counsel on Signature Page] | *Counsel for Defendant* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DZ Reserve and Cain Maxwell (d/b/a Max Martialis), individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., <br><br> Defendant. | Case No. 3:18-cv-04978-JD <br><br> **JOINT TRIAL EXHIBIT LIST** <br><br> Date: September, 18, 2025 <br> Time: 1:30 pm PT <br> Court: Courtroom 11, 19th Floor <br> Hon. James Donato <br><br> Complaint Filed: August 15, 2018 <br> Trial Date: October 14, 2025 |

1      In accordance with the Standing Order for Civil Trials Before Judge James Donato, the Parties submit the following Joint Trial Exhibit List. The Parties' Joint Undisputed Trial Exhibit List and Disputed Trial Exhibit List are attached here as Exhibits A and B, respectively.

    The Joint Undisputed Trial Exhibit List includes exhibits that the Parties agree are admissible subject to establishing a proper foundation (FRE 602). The Parties will continue to meet and confer regarding the exhibits in an effort to resolve as many disputes as possible ahead of trial.

DATED: September 4, 2025

Respectfully submitted,

By:  /s/ Geoffrey Graber

Geoffrey Graber (SBN 211547)
Karina G. Puttieva (SBN 317702)
Madelyn Petersen (*pro hac vice*)
Jenna Waldman (SBN 341491)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, Ste 800
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
ggraber@cohenmilstein.com
kputtieva@cohenmilstein.com
mpetersen@cohenmilstein.com
jwaldman@cohenmilstein.com

Charles Reichmann (SBN 206699)
**LAW OFFICES OF CHARLES REICHMANN**
16 Yale Circle
Kensington, CA 94708-1015
Telephone: (415) 373-8849
Charles.reichmann@gmail.com

Theodore J. Leopold (*pro hac vice*)
Leslie M. Kroeger (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**

By:  /s/ Andrew B. Clubok

**LATHAM & WATKINS LLP**
Andrew B. Clubok (*pro hac vice*)
andrew.clubok@lw.com
Susan E. Engel (*pro hac vice*)
susan.engel@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200

Melanie M. Blunschi (SBN 234264)
melanie.blunschi@lw.com
Nicole C. Valco (SBN 258506)
nicole.valco@lw.com
505 Montgomery Street, Suite 200
San Francisco, CA 94111-6538
Telephone: (415) 391-0600

*Counsel for Defendant*

11780 US Highway One
Suite 500
Palm Beach Gardens, FL 33408
Telephone: (516) 515-1400
Facsimile: (516) 515-1401
lkroeger@cohenmilstein.com
tleopold@cohenmilstein.com

Eric Kafka *(pro hac vice)*
**COHEN MILSTEIN**
**SELLERS & TOLL PLLC**
88 Pine Street, 14th Floor,
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
ekafka@cohenmilstein.com

*Class Counsel*

**SIGNATURE ATTESTATION**

Pursuant to L.R. 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from all signatories

DATED: September 4, 2025                    Respectfully submitted,

                                                                  */s/ Geoffrey Graber*
                                                                  Geoffrey Graber