# EXHIBIT A

# JOINT UNDISPUTED TRIAL EXHIBIT LIST

| Trial Ex. No. | Date | Description | Begin Bates No. | End Bates No. | Plantiffs' Sponsoring Witness | Plaintiffs Exhibit Purpose | Defendant's Sponsoring Witness | Defendant's Exhibit Purpose |
|---|---|---|---|---|---|---|---|---|
| 224 | 4/6/2020 | ads_interfaces_predicted_outcomes-april_2019_purchased.csv | FB-SINGER-00256368 | FB-SINGER-00256368 | Gerardo Zaragoza | Will be used to prove Meta's liability, classwide impact, and damages | Gerardo Zaragoza; David Reibstein<br><br>Catherine Tucker; Steven Tadelis | Relevant to Good Faith; Relevant to Meta's Estimates, Metrics, and Models; Expert Foundation<br><br>Relevant to Good Faith; Relevant to Meta's Estimates, Metrics, and Models |
| 226 | 4/6/2020 | ads_interfaces_predicted_outcomes-feb_2019_purchased.csv | FB-SINGER-00256369 | FB-SINGER-00256369 | Gerardo Zaragoza | Will be used to prove Meta's liability, classwide impact, and damages | Gerardo Zaragoza | Relevant to Good Faith; Relevant to Meta's Estimates, Metrics, and Models |
| 228 | 4/7/2020 | ads_interfaces_predicted_outcomes-march_2019_purchased00.csv | FB-SINGER-00256370 | FB-SINGER-00256370 | Gerardo Zaragoza | Will be used to prove Meta's liability, classwide impact, and damages | Gerardo Zaragoza | Relevant to Good Faith; Relevant to Meta's Estimates, Metrics, and Models |
| 230 | 4/7/2020 | ads_interfaces_predicted_outcomes-march_2019_purchased01.csv | FB-SINGER-00256371 | FB-SINGER-00256371 | Gerardo Zaragoza | Will be used to prove Meta's liability, classwide impact, and damages | Gerardo Zaragoza | Relevant to Good Faith; Relevant to Meta's Estimates, Metrics, and Models |
| 232 | 4/6/2020 | ads_interfaces_predicted_outcomes-thru-2019-01-31_purchased.csv | FB-SINGER-00256372 | FB-SINGER-00256372 | Gerardo Zaragoza | Will be used to prove Meta's liability, classwide impact, and damages | Gerardo Zaragoza | Relevant to Good Faith; Relevant to Meta's Estimates, Metrics, and Models |
| 234 | 3/26/2020 | Excel Data -Max Martialis Ads_Interfaces_Predicted_Outcomes | FB-SINGER-00256367 | FB-SINGER-00256367 | Cain Maxwell<br>Gerardo Zaragoza | Will be used to prove Meta's liability, classwide impact, and damages | Gerardo Zaragoza | Relevant to Good Faith; Relevant to Meta's Estimates, Metrics, and Models; Relevant to Plaintiffs' Behavior |
| 244 | 7/26/2020 | Excel Data - "/campaign_audience_size_export_2020-07-16.csv" | FB-SINGER-00314705 | FB-SINGER-00314705 | Gerardo Zaragoza | Will be used to prove Meta's liability, classwide impact, and damages | Gerardo Zaragoza | Relevant to Good Faith; Relevant to Meta's Estimates, Metrics, and Models |
| 246 | 8/6/2020 | Data file produced by Facebook with filename "ads_reach_estimate_with_placement_from_impression_result.csv" | FB-SINGER-00426273 | FB-SINGER-00426373 | Gerardo Zaragoza | Will be used to prove Meta's liability, classwide impact, and damages | Gerardo Zaragoza | Relevant to Good Faith; Relevant to Meta's Estimates, Metrics, and Models |
| 248 | 9/8/2020 | Data file with filename " bison_logs_with_eligibility_export.csv" | FB-SINGER-00426323 | FB-SINGER-00426323 | Gerardo Zaragoza | Will be used to prove Meta's liability, classwide impact, and damages | Gerardo Zaragoza | Relevant to Good Faith; Relevant to Meta's Estimates, Metrics, and Models |
| 250 | 10/2/2020 | Data produced by Facebook with file name "daiquery-947813649047451-1023680678082634-2020-09-24-9_15pm.csv" | FB-SINGER-00426465 | FB-SINGER-00426465 | Gerardo Zaragoza | Will be used to prove Meta's liability, classwide impact, and damages | Gerardo Zaragoza | Relevant to Good Faith; Relevant to Meta's Estimates, Metrics, and Models; Relevant to Plaintiffs' Behavior |
| 259 | Unknown | Example of Meta's ads manager platform | FB-SINGER-00001137 | FB-SINGER-00001137 | Dan Ziernicki<br>Cain Maxwell<br>Larry Chiagouris | Will be used to prove Meta's liability, classwide impact, and damages | Larry Chiagouris | Expert Cross-Examination |
| 368 | 1/31/2019 | Screenshot of Ads Manager with help page for "About the Delivery System - Placements" | FB-SINGER-00000303 | | Cain Maxwell | Will be used to prove Meta's liability, classwide impact, and damages | Cain Maxwell | Relevant to Plaintiff's Behavior; Relevant to Disclosures |
| 369 | | Example of Meta's ads manager platform "Create New Ad Set" tab | FB-SINGER-00000304 | | Dan Ziernicki<br>Cain Maxwell | Will be used to prove Meta's liability, classwide impact, and damages | Cain Maxwell | Relevant to Plaintiff's Behavior; Relevant to Disclosures |

