# Exhibit 2

1  LATHAM & WATKINS LLP
   Elizabeth L. Deeley (CA Bar No. 230798)
2    *elizabeth.deeley@lw.com*
   Nicole C. Valco (CA Bar No. 258506)
3    *nicole.valco@lw.com*
   505 Montgomery Street, Suite 2000
4  San Francisco, CA  94111-6538
   Telephone:  +1.415.391.0600
5  Facsimile:  +1.415.395.8095

6  Susan E. Engel (*pro hac vice*)
     *susan.engel@lw.com*
7  555 Eleventh Street, N.W., Suite 1000
   Washington, D.C. 20004
8  Telephone:  +1.202.637.2200
   Facsimile:  +1.202.637.2201

9
   Hilary H. Mattis (CA Bar No. 271498)
10   *hilary.mattis@lw.com*
   140 Scott Drive
11 Menlo Park, CA 94025
   Telephone:  +1.650.328.4600
12 Facsimile:  +1.650.463.2600

13

   *Attorneys for Defendant Facebook, Inc.*
14

15                    **UNITED STATES DISTRICT COURT**

16                  **NORTHERN DISTRICT OF CALIFORNIA**

17                      **SAN FRANCISCO DIVISION**

18

19 DANIELLE A. SINGER, PROJECT            CASE NO. 3:18-cv-04978-JD
   THERAPY, LLC (d/b/a THERAPY
20 THREADS), HOLLY DEAN, DZ               **FACEBOOK, INC.'S RESPONSES AND**
   RESERVE, and CAIN MAXWELL (d/b/a       **OBJECTIONS TO PLAINTIFFS' THIRD**
21 MAX MARTIALIS), individually and on    **SET OF INTERROGATORIES**
   behalf of all others similarly situated,
22                                        **CONFIDENTIAL**
                  Plaintiffs,
23
          v.
24
   FACEBOOK, INC.,
25
                  Defendant.
26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEF.'S RESPONSES AND OBJECTIONS TO THIRD
SET OF INTERROGATORIES
CASE NUMBER: 3:18-cv-04978-JD

CONFIDENTIAL

1    Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure (the "Federal Rules")

2    and the Local Civil Rules (the "Local Rules") of the United States District Court for the Northern

3    District of California, Defendant Facebook Inc. ("Facebook"), by and through its undersigned

4    counsel, hereby objects and responds to Plaintiffs' Third Set of Interrogatories (the

5    "Interrogatories," and each an "Interrogatory") as set forth below.

## **GENERAL OBJECTIONS AND OBJECTIONS TO INSTRUCTIONS AND**

## **DEFINITIONS**

8    The following general objections and objections to instructions and definitions apply to

9    each of the Interrogatories and, unless otherwise stated, shall have the same force and effect as if

10   set forth in full in response to each of the Interrogatories.

11   1.    Facebook objects to Plaintiffs' instructions, definitions, and each Interrogatory to

12   the extent they purport to impose on Facebook any obligation that exceeds the requirements of the

13   Federal Rules of Civil Procedure, the Local Rules of this Court, any applicable orders of this Court,

14   or any other governing law.

15   2.    Facebook objects to the Interrogatories to the extent that they are overly broad,

16   unduly burdensome, and not proportional to the needs of the case insofar as the burden and expense

17   of the proposed discovery outweighs its likely benefit.

18   3.    Facebook objects to the extent the Interrogatories make incorrect and unsupported

19   assumptions or draw legal conclusions, including in defining or describing requested information.

20   Facebook objects to assumptions and legal conclusions to the extent assumed by any Interrogatory,

21   and any response or objection by Facebook is without prejudice to this objection.

22   4.    Facebook objects to the Interrogatories to the extent that they seek information that

23   is subject to the attorney-client privilege, the work product doctrine, or any other applicable

24   privilege or protection.  Facebook does not intend to waive any applicable privilege or protection

25   and will not disclose any privileged or protected information.  Nothing contained in these

26   responses is intended to be nor should be considered a waiver of any attorney-client privilege,

27   work-product privilege or protection, or any other applicable privilege or doctrine.  To the extent

28   any Interrogatory may be construed as calling for disclosure of information, documents, and/or

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DEF.'S RESPONSES AND OBJECTIONS TO THIRD
SET OF INTERROGATORIES
CASE NUMBER: 3:18-cv-04978-JD

CONFIDENTIAL

1    things protected by such privileges or doctrines, a continuing objection to each and every such

2    interrogatory is hereby asserted.

