1  LATHAM & WATKINS LLP
   Melanie M. Blunschi (Bar No. 234264)
2  *melanie.blunschi@lw.com*
   Nicole C. Valco (Bar No. 258506)
3  *nicole.valco@lw.com*
   Francis J. Acott (Bar No. 331813)
4  *francis.acott@lw.com*
   505 Montgomery Street, Suite 2000
5  San Francisco, CA 94111-6548
   Telephone: +1.415.391.0600
6
7
   Andrew B. Clubok (pro hac vice)
8  *andrew.clubok@lw.com*
   Susan E. Engel (pro hac vice)
9  *susan.engel@lw.com*
   555 Eleventh Street, N.W., Suite 1000
10 Washington, D.C. 20004
   Telephone: +1.202.637.2200
11
12 *Counsel for Defendant Meta Platforms, Inc.*
   *(formerly known as Facebook, Inc.)*
13

14              **UNITED STATES DISTRICT COURT**

15              **NORTHERN DISTRICT OF CALIFORNIA**

16                **SAN FRANCISCO DIVISION**

17 DZ RESERVE, and CAIN MAXWELL          Case No. 3:18-cv-04978 JD
   (d/b/a MAX MARTIALIS), individually and
18 on                                    **DEFENDANT META PLATFORMS,**
   behalf of all others similarly situated, **INC.'S ADMINISTRATIVE MOTION**
19                                        **TO SHORTEN TIME FOR BRIEFING**
                                          **AND HEARING ON ITS MOTION TO**
20                                        **ENFORCE CLASS COUNSEL'S**
                    Plaintiffs,           **ETHICAL OBLIGATIONS**
21
                                          **[FILED PURSUANT TO CIVIL L.R. 6-3]**
22      v.
                                          Judge: Hon. James Donato
23
24 META PLATFORMS, INC.,

25                  Defendant.

26
27
28

1    Pursuant to Northern District of California Local Rule 6-3, Defendant Meta Platforms, Inc.

2  ("Meta") respectfully moves the Court to shorten the time for the briefing and hearing schedule on

3  Meta's Motion to Enforce Class Counsel's Ethical Obligations ("Motion to Enforce"), filed

4  concurrently herewith (Dkt. No. 525). Meta proposes the following expedited schedule to resolve

5  Meta's Motion to Enforce: Plaintiffs' opposition to the Motion to Enforce be filed no later than

6  October 8, 2025, any reply be filed no later than October 10, 2025, and the motion be resolved

7  outside the presence of the jury on Tuesday, October 14, 2025, if trial has commenced by that day,

8  or Thursday, October 16, if trial has not yet started.

9    The Court may grant a motion to shorten time where the moving party "[i]dentifies the

10  substantial harm or prejudice that would occur if the Court did not change the time." Civ. L. R. 6-

11  3(a)(3). Trial in this case is scheduled to begin on October 14, 2025. The Motion to Enforce

12  concerns whether Plaintiffs must inform certain employees and principals of class members—each

13  of whom submitted declarations in support of Meta at the class certification stage that bear on

14  critical elements of the fraud claims set for trial, *see* Dkt. Nos. 296-1, 296-2, 296-3, 296-6, 296-9,

15  296-10—of Meta's interest in calling them as witnesses at trial. The parties have been unable to

16  resolve the issue, necessitating this motion. If the Motion to Enforce were decided on the routine

17  timeline, the motion would not be decided before the start of trial, and Meta would therefore be

18  unable to call these witnesses at trial. In other words, Meta would effectively be denied relief

19  solely by virtue of the passage of time, prejudicing its ability to present a complete defense. *Cf.*

20  *Noble v. Kiewit Pac. Co.*, 2008 WL 413754, at *1 (N.D. Cal. Feb. 13, 2008) (granting motion to

21  shorten time in which to hear motion to expedite deposition where party may otherwise be unable

22  to get testimony of "key witness"). Accordingly, an expedited schedule is appropriate.

23

24

25

26

27

28

1    Dated: October 2, 2025              Respectfully submitted,

2                                        **LATHAM & WATKINS LLP**

3                                        */s/ Andrew B. Clubok*
                                         Melanie M. Blunschi (Bar No. 234264)
4                                        *melanie.blunschi@lw.com*
                                         Nicole C. Valco (Bar No. 258506)
5                                        *nicole.valco@lw.com*
                                         Francis J. Acott (Bar No. 331813)
6                                        *francis.acott@lw.com*
                                         505 Montgomery Street, Suite 2000
7                                        San Francisco, CA 94111-6548
                                         Telephone: +1.415.391.0600
8
                                         Andrew B. Clubok (pro hac vice)
9                                        *andrew.clubok@lw.com*
                                         Susan E. Engel (pro hac vice)
10                                       *susan.engel@lw.com*
                                         555 Eleventh Street, N.W., Suite 1000
11                                       Washington, D.C. 20004
                                         Telephone: +1.202.637.2200
12
                                         *Counsel for Defendant Meta Platforms, Inc.*
13                                          *(formerly known as Facebook, Inc.)*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28