# Exhibit B

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: September 18, 2025                                    Judge: Hon. James Donato

Time: 25 Minutes

Case No.      **3:18-cv-04978-JD**
Case Name     **DZ Reserve et al v. Meta Platforms, Inc.**

Attorney(s) for Plaintiff(s):   Geoffrey Graber/Theodore Leopold/Eric Kafka/
                                Karina Puttieva/Charles Reichmann
Attorney(s) for Defendant(s):   Melanie Blunschi/Andrew Clubok/Nicole Valco/
                                Susan Engel/Francis Acott

Deputy Clerk: Lisa R. Clark                                 Court Reporter: Marla Knox

## PROCEEDINGS

Pretrial Conference -- Held

## NOTES AND ORDERS

A separate pretrial order will issue.

Meta's motion to compel arbitration, Dkt. No. 472, will be decided on the papers, *see* Civil L.R. 7-1(b), and the September 25, 2025 hearing is vacated.