1  LATHAM & WATKINS LLP
   Melanie M. Blunschi (Bar No. 234264)
2    *melanie.blunschi@lw.com*
   Nicole C. Valco (Bar No. 258506)
3    *nicole.valco@lw.com*
   Francis J. Acott (Bar No. 331813)
4    *francis.acott@lw.com*
5  505 Montgomery Street, Suite 2000
   San Francisco, CA 94111-6548
6  Telephone: +1.415.391.0600

7  Andrew B. Clubok (*pro hac vice*)
    *andrew.clubok@lw.com*
8  Susan E. Engel (*pro hac vice*)
    *susan.engel@lw.com*
9  555 Eleventh Street, N.W., Suite 1000
   Washington, D.C. 20004
10 Telephone: +1.202.637.2200

11 *Counsel for Defendant Meta Platforms, Inc.*
   *(formerly known as Facebook, Inc.)*

12

13                UNITED STATES DISTRICT COURT

14             NORTHERN DISTRICT OF CALIFORNIA

15                SAN FRANCISCO DIVISION

16 DZ Reserve and Cain Maxwell (d/b/a Max      Case No.: 3:18-cv-04978-JD
   Martialis), individually and on behalf of
17 others similarly situated,                   **NOTICE OF APPEAL**

18                              Plaintiffs,
                                                Hon. James Donato
19
         vs.
20
   META PLATFORMS, INC.,
21
22                              Defendant.

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

1       NOTICE IS HEREBY GIVEN THAT, Defendant Meta Platforms, Inc. (formerly known

2   as Facebook, Inc.), hereby appeals to the United States Court of Appeals for the Ninth Circuit this

3   Court's Order Denying Facebook's Motion to Compel Arbitration, entered in this action on

4   December 2, 2025 (Dkt. 537).  This appeal is being taken pursuant to 28 U.S.C. § 1291 and the

5   Federal Arbitration Act, 9 U.S.C. § 16(a)(1)(A), (B).  A true and correct copy of the order is

6   attached as Exhibit 1.  A true and correct copy of the Circuit Rule 3-2 Representation Statement is

7   also attached.

8

9   DATED:  December 3, 2025        LATHAM & WATKINS LLP

10      */s/ Andrew B. Clubok*
        Andrew B. Clubok (pro hac vice)
11      *andrew.clubok@lw.com*
        Susan E. Engel (pro hac vice)
12      *susan.engel@lw.com*
        555 Eleventh Street, N.W., Suite 1000
13      Washington, D.C. 20004
        Telephone: +1.202.637.2200
14

15      Melanie M. Blunschi (Bar No. 234264)
        *melanie.blunschi@lw.com*
16      Nicole C. Valco (Bar No. 258506)
        *nicole.valco@lw.com*
17      Francis J. Acott (Bar No. 331813)
        *francis.acott@lw.com*
18      505 Montgomery Street, Suite 2000
        San Francisco, CA 94111-6548
19      Telephone: +1.415.391.0600

20

21      *Counsel for Defendant Meta Platforms, Inc.*
        *(formerly known as Facebook, Inc.)*

22

23

24

25

26

27

28