LATHAM & WATKINS LLP
Melanie M. Blunschi (Bar No. 234264)
 *melanie.blunschi@lw.com*
Nicole C. Valco (Bar No. 258506)
 *nicole.valco@lw.com*
Francis J. Acott (Bar No. 331813)
 *francis.acott@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6548
Telephone: +1.415.391.0600

Andrew B. Clubok (pro hac vice)
 *andrew.clubok@lw.com*
Susan E. Engel (pro hac vice)
 *susan.engel@lw.com*
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Telephone: +1.202.637.2200

*Counsel for Defendant Meta Platforms, Inc.*
*(formerly known as Facebook, Inc.)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DZ Reserve and Cain Maxwell (d/b/a Max Martialis), individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No.: 3:18-cv-04978-JD<br><br>**DEFENDANTS META PLATFORMS, INC.'S  NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT**<br><br>Hon. James Donato |

**NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT**

Defendant Meta Platforms, Inc. ("Facebook" or "Meta") is represented by the following counsel:

Andrew B. Clubok
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200
andrew.clubok@lw.com

Susan E. Engel
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200
susan.engel@lw.com

Samir Deger-Sen
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
samir.deger-sen@lw.com

Melanie M. Blunschi
505 Montgomery Street, Suite 200
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
melanie.blunschi@lw.com

Nicole C. Valco
505 Montgomery Street, Suite 200
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
nicole.valco@lw.com

Francis J. Acott
505 Montgomery Street, Suite 200
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
francis.acott@lw.com

Plaintiffs DZ Reserve and Cain Maxwell are represented by the following counsel:

Geoffrey Graber
Cohen Milstein Sellers & Toll PLLC

1100 New York Ave. NW, Ste 800
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
ggraber@cohenmilstein.com

Karina G. Puttieva
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW, Ste 800
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
kputtieva@cohenmilstein.com

Madelyn Petersen
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW, Ste 800
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
mpetersen@cohenmilstein.com

Jenna Waldman
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW, Ste 800
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
jwaldman@cohenmilstein.com

Eric Kafka
Cohen Milstein Sellers & Toll PLLC
88 Pine Street, 14th Floor,
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
ekafka@cohenmilstein.com

Theodore J. Leopold
Cohen Milstein Sellers & Toll PLLC
11780 US Highway One Suite 500
Palm Beach Gardens, FL 33408
Telephone: (516) 515-1400
Facsimile: (516) 515-1401
tleopold@cohenmilstein.com

1  Leslie M. Kroeger
2  Cohen Milstein Sellers & Toll PLLC
   11780 US Highway One Suite 500
3  Palm Beach Gardens, FL 33408
   Telephone: (516) 515-1400
4  Facsimile: (516) 515-1401
   lkroeger@cohenmilstein.com
5

6  Charles Reichman
   LAW OFFICES OF CHARLES REICHMANN
7  16 Yale Circle
   Kensington, CA 94708-1015
8  Telephone: (415) 373-8849
   Charles.reichmann@gmail.com
9
   DATED:  December 3, 2025          LATHAM & WATKINS LLP
10

11                                     /s/ Andrew B. Clubok
                                      Andrew B. Clubok (pro hac vice)
                                        andrew.clubok@lw.com
12                                    Susan E. Engel (pro hac vice)
                                        susan.engel@lw.com
13                                    555 Eleventh Street, N.W., Suite 1000
                                      Washington, D.C. 20004
14                                    Telephone: +1.202.637.2200

15                                    Melanie M. Blunschi (Bar No. 234264)
                                        melanie.blunschi@lw.com
16                                    Nicole C. Valco (Bar No. 258506)
                                        nicole.valco@lw.com
17                                    Francis J. Acott (Bar No. 331813)
                                        francis.acott@lw.com
18                                    505 Montgomery Street, Suite 2000
                                      San Francisco, CA 94111-6548
19                                    Telephone: +1.415.391.0600

20                                    *Counsel for Defendant Meta Platforms, Inc.*
21                                    *(formerly known as Facebook, Inc.)*

22

23

24

25

26

27

28