| Trial Ex. No. | Date | Description | Begin Bates No. | End Bates No. | Plantiffs' Sponsoring Witness | Plaintiffs Exhibit Purpose | Defendant's Sponsoring Witness | Defendant's Exhibit Purpose |
|---|---|---|---|---|---|---|---|---|
| 370 | 7/2/2020 | Data produced by Plaintiffs with file name "Maxwell targeting readable.csv" | MAXWELL_00001319 | | Cain Maxwell | Will be used to prove Meta's liability, classwide impact, and damages | Maxwell; Tucker Reibstein | Relevant to Plaintiff's Behavior; Relevant to Lack of Reliance |
| 371 | | Facebook Ad results for Cain Maxwell | MAXWELL_00001320 | | | | Cain Maxwell | Relevant to Plaintiff's Behavior; Relevant to Lack of Reliance |
| 400 | | Ads Manager Creation Process | | | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Explain Meta's Estimates, Metrics, and Models |
| 433 | | DZ Reserve Ads Manager Reports | DZ_Reserve_00000001 | | Dan Ziernicki | Will be used to prove Meta's liability, classwide impact, and damages | Steven Tadelis | Expert Foundation; Relevant to Advertiser Behavior; Relevant to Plaintiff's Behavior; Relevant to Unclean Hands; Relevant to Lack of Reliance |
| 434 | | DZ Reserve Ads Manager Reports | DZ_Reserve_00000002 | | Dan Ziernicki | Will be used to prove Meta's liability, classwide impact, and damages | Steven Tadelis | Expert Foundation; Relevant to Advertiser Behavior; Relevant to Plaintiff's Behavior; Relevant to Unclean Hands; Relevant to Lack of Reliance |
| 435 | | DZ Reserve Ads Manager Reports | DZ_Reserve_00000003 | | Dan Ziernicki | Will be used to prove Meta's liability, classwide impact, and damages | Steven Tadelis | Expert Foundation; Relevant to Advertiser Behavior; Relevant to Plaintiff's Behavior; Relevant to Unclean Hands; Relevant to Lack of Reliance |
| 436 | | DZ Reserve Ads Manager Reports | DZ_Reserve_00000004 | | Dan Ziernicki | Will be used to prove Meta's liability, classwide impact, and damages | Steven Tadelis | Expert Foundation; Relevant to Advertiser Behavior; Relevant to Plaintiff's Behavior; Relevant to Unclean Hands; Relevant to Lack of Reliance |
| 437 | | DZ Reserve Ads Manager Reports | DZ_Reserve_00000005 | | Dan Ziernicki | Will be used to prove Meta's liability, classwide impact, and damages | Steven Tadelis | Expert Foundation; Relevant to Advertiser Behavior; Relevant to Plaintiff's Behavior; Relevant to Unclean Hands; Relevant to Lack of Reliance |
| 438 | | DZ Reserve Ads Manager Reports | DZ_Reserve_00000006 | | Dan Ziernicki | Will be used to prove Meta's liability, classwide impact, and damages | Steven Tadelis | Expert Foundation; Relevant to Advertiser Behavior; Relevant to Plaintiff's Behavior; Relevant to Unclean Hands; Relevant to Lack of Reliance |
| 440 | | DZ Reserve Ads Manager Reports | DZ_Reserve_00000022 | | Dan Ziernicki | Will be used to prove Meta's liability, classwide impact, and damages | Steven Tadelis | Expert Foundation; Relevant to Advertiser Behavior; Relevant to Plaintiff's Behavior; Relevant to Unclean Hands; Relevant to Lack of Reliance |
| 450 | | Spreadsheet showing ad performance | DZ_Reserve_00000043 | | | | Ziernicki | Relevant to Plaintiff's Behavior |
| 451 | | Spreadsheet showing ad performance | DZ_Reserve_00000051 | | | | Ziernicki | Relevant to Plaintiff's Behavior |
| 459 | | Spreadsheet showing campaign spend and dates | DZ_Reserve_00000065 | | | | Ziernicki | Relevant to Plaintiff's Behavior |
| 460 | | Spreadsheet showing campaign spend and dates | DZ_Reserve_00000084 | | | | Ziernicki | Relevant to Plaintiff's Behavior |

| Trial Ex. No. | Date | Description | Begin Bates No. | End Bates No. | Plantiffs' Sponsoring Witness | Plaintiffs Exhibit Purpose | Defendant's Sponsoring Witness | Defendant's Exhibit Purpose |
|---|---|---|---|---|---|---|---|---|
| 461 | | DZ Reserve Ads Manager Reports | DZ_Reserve_00000091 | | Dan Ziernicki | Will be used to prove Meta's liability, classwide impact, and damages | Steven Tadelis | Expert Foundation; Relevant to Advertiser Behavior; Relevant to Plaintiff's Behavior; Relevant to Unclean Hands; Relevant to Lack of Reliance |
| 462 | | DZ Reserve Ads Manager Reports | DZ_Reserve_00000092 | | Dan Ziernicki | Will be used to prove Meta's liability, classwide impact, and damages | Steven Tadelis | Expert Foundation; Relevant to Advertiser Behavior; Relevant to Plaintiff's Behavior; Relevant to Unclean Hands; Relevant to Lack of Reliance |
| 463 | | DZ Reserve Ads Manager Reports | DZ_Reserve_00000093 | | Dan Ziernicki | Will be used to prove Meta's liability, classwide impact, and damages | Steven Tadelis | Expert Foundation; Relevant to Advertiser Behavior; Relevant to Plaintiff's Behavior; Relevant to Unclean Hands; Relevant to Lack of Reliance |
| 464 | | DZ Reserve Ads Manager Reports | DZ_Reserve_00000094 | | Dan Ziernicki | Will be used to prove Meta's liability, classwide impact, and damages | Steven Tadelis | Expert Foundation; Relevant to Advertiser Behavior; Relevant to Plaintiff's Behavior; Relevant to Unclean Hands; Relevant to Lack of Reliance |
| 465 | | DZ Reserve Ads Manager Reports | DZ_Reserve_00000095 | | Dan Ziernicki | Will be used to prove Meta's liability, classwide impact, and damages | Steven Tadelis | Expert Foundation; Relevant to Advertiser Behavior; Relevant to Plaintiff's Behavior; Relevant to Unclean Hands; Relevant to Lack of Reliance |
| 466 | | DZ Reserve Ads Manager Reports | DZ_Reserve_00000096 | | Dan Ziernicki | Will be used to prove Meta's liability, classwide impact, and damages | Steven Tadelis | Expert Foundation; Relevant to Advertiser Behavior; Relevant to Plaintiff's Behavior; Relevant to Unclean Hands; Relevant to Lack of Reliance |
| 467 | | DZ Reserve Ads Manager Reports | DZ_Reserve_00000097 | | Dan Ziernicki | Will be used to prove Meta's liability, classwide impact, and damages | Steven Tadelis | Expert Foundation; Relevant to Advertiser Behavior; Relevant to Plaintiff's Behavior; Relevant to Unclean Hands; Relevant to Lack of Reliance |
| 468 | | DZ Reserve Ads Manager Reports | DZ_Reserve_00000098 | | Dan Ziernicki | Will be used to prove Meta's liability, classwide impact, and damages | Steven Tadelis | Expert Foundation; Relevant to Advertiser Behavior; Relevant to Plaintiff's Behavior; Relevant to Unclean Hands; Relevant to Lack of Reliance |
| 469 | | DZ Reserve Ads Manager Reports | DZ_Reserve_00000099 | | Dan Ziernicki | Will be used to prove Meta's liability, classwide impact, and damages | Steven Tadelis | Expert Foundation; Relevant to Advertiser Behavior; Relevant to Plaintiff's Behavior; Relevant to Unclean Hands; Relevant to Lack of Reliance |