3         5.    Facebook objects to the Interrogatories to the extent they seek confidential

4    information, private information, or proprietary information, including trade secrets and

5    competitively sensitive business information where any purported marginal benefits of the

6    provision or production of the requested information are outweighed by the burden associated with

7    producing such highly sensitive information.  To the extent any such information warrants

8    disclosure under the Federal Rules of Civil Procedure and the Local Rules of the Court, Facebook

9    will provide such information, subject to an appropriate confidentiality designation provided in the

10   parties' duly-ordered Protective Order (Dkt. Nos. 81 and 85) in this case.

11        6.    Facebook objects to the definitions, instructions, and Interrogatories to the extent

12   they call for information that is not in Facebook's possession, custody, or control.  Facebook

13   further objects to the extent the Interrogatories seek information that is publicly available or

14   otherwise available to Plaintiffs from another source that is more convenient, less burdensome,

15   and less expensive.

16        7.    Facebook objects to Plaintiffs' definition of "Facebook" as vague, ambiguous, and

17   overly broad, insofar as it purports to include "subsidiaries," "affiliates," "accountants,"

18   "independent contractors," "vendors," and "all other persons or entities acting on its behalf or

19   under its direct or indirect control."

20        8.    Facebook objects to each Interrogatory that is vague, ambiguous, and unclear,

21   including the use of terms that are not defined and/or not otherwise susceptible to any single

22   meaning.  To the extent possible, Facebook has made reasonable interpretations of these

23   Interrogatories and terms.

24        9.    Based on Federal Rule of Civil Procedure 33(d), Facebook objects to each

25   Interrogatory that seeks information that can be derived from documents that will be produced,

26   and where the burden to derive such information is substantially the same for Plaintiffs as it is for

27   Facebook.

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DEF.'S RESPONSES AND OBJECTIONS TO THIRD
SET OF INTERROGATORIES
CASE NUMBER: 3:18-cv-04978-JD

1    10.    Facebook objects to the Interrogatories to the extent that they are compound and

2  contain multiple subparts that should count separately toward the total number of permitted

3  interrogatories, in accordance with Federal Rule of Civil Procedure 33(a)(1).

4    11.    Facebook objects to the instruction regarding "the relevant time period" as overly

5  broad, unduly burdensome, not proportional to the needs of the case, not reasonably calculated to

6  lead to the discovery of admissible evidence, and not likely to lead to the discovery of relevant

7  information.  Subject to and without waiving the objections stated herein, Facebook will provide

8  responses to Plaintiffs' Interrogatories based on information created between May 15, 2014 and

9  April 5, 2019.

10    12.    Facebook's response to these Interrogatories shall not be construed in any way as

11  an admission that any definition provided by Plaintiffs is either factually correct or legally binding

12  upon Facebook, or as a waiver of any of Facebook's objections, including but not limited to

13  objections regarding discoverability of documents or other evidence.

14    13.    Facebook expressly incorporates the foregoing General Objections as though set

15  forth fully in the responses below, and to the extent they are not raised in the response, Facebook

16  does not waive those objections.

17            **RESPONSES TO INTERROGATORIES**

18  **INTERROGATORY NO. 5:**

19    Provide a detailed explanation of each method Facebook has used to set the price for

20  Facebook advertisements since August 15, 2014.

21  **RESPONSE TO INTERROGATORY NO. 5:**

22    Facebook incorporates its General Objections and Objections to Instructions and

23  Definitions as if fully set forth herein.  Facebook objects to this Interrogatory because it seeks

24  confidential information, private information, and proprietary information, including trade secrets

25  and competitively sensitive business information, that is not necessary to the prosecution or

26  defense of this action and is not likely to lead to the discoverability of admissible evidence.

27  Facebook objects to this Interrogatory as vague and ambiguous as to the term "method."  Facebook

28  objects to this interrogatory to the extent it seeks information that is already in the possession,

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

DEF.'S RESPONSES AND OBJECTIONS TO THIRD
SET OF INTERROGATORIES
CASE NUMBER: 3:18-cv-04978-JD

CONFIDENTIAL

1  custody, or control of Plaintiffs.  Facebook objects to this Interrogatory as unduly burdensome

2  because it has no end date; Facebook's response will be limited to information created on or before

3  April 5, 2019.  Facebook also objects to this Interrogatory as unduly burdensome because it

4  requires Facebook to compile, examine, audit, abstract, and summarize business records (including

5  electronically stored information) that will be produced or made available for inspection in this

6  case.  The burden of deriving or ascertaining that answer from a review of those business records

7  would be substantially the same for either Plaintiffs or Facebook.  Discovery is ongoing in this

8  case, and Facebook's future rolling document productions may contain business records from

9  which an answer to this Interrogatory could be derived.  Thus, Facebook will supplement this

10 Response to identify for Plaintiffs the Bates numbers of those additional business records, a review

11 of which would provide Plaintiffs with responsive information.  Facebook objects to the extent

12 this Interrogatory seeks information that is protected by the attorney-client privilege, attorney work

13 product doctrine, or other privileges or protections.  Facebook objects to this interrogatory to the

14 extent it prematurely calls for expert opinion in advance of the disclosure required by Federal Rule

15 of Civil Procedure 26(a)(2) and the Court's scheduling order (Dkt. No. 119).