| Trial Ex. No. | Date | Description | Begin Bates No. | End Bates No. | Plantiffs' Sponsoring Witness | Plaintiffs Exhibit Purpose | Defendant's Sponsoring Witness | Defendant's Exhibit Purpose |
|---|---|---|---|---|---|---|---|---|
| 470 | | DZ Reserve Ads Manager Reports | DZ_Reserve_00000100 | | Dan Ziernicki | Will be used to prove Meta's liability, classwide impact, and damages | Steven Tadelis | Expert Foundation; Relevant to Advertiser Behavior; Relevant to Plaintiff's Behavior; Relevant to Unclean Hands; Relevant to Lack of Reliance |
| 471 | | DZ Reserve Ads Manager Reports | DZ_Reserve_00000101 | | Dan Ziernicki | Will be used to prove Meta's liability, classwide impact, and damages | Steven Tadelis | Expert Foundation; Relevant to Advertiser Behavior; Relevant to Plaintiff's Behavior; Relevant to Unclean Hands; Relevant to Lack of Reliance |
| 472 | | DZ Reserve Ads Manager Reports | DZ_Reserve_00000106 | | Dan Ziernicki | Will be used to prove Meta's liability, classwide impact, and damages | Steven Tadelis | Expert Foundation; Relevant to Advertiser Behavior; Relevant to Plaintiff's Behavior; Relevant to Unclean Hands; Relevant to Lack of Reliance |
| 624 | 8/21/2020 | Ads data files produced by Plaintiffs for Dan Ziernicki | DZ_Reserve_00023655 | DZ_Reserve_00023690 | Dan Ziernicki | Will be used to prove Meta's liability, classwide impact, and damages | Catherine Tucker; Daniel Ziernicki | Expert Foundation; Relevant to Plaintiffs' Behavior; Relevant to Lack of Reliance; Relevant to Damages; Relevant to Unclean Hands |
| 632 | 11/6/2020 | Data file produced by Plaintiffs with file name "sales_2016-10-01_2020-11-06.csv" | DZ_Reserve_00023882 | | Dan Ziernicki | Will be used to prove Meta's liability, classwide impact, and damages | Catherine Tucker | Expert foundation; Relevant to Advertiser Behavior; Relevant to Plaintiff's Behavior; Relevant to Unclean Hands; Relevant to Lack of Reliance; Relevant to Damages |
| 638 | | Facebook's User Payment Terms rev'd May 2013 | FB-SINGER-00000136 | FB-SINGER-00000137 | | | Meta | Relevant to Disclosures; Relevant to Unclean Hands |
| 639 | | Facebook's Community Payment Terms rev'd March 2014 | FB-SINGER-00000143 | FB-SINGER-00000149 | | | Meta | Relevant to Disclosures; Relevant to Unclean Hands |
| 640 | | Facebook's Community Payment Terms rev'd January 2015 | FB-SINGER-00000150 | FB-SINGER-00000157 | | | Meta | Relevant to Disclosures; Relevant to Unclean Hands |
| 641 | | Facebook's Community Payment Terms rev'd March 2015 | FB-SINGER-00000158 | FB-SINGER-00000165 | | | Meta | Relevant to Disclosures; Relevant to Unclean Hands |
| 642 | | Facebook's Community Payment Terms rev'd September 2015 | FB-SINGER-00000166 | FB-SINGER-00000174 | | | Meta | Relevant to Disclosures; Relevant to Unclean Hands |
| 643 | | Facebook's Community Payment Terms rev'd January 2016 | FB-SINGER-00000175 | FB-SINGER-00000182 | | | Meta | Relevant to Disclosures; Relevant to Unclean Hands |
| 653 | | Ad Set creation screen | FB-SINGER-00000302 | FB-SINGER-00000302 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures |
| 654 | | About daily budgets | FB-SINGER-00000308 | FB-SINGER-00000313 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Explain Meta's Estimates, Metrics, and Models |
| 655 | | About estimated daily results | FB-SINGER-00000314 | FB-SINGER-00000316 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Explain Meta's Estimates, Metrics, and Models |