16        Subject to and without waiving any of Facebook's General or Specific Objections,

17 Facebook responds as follows:



LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

DEF.'S RESPONSES AND OBJECTIONS TO THIRD
SET OF INTERROGATORIES
CASE NUMBER: 3:18-cv-04978-JD

CONFIDENTIAL

1 ████████████████████████████████████████████████████

2 ████████████████████████████████████████████████████

3 ████████████████████████████████████████████████████

4 ████████████████████████████████████████████████████

5 ████████████████████████████████████████████████████

6 ████████████████████████████████████████████████████

7 ████████████████████████████████████████████████████

8 ████████████████████████████████████████████████████

9 ████████████████████████████████████████████████████

10 ██████████████████████████████████

11 ███████████████████████████

12 ████████████████████████████████████████████████████

13 ████████████████████████████████████████████████████

14 ████████████████████████████████████████████████████

15 ████████████████████████████████████████████████████

16 ████████████████████████████████████████████████████

17 ████████████████████████████████████████████████████

18 ████████████████████████████████████████████████████

19 ██████████████████████████████████

20 **INTERROGATORY NO. 6:**

21      Please identify all terms You contend were part of a contract that covered Facebook

22 advertisements that were served since August 15, 2014, including:

23      a. For each advertisement, the terms you contend applied to the advertisement;

24      b. The Document(s) containing those; and

25      c. The time period during which the terms were in effect.

26 **RESPONSE TO INTERROGATORY NO. 6:**

27      Facebook incorporates its General Objections and Objections to Instructions and

28 Definitions as if fully set forth herein.  Facebook objects to this Interrogatory because it seeks

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

DEF.'S RESPONSES AND OBJECTIONS TO THIRD
SET OF INTERROGATORIES
CASE NUMBER: 3:18-cv-04978-JD

CONFIDENTIAL

1  confidential information, private information, and proprietary information, including trade secrets

2  and competitively sensitive business information, that is not necessary to the prosecution or

3  defense of this action and is not likely to lead to the discoverability of admissible evidence.

4  Facebook objects to this Interrogatory to the extent it calls for the disclosure of information subject

5  to third-party confidentiality agreements and to the extent it seeks confidential, proprietary, or

6  trade secret information of third parties.  Facebook objects to this request to the extent that it

7  purports to require Facebook to draw any legal conclusion to make its response.  Facebook objects

8  to this Interrogatory as overly broad and unduly burdensome because it has no end date;

9  Facebook's response will be limited to information created on or before April 5, 2019.  Facebook

10  also objects to this Interrogatory as unduly burdensome because it seeks disclosure of information

11  relating to Plaintiffs' contract claims, which the Court has already dismissed.  Facebook further

12  objects to this Interrogatory as overly broad, unduly burdensome, and not proportional to the needs

13  of the case to the extent it seeks discovery relating to advertisers who are outside of the United

14  States.

15          Subject to and without waiving any of Facebook's General or Specific Objections,

16  Facebook responds as follows:

17          Advertisers who purchased advertisements on Facebook from August 15, 2014 through

18  April 5, 2019 and utilized Facebook's self-serve advertising interface made their purchases under

19  (a) the then-applicable version of Facebook's Terms or Service or Statement of Rights and

20  Responsibilities, which expressly incorporated a set of additional contractual terms including

21  Facebook's Self-Serve Ad Terms, Advertising Policies, Advertising Guidelines, Community

22  Payment Terms, and Commercial Terms, or (b) if the advertiser had an applicable individually

23  negotiated agreement, the individually negotiated agreement.

24          The following contractual terms have been produced at the following Bates ranges:

25          • Terms of Service (April 2018 through April 2019): FB-SINGER-00000402 to FB-

26              SINGER-00000407;

27          • Statement of Rights and Responsibilities (December 2012 through March 2015):

28              FB-SINGER-00000277 to FB-SINGER-00000298;

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

DEF.'S RESPONSES AND OBJECTIONS TO THIRD
SET OF INTERROGATORIES
CASE NUMBER: 3:18-cv-04978-JD

CONFIDENTIAL

1      •   Self-Serve Ad Terms (August 2014 through April 2019): FB-SINGER-00000400

2          to FB-SINGER-00000401; FB-SINGER-00000431 to FB-SINGER-00000432;

3      •   Advertising Guidelines (August 2014 through April 2015): FB-SINGER-00000015

4          to FB-SINGER-00000062;

5      •   Advertising Policies (April 2015 through April 2019): FB-SINGER-00000068 to

6          FB-SINGER-00000123;

7      •   Community Payment Terms (August 2014 through April 2019): FB-SINGER-

8          00000124 to FB-SINGER-00000225;

9      •   Commercial Terms (from May 2018 to April 2019):  Production forthcoming.