| Trial Ex. No. | Date | Description | Begin Bates No. | End Bates No. | Plantiffs' Sponsoring Witness | Plaintiffs Exhibit Purpose | Defendant's Sponsoring Witness | Defendant's Exhibit Purpose |
|---|---|---|---|---|---|---|---|---|
| 656 | 1/18/2019 | Article titled "About Estimated Metrics and in Development Metrics" from the Meta Business Help Center, downloaded January 18, 2019 | FB-SINGER-00000317 | FB-SINGER-00000321 | | | Meta, Experts | Relevant to Disclosures; Explain Meta's Estimates, Metrics, and Models |
| 657 | | About Location Targeting | FB-SINGER-00000322 | FB-SINGER-00000326 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Explain Meta's Estimates, Metrics, and Models |
| 658 | | About Lowest Cost | FB-SINGER-00000327 | FB-SINGER-00000329 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Explain Meta's Estimates, Metrics, and Models |
| 660 | | About Target Cost | FB-SINGER-00000336 | FB-SINGER-00000338 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Explain Meta's Estimates, Metrics, and Models |
| 661 | | About the Reach Objective | FB-SINGER-00000342 | FB-SINGER-00000344 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Explain Meta's Estimates, Metrics, and Models |
| 662 | | Choosing an Objective for your Brand Campaign | FB-SINGER-00000351 | FB-SINGER-00000353 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Explain Meta's Estimates, Metrics, and Models |
| 663 | | Analyze Results | FB-SINGER-00000354 | FB-SINGER-00000356 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Explain Meta's Estimates, Metrics, and Models |
| 664 | | Analyze Results | FB-SINGER-00000357 | FB-SINGER-00000359 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Explain Meta's Estimates, Metrics, and Models |
| 665 | | Creating a Campaign with the Reach Objective | FB-SINGER-00000360 | FB-SINGER-00000362 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Explain Meta's Estimates, Metrics, and Models |
| 666 | | Ads Manager | FB-SINGER-00000363 | FB-SINGER-00000369 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Explain Meta's Estimates, Metrics, and Models |
| 667 | | How much it costs to advertise on Facebook | FB-SINGER-00000373 | FB-SINGER-00000377 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Explain Meta's Estimates, Metrics, and Models |
| 668 | | Impressions | FB-SINGER-00000378 | FB-SINGER-00000380 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Explain Meta's Estimates, Metrics, and Models |
| 669 | | Reach | FB-SINGER-00000387 | FB-SINGER-00000389 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Explain Meta's Estimates, Metrics, and Models |
| 670 | | Understand How Your Reach Campaign Performed | FB-SINGER-00000390 | FB-SINGER-00000393 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Explain Meta's Estimates, Metrics, and Models |
| 673 | | Ad Manager screen | FB-SINGER-00000412 | FB-SINGER-00000422 | | | Catherine Tucker; Steven Tadelis; David Reibstein | Expert Foundation; Relevant to Disclosures; Explain Meta's Estimates, Metrics, and Models |
| 674 | | Ads Manager - Placements - Details.png | FB-SINGER-00000413 | | | | David Reibstein | Expert Foundation |

| Trial Ex. No. | Date | Description | Begin Bates No. | End Bates No. | Plantiffs' Sponsoring Witness | Plaintiffs Exhibit Purpose | Defendant's Sponsoring Witness | Defendant's Exhibit Purpose |
|---|---|---|---|---|---|---|---|---|
| 675 | | Ads Manager create new ad set | FB-SINGER-00000414 | FB-SINGER-00000414 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 676 | | Ads Manager | FB-SINGER-00000415 | FB-SINGER-00000415 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 677 | | Ads Manager create new ad set | FB-SINGER-00000416 | FB-SINGER-00000416 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 698 | | Ads Manager - Bid Control.JPG | FB-SINGER-00001127 | FB-SINGER-00001127 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 699 | | Ads Manager - Budget and Schedule.JPG | FB-SINGER-00001128 | FB-SINGER-00001128 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 700 | | Ads Manager - Detailed Targeting.JPG | FB-SINGER-00001129 | FB-SINGER-00001129 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 702 | | Ads Manager - Optimization for Ad Delivery.JPG | FB-SINGER-00001131 | FB-SINGER-00001131 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 707 | | Ads Manager - When You Get Charged.JPG | FB-SINGER-00001136 | FB-SINGER-00001136 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 714 | | Estimated Daily Results tooltip | FB-SINGER-00058132 | FB-SINGER-00058132 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 718 | | Potential Reach dial with EDR | FB-SINGER-00063117 | FB-SINGER-00063117 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 719 | | estimation tooltip | FB-SINGER-00063118 | FB-SINGER-00063118 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 720 | | estimation tooltip by platform | FB-SINGER-00063120 | FB-SINGER-00063120 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 721 | | estimation tooltip | FB-SINGER-00063121 | FB-SINGER-00063121 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 730 | | Why Cocoon? Wiki | FB-SINGER-00088112 | FB-SINGER-00088115 | | | Catherine Tucker; Steven Tadelis | Expert Foundation; Explain Meta's Estimates, Metrics, and Models; Relevant to Good Faith |
| 738 | | About Ad Auctions - help center | FB-SINGER-00088882 | FB-SINGER-00088882 | | | Catherine Tucker; Steven Tadelis | Expert Foundation; Explain Meta's Estimates, Metrics, and Models; Explain Meta's Ad Auction; Relevant to Good Faith |

| Trial Ex. No. | Date | Description | Begin Bates No. | End Bates No. | Plantiffs' Sponsoring Witness | Plaintiffs Exhibit Purpose | Defendant's Sponsoring Witness | Defendant's Exhibit Purpose |
|---|---|---|---|---|---|---|---|---|
| 739 | 11/4/2019 | Article titled "How ad billing works on Facebook" from the Meta Business Help Center, downloaded November 4, 2019 | FB-SINGER-00089002 | FB-SINGER-00089003 | | | Meta, Experts | Help Center/Ads Manager |
| 740 | | Set up a reach and frequency campaign - help center | FB-SINGER-00089060 | FB-SINGER-00089064 | | | Catherine Tucker; Steven Tadelis | Expert Foundation; Explain Meta's Estimates, Metrics, and Models; Explain Meta's Ad Auction; Relevant to Good Faith |
| 741 | | About Delivery Insights | FB-SINGER-00089358 | FB-SINGER-00089359 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Explain Meta's Estimates, Metrics, and Models |
| 747 | | About Bid Cap | FB-SINGER-00089366 | FB-SINGER-00089366 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Explain Meta's Estimates, Metrics, and Models |
| 750 | | About Cost and Bid Controls | FB-SINGER-00089370 | FB-SINGER-00089370 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Explain Meta's Estimates, Metrics, and Models |
| 754 | | About Cost Cap | FB-SINGER-00089374 | FB-SINGER-00089374 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Explain Meta's Estimates, Metrics, and Models |
| 758 | | About Highest Value | FB-SINGER-00089378 | FB-SINGER-00089378 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Explain Meta's Estimates, Metrics, and Models |
| 761 | | About Minimum ROAS | FB-SINGER-00089383 | FB-SINGER-00089383 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Explain Meta's Estimates, Metrics, and Models |
| 764 | | About Minimum ROAS Controls | FB-SINGER-00089387 | FB-SINGER-00089387 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Explain Meta's Estimates, Metrics, and Models |
| 768 | | Objectives, ad formats and placements available within reach and frequency buying | FB-SINGER-00089391 | FB-SINGER-00089391 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Explain Meta's Estimates, Metrics, and Models |
| 769 | | About the delivery system: Bid suggestions | FB-SINGER-00089406 | FB-SINGER-00089406 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Explain Meta's Estimates, Metrics, and Models |
| 770 | 12/9/2019 | Article titled "Best Practices: Ad Bidding and Budgeting," from Facebook for Business, dated December 9, 2019 | FB-SINGER-00089417 | FB-SINGER-00089417 | | | Meta, Experts | Relevant to Good Faith; Relevant to Disclosures, Explain Meta's Estimates, Metrics, and Models |
| 777 | | Your Guide to Facebook Bid Strategies | FB-SINGER-00089457 | FB-SINGER-00089462 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Explain Meta's Estimates, Metrics, and Models |
| 778 | | How does TRP buying on Facebook Work? | FB-SINGER-00089509 | FB-SINGER-00089509 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Explain Meta's Estimates, Metrics, and Models |
| 779 | | Relevant & Effective: How to Get More Value from Your Ads | FB-SINGER-00089528 | FB-SINGER-00089532 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Explain Meta's Estimates, Metrics, and Models |