10  **INTERROGATORY NO. 7:**

11      Please state the marginal cost to Facebook to serve an impression of an advertisement to a

12  Facebook user.

13  **RESPONSE TO INTERROGATORY NO. 7:**

14      Facebook incorporates its General Objections and Objections to Instructions and

15  Definitions as if fully set forth herein.  Facebook objects to this Interrogatory because it seeks

16  information that is not relevant to any party's claims or defenses, and is overly broad, unduly

17  burdensome, and not proportional to the needs of the case, including to the extent it seeks financial

18  information that is not maintained by Facebook in the ordinary course of business and prematurely

19  calls for expert opinion in advance of the disclosure required by Federal Rule of Civil

20  Procedure 26(a)(2).  Facebook objects to this Interrogatory because it is vague and ambiguous as

21  to the phrase "marginal cost to Facebook to serve an impression of an advertisement to a Facebook

22  user."  Facebook objects to this Interrogatory because it seeks confidential information, private

23  information, and proprietary information, including trade secrets and competitively sensitive

24  business information, that is not necessary to the prosecution or defense of this action and is not

25  likely to lead to the discoverability of admissible evidence.

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

7

DEF.'S RESPONSES AND OBJECTIONS TO THIRD
SET OF INTERROGATORIES
CASE NUMBER: 3:18-cv-04978-JD

CONFIDENTIAL

1    Dated:  October 23, 2019        LATHAM & WATKINS LLP

2                       By:     */s/ Nicole C. Valco*

3                            Nicole C. Valco (CA Bar No. 258506)
                           Elizabeth L. Deeley (CA Bar No. 230798)

4                            505 Montgomery Street, Suite 2000
                           San Francisco, CA  94111-6538

5                            *nicole.valco@lw.com*
                           *elizabeth.deeley@lw.com*

6                            Susan E. Engel (*pro hac vice*)

7                            555 Eleventh Street, N.W., Suite 1000
                           Washington, D.C. 20004

8                            *susan.engel@lw.com*

9                            Hilary H. Mattis (CA Bar No. 271498)
                           140 Scott Drive

10                          Menlo Park, CA 94025
                         *hilary.mattis@lw.com*

11                          *Attorneys for Defendant Facebook, Inc.*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

8

DEF.'S RESPONSES AND OBJECTIONS TO THIRD
SET OF INTERROGATORIES
CASE NUMBER: 3:18-cv-04978-JD

CONFIDENTIAL

## PROOF OF SERVICE

I am employed in the County of San Francisco, State of California.  I am over the age of 18 years and not a party to this action.  My business address is Latham & Watkins LLP, 505 Montgomery St., Suite 2000, San Francisco, CA 94111.

On **October 23, 2019** I served the following document described as:

**FACEBOOK, INC.'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' THIRD SET OF INTERROGATORIES**

by serving a true copy of the above-described document in the following manner:

## BY ELECTRONIC MAIL

The above-described document was transmitted via electronic mail to all attorneys of record.

| | |
|---|---|
| ANDREW N. FRIEDMAN | CHARLES REICHMANN |
| afriedman@cohenmilstein.com | Charles.reichmann@gmail.com |
| GEOFFREY GRABER | LAW OFFICES OF CHARLES |
| ggraber@cohenmilstein.com | REICHMANN |
| ERIC KAFKA | 16 Yale Circle |
| ekafka@cohenmilstein.com | Kensington, CA 94708-1015 |
| JULIA HORWITZ | |
| jhorwitz@cohenmilstein.com | |
| COHEN MILSTEIN SELLERS & TOLL | |
| PLLC | |
| 1100 New York Ave. NW, Fifth Floor | |
| Washington, DC 20005 | |
| | |
| MICHAEL RAPP | REUBEN D. NATHAN |
| mr@kcconsumerlawyer.com | rnathan@nathanlawpractice.com |
| STECKLEIN & RAPP | NATHAN & ASSOCIATES, APC |
| 748 Ann Ave. | 2901 W. Coast Hwy., Suite #200 |
| Kansas City, KS 66101-3014 | Newport Beach, CA 92663 |

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **October 23, 2019**, at San Francisco, California.

*/s/ Nicole C. Valco*
Nicole C. Valco

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

9

DEF.'S RESPONSES AND OBJECTIONS TO THIRD
SET OF INTERROGATORIES
CASE NUMBER: 3:18-cv-04978-JD