| Trial Ex. No. | Date | Description | Begin Bates No. | End Bates No. | Plaintiffs' Sponsoring Witness | Plaintiffs Exhibit Purpose | Defendant's Sponsoring Witness | Defendant's Exhibit Purpose |
|---|---|---|---|---|---|---|---|---|
| 780 | | Specifications for Auction Overlap | FB-SINGER-00089577 | FB-SINGER-00089577 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Explain Meta's Estimates, Metrics, and Models |
| 781 | | Using Reach and Frequency Buying With The Reach Objective | FB-SINGER-00089592 | FB-SINGER-00089592 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Explain Meta's Estimates, Metrics, and Models |
| 782 | | About reach and frequency buying | FB-SINGER-00089598 | FB-SINGER-00089598 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Explain Meta's Estimates, Metrics, and Models |
| 793 | | About estimated daily results | FB-SINGER-00122630 | FB-SINGER-00122630 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Explain Meta's Estimates, Metrics, and Models |
| 794 | | About estimated daily results | FB-SINGER-00122645 | FB-SINGER-00122645 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Explain Meta's Estimates, Metrics, and Models |
| 799 | | About Potential Reach | FB-SINGER-00128287 | FB-SINGER-00128287 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Explain Meta's Estimates, Metrics, and Models |
| 802 | 3/4/2019 | Email chain re: "[PRODUCT CHANGE FYI] Updating how we estimate Potential Reach on 3/12" | FB-SINGER-00128567 | FB-SINGER-00128569 | | | Alex Schultz | Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 807 | | | FB-SINGER-00145734 | FB-SINGER-00145738 | | | Amy Dunn | Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 809 | | Sales FYI: Comparing Potential Audience Size Estimates | FB-SINGER-00146565 | FB-SINGER-00146578 | | | Amy Dunn | Relevant to Disclosures, Relevant to Good Faith; Relevant to Meta's Estimates, Metrics, and Models |
| 810 | | Sales FYI messages | FB-SINGER-00148234 | FB-SINGER-00148238 | | | Steven Tadelis; Amy Dunn | Expert Foundation; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models; Relevant to Disclosures |
| 818 | 1/27/2020 | all_ads_details table for Plaintiff Cain Maxwell | FB-SINGER-00180468 | FB-SINGER-00180469 | Cain Maxwell | Will be used to prove Meta's liability, classwide impact, and damages | Steven Tadelis; Cain Maxwell | Expert Foundation; Relevant to Advertiser Behavior; Relevant to Plaintiff's Behavior; Relevant to Lack of Reliance, Relevant to Damages |
| 820 | 9/20/2017 | Email from Y. Fidler to R. Goldman, M. Rabkin, A. Vora, M. Ku, N. Li, et al. titled "RE: [A/C Priv] Recommendations for potential reach messaging (in product and help center)" sent 9/21/2017 | FB-SINGER-00181933 | FB-SINGER-00181939 | | | Rob Goldman, Amy Dunn | Relevant to Good Faith; Relevant to Disclosures; Explain Meta's Estimates, Metrics, and Models |
| 827 | | Your Guide to Facebook Bid Strategies | FB-SINGER-00187551 | FB-SINGER-00187553 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Explain Meta's Estimates, Metrics, and Models |
| 828 | | Bid Price Discounts and Auction Density | FB-SINGER-00187556 | FB-SINGER-00187585 | | | Catherine Tucker; Steven Tadelis | Expert Foundation; Explain Meta's Estimates, Metrics, and Models; Explain Meta's Ad Auction; Relevant to Good Faith |

| Trial Ex. No. | Date | Description | Begin Bates No. | End Bates No. | Plantiffs' Sponsoring Witness | Plaintiffs Exhibit Purpose | Defendant's Sponsoring Witness | Defendant's Exhibit Purpose |
|---|---|---|---|---|---|---|---|---|
| 845 | | Ads Manager - Ad Creation and Agreement Language.JPG | FB-SINGER-00255013 | FB-SINGER-00255013 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 846 | | Ads Manager - Ad Creation.JPG | FB-SINGER-00255014 | FB-SINGER-00255014 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 848 | | Ads Manager - Choose Objective With Help_2.JPG | FB-SINGER-00255016 | FB-SINGER-00255016 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 849 | 4/13/2020 | Screenshots of Ads Manager's ad campaign objective selection interface, accessible through https://www.facebook.com/adsmanager/creation | FB-SINGER-00255017 | | | | Meta, Experts | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 850 | | Ads Manager - Choose Objective.JPG | FB-SINGER-00255018 | FB-SINGER-00255018 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 851 | | Ads Manager, Ad Account Setup 2.jpg | FB-SINGER-00255019 | FB-SINGER-00255019 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 852 | | Ads Manager, Ad Account Setup.jpg | FB-SINGER-00255020 | FB-SINGER-00255020 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 853 | | Ads Manager, Audiences - Create a Saved Audience.jpg | FB-SINGER-00255021 | FB-SINGER-00255021 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 854 | | Ads Manager, Audiences - Custom Audiences - app activity.jpg | FB-SINGER-00255022 | FB-SINGER-00255022 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 855 | | Ads Manager, Audiences - Custom Audiences - customer list.jpg | FB-SINGER-00255023 | FB-SINGER-00255023 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 856 | | Ads Manager, Audiences - Custom Audiences - events.jpg | FB-SINGER-00255024 | FB-SINGER-00255024 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 857 | | Ads Manager, Audiences - Custom Audiences - facebook page.jpg | FB-SINGER-00255025 | FB-SINGER-00255025 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 858 | | Ads Manager, Audiences - Custom Audiences - insta business profile.jpg | FB-SINGER-00255026 | FB-SINGER-00255026 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 859 | | Ads Manager, Audiences - Custom Audiences - instant experience.jpg | FB-SINGER-00255027 | FB-SINGER-00255027 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 860 | | Ads Manager, Audiences - Custom Audiences - lead form.jpg | FB-SINGER-00255028 | FB-SINGER-00255028 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |

| Trial Ex. No. | Date | Description | Begin Bates No. | End Bates No. | Plantiffs' Sponsoring Witness | Plaintiffs Exhibit Purpose | Defendant's Sponsoring Witness | Defendant's Exhibit Purpose |
|---|---|---|---|---|---|---|---|---|
| 861 | | Ads Manager, Audiences - Custom Audiences - offline activity.jpg | FB-SINGER-00255029 | FB-SINGER-00255029 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 862 | | Ads Manager, Audiences - Custom Audiences - video.jpg | FB-SINGER-00255030 | FB-SINGER-00255030 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 863 | | Ads Manager, Audiences - Custom Audiences - Website.jpg | FB-SINGER-00255031 | FB-SINGER-00255031 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 864 | | Ads Manager, Audiences - Custom Audiences.jpg | FB-SINGER-00255032 | FB-SINGER-00255032 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 865 | | Ads Manager, Audiences - Lookalike Audiences 2.jpg | FB-SINGER-00255033 | FB-SINGER-00255033 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 866 | | Ads Manager, Audiences - Lookalike Audiences.jpg | FB-SINGER-00255034 | FB-SINGER-00255034 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 867 | | Ads Manager, Audiences screen.jpg | FB-SINGER-00255035 | FB-SINGER-00255035 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 869 | | Fake Account Metrics | FB-SINGER-00256027 | | | | Alex Schultz | Explain Meta's Estimates, Metrics, and Models |
| 876 | | Abusive Prevalence @ MAP Understand | FB-SINGER-00297721 | FB-SINGER-00297721 | | | Steven Tadelis; Alex Schultz | Expert Foundation; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 887 | | Ad manager screenshot creat new ad set | FB-SINGER-00304039 | FB-SINGER-00304009 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 888 | | Ad manager screenshot creat new ad set | FB-SINGER-00304040 | FB-SINGER-00304040 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 889 | | Ad manager screenshot creat new ad set | FB-SINGER-00304041 | FB-SINGER-00304041 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 890 | | Ad manager screenshot creat new ad set | FB-SINGER-00304042 | FB-SINGER-00304042 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 891 | | Ad manager screenshot creat new ad set | FB-SINGER-00304044 | FB-SINGER-00304044 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 892 | | Ad manager screenshot creat new ad set | FB-SINGER-00304045 | FB-SINGER-00304045 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 893 | | screenshot of age and gender data breakdown with potential reach tooltip | FB-SINGER-00313647 | FB-SINGER-00313647 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |

| Trial Ex. No. | Date | Description | Begin Bates No. | End Bates No. | Plantiffs' Sponsoring Witness | Plaintiffs Exhibit Purpose | Defendant's Sponsoring Witness | Defendant's Exhibit Purpose |
|---|---|---|---|---|---|---|---|---|
| 895 | | Classwide all_ads_details data | FB-SINGER-00314652 | FB-SINGER-00314704 | Armando Levy David Reibstein Dan Ziernicki Cain Maxwell | Will be used to prove Meta's liability, classwide impact, and damages | Catherine Tucker; Steven Tadelis  Gerardo Zaragoza; David Reibstein | Expert Foundation; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models  Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models; Expert Foundation |
| 912 | 1/14/2020 | all_ads_details table for Plaintiff Cain Maxwell | FB-SINGER-00426482 | FB-SINGER-00426482 | Cain Maxwell | Will be used to prove Meta's liability, classwide impact, and damages | Catherine Tucker; David Reibstein | Expert foundation; Relevant to Advertiser Behavior; Relevant to Plaintiff's Behavior |
| 915 | 3/12/2020 | Data file produced by Facebook with file name "ads_interfaces_predicted_outcomes-Martialis-thru-2019-04-08.xlsx" | FB-SINGER-00426543 | FB-SINGER-00426543 | Cain Maxwell | Will be used to prove Meta's liability, classwide impact, and damages | Steven Tadelis; Cain Maxwell | Expert Foundation; Explain Meta's Estimates, Metrics, and Models; Relevant to Disclosures; Relevant to Good Faith; Relevant to Advertiser Behavior |
| 928 | | Classwide all_ads_details data for October 2016 | FB-SINGER-00426663 | | Armando Levy | Will be used to prove Meta's liability, classwide impact, and damages | Daid Reibstein | Expert Foundation |
| 929 | | Ad - Part 1.JPG | FB-SINGER-00426856 | FB-SINGER-00426856 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 930 | | Ad - Part 2.JPG | FB-SINGER-00426857 | FB-SINGER-00426857 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 931 | | Ad - Part 3.JPG | FB-SINGER-00426858 | FB-SINGER-00426858 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 932 | | Ad - Terms.JPG | FB-SINGER-00426859 | FB-SINGER-00426859 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 933 | | Ad Set Creation - 20 Budget.JPG | FB-SINGER-00426860 | FB-SINGER-00426860 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 934 | | Ad Set Creation - 50 Budget.JPG | FB-SINGER-00426861 | FB-SINGER-00426861 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 935 | | Ad Set Creation - About EDR - Learn More.JPG | FB-SINGER-00426862 | FB-SINGER-00426862 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 936 | | Ad Set Creation - About Landing Page Views - Learn More.JPG | FB-SINGER-00426863 | FB-SINGER-00426863 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 937 | | Screenshot of FB disclsoures | FB-SINGER-00426864 | | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures |
| 938 | | Ad Set Creation - About PR - Overview.JPG | FB-SINGER-00426865 | FB-SINGER-00426865 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |

| Trial Ex. No. | Date | Description | Begin Bates No. | End Bates No. | Plantiffs' Sponsoring Witness | Plaintiffs Exhibit Purpose | Defendant's Sponsoring Witness | Defendant's Exhibit Purpose |
|---|---|---|---|---|---|---|---|---|
| 939 | | Ad Set Creation - About Reaching New Audiences.JPG | FB-SINGER-00426866 | FB-SINGER-00426866 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 940 | | Ad Set Creation - Audience.JPG | FB-SINGER-00426867 | FB-SINGER-00426867 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 941 | | Ad Set Creation - Automatic Placements.JPG | FB-SINGER-00426868 | FB-SINGER-00426868 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 942 | | Ad Set Creation - Landing.JPG | FB-SINGER-00426869 | FB-SINGER-00426869 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 943 | | Ad Set Creation - Link Clicks - Learn More.JPG | FB-SINGER-00426870 | FB-SINGER-00426870 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 944 | | Ad Set Creation - Manual Placements.JPG | FB-SINGER-00426871 | FB-SINGER-00426871 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 945 | | Ad Set Creation - Optimization Landing Page Views.JPG | FB-SINGER-00426872 | FB-SINGER-00426872 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 946 | | Ad Set Creation - PR - Estimate Definition.JPG | FB-SINGER-00426873 | FB-SINGER-00426873 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 947 | | Ads Manager screen | FB-SINGER-00426874 | FB-SINGER-00426874 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures |
| 948 | | Campaign - App Installs.JPG | FB-SINGER-00426875 | FB-SINGER-00426875 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 949 | | Campaign - Brand Awareness.JPG | FB-SINGER-00426876 | FB-SINGER-00426876 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 950 | | Campaign - Catalog Sales.JPG | FB-SINGER-00426877 | FB-SINGER-00426877 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 951 | | Campaign - Conversions.JPG | FB-SINGER-00426878 | FB-SINGER-00426878 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 952 | | Campaign - Details.JPG | FB-SINGER-00426879 | FB-SINGER-00426879 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 953 | | Campaign - Engagement.JPG | FB-SINGER-00426880 | FB-SINGER-00426880 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 954 | | Campaign - Lead Generation.JPG | FB-SINGER-00426881 | FB-SINGER-00426881 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |

| Trial Ex. No. | Date | Description | Begin Bates No. | End Bates No. | Plantiffs' Sponsoring Witness | Plaintiffs Exhibit Purpose | Defendant's Sponsoring Witness | Defendant's Exhibit Purpose |
|---|---|---|---|---|---|---|---|---|
| 955 | | Campaign - Messages.JPG | FB-SINGER-00426882 | FB-SINGER-00426882 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 956 | | Campaign - Reach.JPG | FB-SINGER-00426883 | FB-SINGER-00426883 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 957 | | Campaign - Store Traffic.JPG | FB-SINGER-00426884 | FB-SINGER-00426884 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 958 | | Campaign - Traffic.JPG | FB-SINGER-00426885 | FB-SINGER-00426885 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 959 | | Campaign - Video Views.JPG | FB-SINGER-00426886 | FB-SINGER-00426886 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 960 | | Conversation Campaign Selection.JPG | FB-SINGER-00426887 | FB-SINGER-00426887 | | | Alex Schultz; Amy Dunn; Rob Goldman | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 986 | 11/26/2019 | Data produced by Plaintiffs with file name "15. Change history report.csv" | MAXWELL_00000899 | | Cain Maxwell | Will be used to prove Meta's liability, classwide impact, and damages | Catherine Tucker | Expert Foundation; Relevant to Plaintiffs' Behavior; Relevant to Advertiser's Behavior |
| 988 | 11/22/2019 | Data produced by Plaintiffs with file name "2. Campaign report.csv" | MAXWELL_00000921 | | Cain Maxwell | Will be used to prove Meta's liability, classwide impact, and damages | Catherine Tucker | Expert Foundation; Relevant to Plaintiffs' Behavior; Relevant to Advertiser's Behavior |
| 1006 | | Document titled "Web Data Collection Report," "File Signatures," and screenshot of Ads Manager Interface | Maxwell_00001140 | Maxwell_00001142 | | | Maxwell; Catherine Tucker | Expert foundation; Relevant to Advertiser Behavior; Relevant to Plaintiff's Behavior |
| 1007 | | Max Martialis data | MAXWELL_00001143 | MAXWELL_00001145 | | | Maxwell; Catherine Tucker | Expert Foundation; Relevant to Advertiser Behavior; Relevant to Plaintiff's Behavior |
| 1032 | 7/15/2020 | Data produced by Plaintiffs with file name "Campaigns_Jul_15_2020.csv" | MAXWELL_00001351 | | Cain Maxwell | Will be used to prove Meta's liability, classwide impact, and damages | Catherine Tucker | Expert foundation; Relevant to Advertiser Behavior; Relevant to Plaintiff's Behavior; Relevant to Damages |
| 1059 | 8/1/2018 | Cain Maxwell 2018.08-start | MAXWELL_00001377 | MAXWELL_00001378 | | | Cain Maxwell | Relevant to Plaintiff's Behavior |
| 1060 | 10/23/2020 | Amazon sales data for Plaintiff Cain Maxwell | MAXWELL_00001377,MAXWELL_00001379,MAXWELL_00001389,MAXWELL_00001390,MAXWELL_00001392,MAXWELL_00001399,MAXWELL_00001407,MAXWELL_00001409,MAXWELL_00001410 | | Cain Maxwell | Will be used to prove Meta's liability, classwide impact, and damages | Catherine Tucker | Expert foundation; Relevant to Advertiser Behavior; Relevant to Plaintiff's Behavior; Relevant to Damages |
| 1061 | 9/1/2018 | Cain Maxwell 2018.09 | MAXWELL_00001379 | MAXWELL_00001388 | Cain Maxwell | Will be used to prove Meta's liability, classwide impact, and damages | Cain Maxwell | Relevant to Plaintiff's Behavior |

| Trial Ex. No. | Date | Description | Begin Bates No. | End Bates No. | Plantiffs' Sponsoring Witness | Plaintiffs Exhibit Purpose | Defendant's Sponsoring Witness | Defendant's Exhibit Purpose |
|---|---|---|---|---|---|---|---|---|
| 1062 | 10/1/2018 | Cain Maxwell 2018.10 | MAXWELL_00001389 | MAXWELL_00001389 | Cain Maxwell | Will be used to prove Meta's liability, classwide impact, and damages | Cain Maxwell | Relevant to Plaintiff's Behavior |
| 1063 | 11/1/2018 | Cain Maxwell 2018.11 | MAXWELL_00001390 | MAXWELL_00001391 | Cain Maxwell | Will be used to prove Meta's liability, classwide impact, and damages | Cain Maxwell | Relevant to Plaintiff's Behavior |
| 1064 | 12/1/2018 | Cain Maxwell 2018.12 | MAXWELL_00001392 | MAXWELL_00001398 | Cain Maxwell | Will be used to prove Meta's liability, classwide impact, and damages | Cain Maxwell | Relevant to Plaintiff's Behavior |
| 1065 | 1/1/2019 | Cain Maxwell 2019.01 | MAXWELL_00001399 | MAXWELL_00001406 | Cain Maxwell | Will be used to prove Meta's liability, classwide impact, and damages | Cain Maxwell | Relevant to Plaintiff's Behavior |
| 1066 | 2/1/2019 | Cain Maxwell 2019.02 | MAXWELL_00001407 | MAXWELL_00001408 | Cain Maxwell | Will be used to prove Meta's liability, classwide impact, and damages | Cain Maxwell | Relevant to Plaintiff's Behavior |
| 1067 | 3/1/2019 | Cain Maxwell 2019.03 | MAXWELL_00001409 | MAXWELL_00001409 | Cain Maxwell | Will be used to prove Meta's liability, classwide impact, and damages | Cain Maxwell | Relevant to Plaintiff's Behavior |
| 1068 | 4/1/2019 | Cain Maxwell 2019.04 | MAXWELL_00001410 | MAXWELL_00001410 | Cain Maxwell | Will be used to prove Meta's liability, classwide impact, and damages | Cain Maxwell | Relevant to Plaintiff's Behavior |
| 1080 | 10/23/2020 | Amazon sales data for Plaintiff Cain Maxwell | MAXWELL_00001421,MAXWELL_00001422 | | Cain Maxwell | Will be used to prove Meta's liability, classwide impact, and damages | Catherine Tucker | Expert foundation; Relevant to Advertiser Behavior; Relevant to Plaintiff's Behavior; Relevant to Damages<br><br>Expert foundation; Relevant to Advertiser Behavior; Relevant to Plaintiff's Behavior; Relevant to Damages |
| 1373 | | Allenby, Greg, Jeff Brazell, John Howell, and Peter Rossi, "Using Conjoint Analysis to Determine the Market Value of Product Features," In Proceedings of the Sawtooth Software Conference (2013): 341-355 | | | | | David Reibstein | Expert Foundation |
| 1412 | | IAB Internet Advertising Revenue Report, 2019 Full Year Results. | | | | | Catherine Tucker | Expert Foundation |
| 1457 | 8/30/2020 | Fascebook Self-Serve Ad Terms | | | | | Daniel Ziernicki | Relevant to Plaintiff's Behavior; Relevant to Lack of Reliance |
| 1458 | 6/28/2021 | Fascebook Self-Serve Ad Terms | | | | | | |
| 1459 | | Screenshot from Ads Manage showing Facebook still refers to Potential Reach as "people", dated April 6, 2021 | | | | | Alex Schultz; Rob Goldman; Josh Geller | Relevant to Disclosures; Relevant to Good Faith; Explain Meta's Estimates, Metrics, and Models |
| 1460 | | "About Data Sampling," Facebook for Business, available at https://www.facebook.com/business/help/1691983057707189 (viewed Feb. 18, 2021). | | | | | Steven Tadelis | Expert Foundation; Relevant to Disclosures; Explain Meta's Ad Auction; Explain Meta's Estimates, Metrics, and Models |

| Trial Ex. No. | Date | Description | Begin Bates No. | End Bates No. | Plantiffs' Sponsoring Witness | Plaintiffs Exhibit Purpose | Defendant's Sponsoring Witness | Defendant's Exhibit Purpose |
|---|---|---|---|---|---|---|---|---|
| 1498 | | Ad Manager screen | FB-SINGER-00000299 | FB-SINGER-00000304 | | | Catherine Tucker; Steven Tadelis<br><br>David Reibstein | Expert Foundation; Relevant to Disclosures; Explain Meta's Estimates, Metrics, and Models<br><br>Expert Foundation; Relevant to Disclosures |
| 1499 | | Facebook Statement of Rights and Responsibilities rev'd December 2012 | FB-SINGER-00000277 | FB-SINGER-00000284 | | | Meta | Relevant to Disclosures; Relevant to Unclean Hands |
| 1500 | | Facebook Statement of Rights and Responsibilities rev'd January 2015 | FB-SINGER-00000293 | FB-SINGER-00000298 | | | Meta | Relevant to Disclosures; Relevant to Unclean Hands |
| 1501 | | Facebook Statement of Rights and Responsibilities rev'd November 2013 | FB-SINGER-00000285 | FB-SINGER-00000292 | | | Meta | Relevant to Disclosures; Relevant to Unclean Hands |